IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NOBLE HOUSE HOME FURNISHINGS LLC, | ) | Case No. 23-90773 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BEST SELLING HOME DECOR FURNITURE, LLC, | ) | Case No. 23-90774 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LE POUF, LLC, | ) | Case No. 23-90772 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NH SERVICES LLC, | ) | Case No. 23-90775 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HEAVY METAL, INC., | ) | Case No. 23-90776 (CML) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE
DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_NY:48186.2 61051/002

administration of the Debtors' Chapter 11 Cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that ex parte relief is appropriate, it is **HEREBY ORDERED THAT**:

1. The Motion is hereby **GRANTED**, to the extent set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered under case number Case No. 23-90773 (CML).

3. Additionally, the following checked items are ordered:

    a. ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

    b. ☒ Any of the above-captioned cases not previously assigned to Judge Lopez is transferred to Judge Lopez.

    c. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

    d. ☒ Other: See below.

4. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90773 (CML) |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is: 700 Milam Street, Suite 1300, Houston, TX 77002.

5. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code in every respect.

6. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Noble House Home Furnishings LLC to reflect the joint administration of these Chapter 11 Cases:

> An order (the "<u>Joint Administration Order</u>") has been entered in this case directing the joint administration of the chapter 11 cases listed below for procedural purposes only.  **The docket in Case No. 23-90773 should be consulted for all matters affecting these cases, and all further pleadings and other papers shall be filed in and all further docket entries shall be made in such case**.  The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:  Noble House Home Furnishings LLC [Case No. 23-90773]; Best Selling Home Decor Furniture, LLC [Case No. 23-90774]; Le Pouf, LLC [Case No. 23-90772]; NH Services LLC [Case No. 23-90775]; Heavy Metal, Inc. [Case No. 23-90776].

7. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.  A separate claims registry shall be maintained for each Debtor.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

9. The Debtors are authorized, but not directed, to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

DOCS_NY:48186.2 61051/002

10. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

11. Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of the Bankruptcy Rules and the Local Rules.

12. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13. This Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2023

_____
UNITED STATES BANKRUPTCY JUDGE