| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90773 |
|---|---|---|---|
| Debtor | In Re: | Noble House Home Furnishings LLC | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Gregory V. Demo<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>(310) 277-6910<br>NY (5371992) |
|---|---|

Seeks to appear as the attorney for this party:

| Noble House Home Furnishings LLC, et al. | |
|---|---|
| Dated: 9/12/2023 | Signed: /s/ Gregory V. Demo |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
                         Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                 United States Bankruptcy Judge