## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NOBLE HOUSE HOME FURNISHINGS LLC,[1] | Case No. 23-90773 (CML) |
| Debtors. | (Joint Administration Pending) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR SEPTEMBER 12, 2023 AT 4:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled to be held on September 12, 2023 at 4:00 p.m. (prevailing Central Time) (the "Hearing") in the above-captioned bankruptcy cases (the "Cases"), pending before the Honorable Christopher M. Lopez, as follows:

## WITNESS LIST

The Debtors may call the following witnesses:

1. Gayla Bella, with Riveron Management Services, LLC.

2. Any witness listed, offered, or called by any other party.

3. Any witness required for rebuttal or impeachment.

4. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

1

## EXHIBIT LIST

| Exhibit No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Hearing |
|---|---|---|---|---|---|---|---|
| 1. | *Declaration Of Gayla Bella In Support Of Debtors' Chapter 11 Petitions And First Day Relief* | | | | | | |
| 2. | DIP Budget | | | | | | |
| 3. | *Senior Secured Super-Priority Debtor-In-Possession Credit Agreement* | | | | | | |
| 4. | Any exhibits listed, designated, or offered by any other party. | | | | | | |
| 5. | Any exhibits necessary for rebuttal. | | | | | | |
| 6. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings. | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to modify, amend or supplement this Witness and Exhibit List at any time. The Debtors reserve the right to ask the Court to take judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. Designation of any exhibit above does not waive any objections the Debtors may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

DOCS_NY:48419.1 61051/002

Dated: September 12, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *Michael D. Warner*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (pending pro hac vice)
Teddy M. Kapur (pending pro hac vice)
Gregory V. Demo (pending pro hac vice)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
tkapur@pszjlaw.com
gdemo@pszjlaw.com

Proposed Counsel to the Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2023, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner