IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
SEPTEMBER 12, 2023 AT 4:00 P.M. (PREVAILING CENTRAL TIME)**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda for the hearing scheduled for September 12, 2023 at 4:00 p.m. (prevailing Central Time) before the Honorable Christopher M. Lopez of the United States Bankruptcy Court for the Southern District of Texas – Houston Division:

A.  **First Day Motions**

1.  *Debtors' Emergency Motion For Entry Of Interim And Final Orders (I) Authorizing The Debtors To (A) Obtain Postpetition Financing And (B) Use Cash Collateral, (II) Granting Liens And Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection To Prepetition ABL Parties, (IV) Modifying The Automatic Stay, (V) Scheduling A Final Hearing, And (VI) Granting Related Relief* [Docket No. 15].

    **Responses Received**:  None.

    **Status**:  The matter is going forward.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

1

2. *Debtors' Emergency Motion For Entry of an Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Bonus Payments, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 8].

   **Responses Received**:  None.

   **Status**:  The matter is going forward.

3. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(b) Deposit Requirements; (IV) Authorizing Continued Performance of Intercompany Transactions and Funding; and (V) Granting Related Relief* [Docket No. 7].

   **Responses Received**:  None.

   **Status**:  The matter is going forward.

4. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Shippers and Warehouseman, and (II) Granting Related Relief* [Docket No. 12].

   **Responses Received**:  None.

   **Status**:  The matter is going forward.

5. *Debtors' Emergency Motion Seeking Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 11].

   **Responses Received**:  None.

   **Status**:  The matter is going forward.

6. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, and (B) Honor and Renew the Premium Financing Agreement Entered into Prepetition and Satisfy Obligations Related Thereto, and (C) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (II) Granting Related Relief* [Docket No. 9]

   **Responses Received**:  None.

   **Status**:  The matter is going forward.

7. *Debtors' <u>Emergency</u> Motion for the Entry of an Order (I) Approving the Proposed Adequate Assurance Deposit for Future Utility Services, (II) Prohibiting Utility Providers rom Altering, Refusing, or Discontinuing Services, (III) Approving the Proposed Adequate Assurance Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 13]

   **Responses Received**:  None.

   **Status**:  The matter is going forward.

8. *Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 10].

   **Responses Received**:  None.

   **Status**:  The matter is going forward.

9. *Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing The Debtors To Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases And Other Information, and (III) Granting Related Relief* [Docket No. 6]

   **Responses Received**:  None.

   **Status**:  The matter is going forward.

10. *Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, and (II) Granting Related Relief* [Docket No. 14].

    **Responses Received**:  None.

    **Status**:  The matter is going forward.

11. *Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports and (II) Granting Related Relief* [Docket No. 5].

    **Responses Received**:  None.

    **Status**:  The matter is going forward.

B. **Related Documents**

1. *Declaration Of Gayla Bella In Support Of Debtors' Chapter 11 Petitions And First Day Relief* [Docket No. 16].

2. Notice of Telephonic and Video Conference Hearing on Certain Emergency Motions [Docket No. 19].

3. Debtors' Witness and Exhibit List [Docket No. 20].

| | |
|---|---|
| Dated: September 12, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Michael D. Warner*_____ |
| | Michael D. Warner (SBT 00792304) |
| | Maxim B. Litvak (SBT 24002482) |
| | Benjamin L. Wallen (SBT 24102623) |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile: (713) 691-9407 |
| | mwarner@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | bwallen@pszjlaw.com |
| | |
| | -and- |
| | |
| | Richard M. Pachulski (pending *pro hac vice*) |
| | Teddy M. Kapur (pending *pro hac vice*) |
| | Gregory V. Demo (pending *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile: (310) 201-0760 |
| | rpachulski@pszjlaw.com |
| | tkapur@pszjlaw.com |
| | gdemo@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2023, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

    */s/ Michael D. Warner*
    Michael D. Warner