United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: § | Chapter 11 | |
| § | | |
| STRUDEL HOLDINGS LLC, § | Case No. 23-90757 (CML) | |
| § | | |
| Debtor. § | | |
| § | | |
| Tax I.D. No. 45-4115426 § | | |
| § | | |
| In re: § | Chapter 11 | |
| § | | |
| AVR AH LLC, § | Case No. 23-90758 (CML) | |
| § | | |
| Debtor. § | | |
| § | | |
| Tax I.D. No. 46-3360148 § | | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

**[Related to Docket No. 2 ]**

Upon the emergency motion (the "**Motion**")[1] of the Debtors for an order (the "**Order**") (i) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (ii) granting related relief, all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

14103088v1

Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and that no other or further notice is necessary; and the Court having determined that the legal and factual bases set forth in the Motion and the hearing with respect to the Motion establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 23-90757 (CML). Additionally, the following checked items are ordered:

    a.   __X__   One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

    b.   __X__   All of the jointly administered cases not previously assigned to Judge Lopez are transferred to Judge Lopez.

    c.   __X__   Parties may request joint hearings on matters pending in any of the jointly administered cases.

    d.   __X__   Other: See below.

2. The caption of the jointly administered cases should read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| STRUDEL HOLDINGS LLC and AVR AH LLC, | § § § | Case No. 23-90757 (CML) |
| Debtors.[1] | § § § | (Jointly Administered) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The location of the Debtors' corporate headquarters and the Debtors' service address is: PO Box 4068, Aspen, CO 81612.

3. The foregoing caption satisfies the requirements set forth in Section 342(c)(1) of the Bankruptcy Code.

4. A docket entry, substantially similar to the following, shall be entered on the docket of the Debtor AVR AH LLC, to reflect the joint administration of the Chapter 11 Cases:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: (i) AVR AH LLC, Case No. 23-90758; and (ii) STRUDEL HOLDINGS LLC, Case No. 23-90757. **All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 23-90757.**

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket sheet, one file, and one consolidated service list for the Chapter 11 Cases.

6. Nothing contained in the Motion or this Order shall be deeming or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

7. Notice of the Motion shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

8. Notwithstanding any Bankruptcy Rule to the contrary, this Order is effective and enforceable immediately upon its entry.

9. The Debtors are authorized to take all reasonable actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed:  August 08, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

14103088v1