| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90773 |
|---|---|---|---|
| Debtor | In Re: | Noble House Home Furnishings LLC | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Hayley R. Winograd<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave., 34th Floor<br>New York, NY 10017<br>(212) 561-7700<br>NY (5612569) |
|---|---|

Seeks to appear as the attorney for this party:

| Noble House Home Furnishings LLC, et al. |
|---|
| Dated: 9/20/2023 — Signed: /s/ Hayley R. Winograd |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____   Signed: _____
                         Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                     United States Bankruptcy Judge