**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC, et al.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**NOTICE TO CONTRACT PARTIES TO POTENTIALLY ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU**
> **OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN**
> **EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE**
> **OF THE DEBTORS AS SET FORTH ON EXHIBIT A ATTACHED HERETO.**

      **PLEASE TAKE NOTICE** that on September 19, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures* [Docket No. 81] (the "Bidding Procedures Order"),[2] authorizing the Debtors to conduct an auction (the "Auction") to select a party or parties to purchase some or all of the Debtors' assets (the "Property"). The Auction will be governed by the bidding procedures (attached to the Bidding Procedures Order as **Exhibit 1** the "Bidding Procedures")).

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the terms of any Successful Bid, the Debtors **may** assume and assign to the Successful Bidder certain of the Assigned Contracts listed on the Assigned Contracts Schedule, attached hereto as **Exhibit A**, to which you are a counterparty, upon approval of the Sale. The Assigned Contracts Schedule can also be viewed on the Debtors' case website (https://dm.epiq11.com/NobleHouseHomeFurnishings). The Debtors have conducted a review of their books and records and have determined that the cure amount for unpaid monetary

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

[2]  All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

obligations under such Assigned Contracts is as set forth on **Exhibit A** attached hereto (the "Cure Costs").

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Costs, object to a proposed assignment to the Successful Bidder of any Assigned Contract, or object to the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Assigned Contract, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Costs, state the correct cure amount alleged to be owed to the objecting Contract Counterparty, together with any applicable and appropriate documentation in support thereof; and (iv) if you object to proposed Cure Costs or a proposed assignment to the Successful Bidder of any Assigned Contract, be filed with the Court **no later than October 6, 2023**, at **4:00 p.m. (prevailing Central Time)** (the "Cure Objection Deadline"), and if you object to the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Assigned Contract, be filed with the Court **no later than the later of (a) the Sale Objection Deadline and (b) 4:00 p.m. (prevailing Central Time) on the date that is 21 days following the date of service of any applicable Supplemental Cure Notice** (the "Adequate Assurance Objection Deadline"), in each case, by the following parties: (a) the Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067, Attn.: Richard M. Pachulski (rpachulski@pszjlaw.com) and Teddy Kapur (tkapur@pszjlaw.com); and (b) the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn.: Jana Whitworth (Jana.Whitworth@usdoj.gov) and C. Ross Travis (C.Ross.Travis@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Costs(s), (b) the proposed assignment and assumption of any Assigned Contract, or (c) adequate assurance of the Successful Bidder's ability to perform is filed by the Cure Objection Deadline or Adequate Assurance Objection Deadline, as applicable, then (i) you will be deemed to have stipulated that the Cure Costs as determined by the Debtors are correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional cure amount under the proposed Assigned Contract, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of the Sale.

**PLEASE TAKE FURTHER NOTICE** that any Cure Objection in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing, shall be heard at a later date to be fixed by the Court.

**PLEASE THAT FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Assigned Contract on the Cure Notice does not require or guarantee that such Assigned Contract will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Successful Bidder with respect to such Assigned Contract are reserved. Moreover, the Debtors explicitly reserve their rights, in their reasonable discretion, to seek to reject or assume each Assigned Contract pursuant to section 365(a) of the Bankruptcy

2

Code and in accordance with the procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Assigned Contract as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (i) alters in any way the prepetition nature of the Assigned Contracts or the validity, priority, or amount of any claims of a counterparty to any Assigned Contract against the Debtors that may arise under such Assigned Contract, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a counterparty to any Assigned Contract against the Debtors that may arise under such Assigned Contract.

Dated: September 21, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Teddy M. Kapur (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
tkapur@pszjlaw.com
gdemo@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**EXHIBIT A**

**Assigned Contracts and Cure Costs**

See below.

| | | | **Assigned Contracts**[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 1 | Prologis Targeted U.S. Logistics Fund, L.P. | 1714 Anderson | Prologis 17777 Center Court Drive N, Suite 100 Cerritos, CA 90703 Attn: Market Officer  With copy to: Prologis 1800 Wazee Street Suite 500 Denver, CO 80202 Attn: General Counsel | Noble House Home Furnishings LLC | Lease Agreement, dated August 4, 2021  Term:  March 1, 2022 – May 1, 2032 | $0 |
| 2 | Superior Chatsworth, LLC | | c/o Pacific Coast Commercial 6050 Santo Rd., Suite 200 Denver, CO 80202 Attn:  General Counsel | Noble House Home Furnishings LLC | Standard Industrial/ Commercial Single-Tenant Lease – Net. Dated November 7, 2013 & Amendment to Lease dated October 24, 2016  Term:  November 12, 2013 – February 11, 2031 | $0 |

---

[1] Purchaser to select which Contracts it will assume from this Schedule in accordance with Section 2.3(c) of the Purchase Agreement.

| | | | Assigned Contracts[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **3** | GLC El Monte LLC | Goodman | GLC El Monte LLC<br>℅ Goodman North America, LLC<br>18201 Von Karman Avenue, Suite 1170<br>Irvine, CA 92612<br>Attn: Asset Manager<br>Telephone: (949) 407-0100<br><br>With a copy to:<br>Goodman North America, LLC<br>18201 Von Karman Avenue, Suite 1170<br>Irvine, CA 92612<br>Email: usnotices@goodman.com<br><br>Attn: Legal Affairs<br>Telephone: (949) 407-0100 | Noble House Home Furnishings LLC | Multi-Tenant Industrial Lease dated December 8, 2020<br><br>Term:  January 1, 2021 – March 31, 2031 | $0 |
| **4** | CF Capital, LLC | Prologis | CF Capital, LLC<br>3546 Concours Street<br>Suite 100<br>Ontario, CA 91764<br>Attn:  Market Officer<br><br>With copy to:<br>Prologis<br>1800 Wazee street<br>Suite 500<br>Denver, CO 80202<br>Attn. General Counsel | Noble House Home Furnishings LLC | Lease Agreement dated June 23, 2021<br><br>Term:  September 1, 2023 – August 31, 2033 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| | | | **Assigned Contracts**[1] | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **5** | 7901 Deering – 2003, LLC | | Allen Ralston<br>PO Box 93467<br>Long Beach, CA 90809<br><br>Allen Ralston<br>2390 Vista Ridge Lane<br>Signal Hills, CA 90755<br><br>With copy to:<br><br>7901 Deering 2003 L.P.<br>8355 Florence Ave., Ste. 100<br>Downey, CA 90240 | Noble House Home Furnishings LLC | AIR Commercial Standard Industrial/Commercial Single Tenant Lease - Gross & First Amendment<br><br>Term:  September 1, 2015 – August 31, 2025 | $0 |
| **6** | Isabel Investments LP | | Sheila MacWilliams<br>8771 Washington Blvd., Suite B<br>Culver City, CA 90232 | Noble House Home Furnishings LLC | Standard Industrial Commercial Multi-Tenant Lease – Gross, dated July 16, 2020<br><br>Term:  July 17, 2020 – August 17, 2025 | $0 |
| **7** | S.O. Savannah One, LLC | | S.O. Savannah One, LLC<br>℅ Scannell Development Company<br>8801 River Crossing Boulevard, Suite 300<br>Indianapolis, Indiana 46240<br>Attention: General Counsel | Noble House Home Furnishings LLC | Lease, signed July 28, 2017<br><br>First Amendment to lease, dated December 28, 2017<br><br>Term: November 1, 2017 – October 31, 2027 | $240,794.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | **Assigned Contracts**[1] |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 8 | WMCV Phase 1 SPE, LLC | Vegas Showroom A-610 | International Market Centers<br>240 Peachtree St NW<br>Suite 2200<br>Atlanta, GA 30303<br>Attention:  Lease Admin<br>Email:  leaseadmin@imcenters.com<br><br>With a copy to:<br>International Market Centers<br>240 Peachtree St NW<br>Suite 2200<br>Atlanta, GA 30303<br>Attention: Legal<br>Email:  legal@imcenters.com | Noble House Home Furnishings LLC | Lease dated November 1, 2022<br><br>Term:  November 1, 2022 – December 31, 2029 | $0 |
| 9 | AMB Milton Crossings 2, LP | | Prologis<br>185 The West Mall<br>Suite 700<br>Toronto, Ontario M9C 5L5 CANADA<br>Attn:  Country Manager<br><br>With a copy to:<br>Prologis<br>Attn:  General Counsel<br>1800 Wazee Street<br>Suite 500<br>Denver, CO 80202 | Noble House Home Furnishings LLC | Lease | $0 |

| | | | Assigned Contracts[1] | | | |
|---|---|---|---|---|---|---|
| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
| 10. | World Trade Center Savannah | | Ms. Leigh Ryan<br>Director of Trade Services<br>Foreign-Trade Zone No.104<br>World Trade Center Savannah<br>P.O. Box 128 (31402)<br>131 Hutchinson Island Road<br>Savannah, Georgia 31421 | Noble House Home Furnishings LLC | Foreign-Trade Zone Operator Agreement Under the Alternative Site Framework, signed 10/8/2019 | $0 |
| 11. | City of Long Beach | | City of Long Beach<br>Executive Director, Long Beach Harbor Department<br>P.O. Box 570<br>Long Beach, California 90801 | Noble House Home Furnishings LLC | Foreign Trade Zone Operations Agreement, dated February 3, 2020 | $0 |
| 12 | Raymond Handling Solutions Inc. | | Raymond Handling Solutions Inc.<br>9939 Norwalk Blvd.<br>Santa Fe Springs, CA 90670 | Noble House Home Furnishings LLC | Contract | $175,563.13 |
| 13 | Classic Home | | Annabelle Holmes, VP Operations<br>Classic Home<br>Corporate Headquarters<br>4505 Bandini Blvd.<br>Vernon, CA 90058 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement dated March 28, 2023<br><br>Term:  March 28, 2023 – March 28, 2024 | $0 |
| 14 | Traffix | | Traffix Corporate Head Office<br>Attn:  Legal Department<br>1-375 Wheelabrator Way<br>Milton, ON L9T 3C1<br>CANADA | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement dated 3/17/2023 | $0 |

| | Assigned Contracts[1] | | | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **15** | ITC Diligence Inc. | | Marissa Rose<br>David Harlow<br>ITC Diligence Inc.<br>4010 Watson Plaza Drive, Ste. 2501<br>Lakewood, CA 90712 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement, signed 10/3/2022 | $0 |
| **16** | ITC Diligence Inc. | | Marissa Rose<br>David Harlow<br>ITC Diligence Inc.<br>4010 Watson Plaza Drive, Ste. 250<br>Lakewood, CA 90712 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement, signed 4/5/2023 | $0 |
| **17** | ITC Diligence Inc. | | Marissa Rose<br>David Harlow<br>ITC Diligence Inc.<br>4010 Watson Plaza Drive, Ste. 250<br>Lakewood, CA 90712 | Noble House Home Furnishings LLC | Wet Wipes Project, dated 3/2/2023 | $0 |
| **18** | Olympus Warehouse Logistics | | Diego D'Agostino<br>Olympus Warehouse Logistics, Inc.<br>1690 Brandywine Ave., Suite A<br>Chula Vista, CA 91911<br><br>With a copy to:<br>Olympus Warehouse Logistics, Inc.<br>Attn:  Legal Department<br>1690 Brandywine Ave., Suite A<br>Chula Vista, CA 91911 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement dated 12/22/2022<br><br>Addendum signed 7/11/2023 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Assigned Contracts**[1] | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **19** | Obeetee, Inc. <br> Nustory, Inc. | | Vimal Kumar, CEO <br> Obeetee, Inc. <br> 295 Fifth Ave., Ste. 908 <br> New York, NY 10016-7128 <br><br><br> Nustory, Inc. <br> c/o Golenbock Eiseman Assor Bell & Peskoe LLP <br> Attn:  Matthew Weill, Esq. <br> 711 Third Avenue, 17th Floor <br> New York, NY 10017 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement, signed 12/15/2022 | $0 |
| **20** | Christopher Knight Home Brands, LLC | | Christopher Knight <br> 32107 Lindero Canyon Road <br> Suite 235 <br> Westlake Village, CA 91361 <br> Email: Ck@christopherknightbrands.com | Noble House Home Furnishings LLC | Product Line License Agreement, effective September 19, 2018 and auto-renews for successive 1-year periods.  Amended November 30, 2020 | $375,000.00 |
| **21** | CSN WPP June 2021 | | Wayfair <br> Attn:  Legal Department <br> 4 Copley Place, Floor 7 <br> Boston, MA 02116 <br><br> or to:  Legal@wayfair.com | Noble House Home Furnishings LLC | Preferred Partner Agreement (exclusivity on new from Amazon North America for 90 days) | $0 |
| **22** | CSN Co-Op April 2022 | | Wayfair <br> Attn:  Legal Department <br> 4 Copley Place, Floor 7 <br> Boston, MA 02116 | Noble House Home Furnishings LLC | Cancellation of Co-Op deductions | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Assigned Contracts**[1] | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 23 | Wayfair LLC (CSN) - SPA | | Wayfair<br>Attn:  Legal Department<br>4 Copley Place, Floor 7<br>Boston, MA 02116 | Noble House Home Furnishings LLC | Supplier Agreement | $0 |
| 24 | Overstock | Bed Bath & Beyond | Dave Nielsen<br>President<br>799 Coliseum Way<br>Midvale , UT 84047<br>Email:  dnielsen@overstock.com<br>Tel: 801-947-3294 | Best Selling Home Décor | Supplier Agreement<br><br>Amendment to Supplier Agreement | $0 |
| 25 | Overstock Le Pouf | Bed Bath & Beyond | Dave Nielsen<br>President<br>799 Coliseum Way<br>Midvale , UT 84047<br>Email:  dnielsen@overstock.com<br>Tel: 801-947-3294 | Noble House Home Furnishings LLC | Contract | $0 |
| 26 | Overstock 3PB | | Dave Nielsen<br>President<br>799 Coliseum Way<br>Midvale , UT 84047<br>Email:  dnielsen@overstock.com<br>Tel: 801-947-3294 | Noble House Home Furnishings LLC | Contract | $0 |
| 27 | Overstock Liquidation | | Dave Nielsen<br>President<br>799 Coliseum Way<br>Midvale , UT 84047<br>Email:  dnielsen@overstock.com<br>Tel: 801-947-3294 | Noble House Home Furnishings LLC | Contract | $0 |

| | | | | | |
|---|---|---|---|---|---|
| **Assigned Contracts**[1] | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **28** | Wayfair Le Pouf | | Wayfair<br>Attn:  Legal Department<br>4 Copley Place, Floor 7<br>Boston, MA 02116 | Noble House Home Furnishings LLC | Contract | $0 |
| **29** | Costco.com | | Costco<br>Corporate Office Headquarters<br>Attn:  Legal Department<br>999 Lake Drive<br>Issaquah, WA 98027 | Noble House Home Furnishings LLC | Costco.com<br>Drop-ship Supplier Agreement, dated March 29, 2012 (Supplier A/P No. 91845-79) | $0 |
| **30** | Costco Wholesale Corporation | | Costco<br>Corporate Office Headquarters<br>Attn:  Legal Department<br>999 Lake Drive<br>Issaquah, WA 98027 | Noble House Home Furnishings LLC | Undated 2022 Basic Supplier Agreement | $0 |
| **31** | Costco Wholesale | | Costco<br>Corporate Office Headquarters<br>Attn:  Legal Department<br>999 Lake Drive<br>Issaquah, WA 98027 | Noble House Home Furnishings LLC | Vendor Purchase Program Agreement, dated 9/27/2016 | $0 |
| **32** | Home Depot | | The Home Depot, Inc<br>Corporate Office<br>Attn:  Legal Department<br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339 | Noble House Home Furnishings LLC | Supplier Buying Agreement, signed 10/18/2021 | $0 |

| | | | Assigned Contracts[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **33** | The Home Depot | | The Home Depot, Inc<br>Corporate Office<br>Attn:  Legal Department<br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339 | Noble House Home Furnishings LLC | USA Marketing Agreement (Incremental), dated 11/22/2022 | $0 |
| **34** | Lowes | | Lowe's<br>Corporate Office<br>Attn:  Legal Department<br>1000 Lowe's Blvd.<br>Mooresville, NC 28117<br><br>With a copy to:<br>Shelia Bindus, Lead Analyst Assortment Planning Expansion<br>Email:  sheila.a.bindus@lowers.com | Best Selling Home Décor Furniture LLC | Lowes Vendor Information Sheet, dated 12/6/2019 | $0 |
| **35** | Walmart Canada | Wal-Mart Canada Corp. | Wal-Mart Canada Corp.<br>Attn:  Supplier Master Data<br>1940 Argentia Road<br>Mississauga, Ontario L5N 1P9 | Noble House Home Furnishings Canada | Supplier Agreement<br><br>Effective Date:  10/4/2017 | $0 |
| **36** | Walmart | Wal-Mart Stores Inc. | Walmart<br>Attn:  Legal Department<br>702 SW 8th Street<br>Bentonville, AR 72716 | Best Selling Home Décor Furniture LLC | Addendum to Supplier Agreement<br><br>Signed by Best Selling Home Décor, LLC on 3/2/2016 | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Assigned Contracts**[1] | | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **37** | Walmart.com USA, LLC | | Walmart.com USA, LLC<br>Attention:  Legal Department and Michael Trembley<br>Emails:  Marketplace@walmart.com; legal@walmart.com<br><br>With a copy to:<br>Walmart<br>Attn:  Legal Department<br>702 SW 8th Street<br>Bentonville, AR 72716 | NFusion/Noble House | Marketplace Retailer Agreement, signed by Nfusion/Noble House on February 6, 2015 | $0 |
| **38** | MoreCommerce (opensky) | | MoreCommerce Inc.<br>Attn:  Legal Department<br>372 E. 6th Street<br>Chico, CA 95928<br><br>OpenSky<br>Attn:  Legal Department<br>372 E. 6th Street<br>Chico, CA 95928 | Noble House Home Furnishings LLC | MoreCommerce Merchant Quality of Service Agreements, updated 6/22/2018 (standard) | $0 |
| **39** | eBay | | eBay Designated Agent<br>583 W EBay Way<br>Draper, UT 84020 | Noble House Home Furnishings LLC | User Agreement (standard) | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Assigned Contracts**[1] | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 40 | Houzz 6/8/23 | | Houzz Inc.<br>285 Hamilton Avenue 4th Floor<br>Palo Alto, CA 94301 | GDF Studio | Houzz Rebate Acknowledgment (Rebate Start Date: 7/1/23 – Rebate End Date:  12/31/23)<br><br>Terms of Use | $0 |
| 41 | Hayneedle | | Hayneedle, Inc.<br>9394 West Dodge Road<br>Suite 300<br>Omaha, NE 68114 | Best Selling Home Décor Furniture LLC | Vendor Terms and Conditions, signed by Best Selling Home Décor on 3/7/19<br><br>Drop Ship Partnership Agreement, dated 9/4/09 | $0 |
| 42 | Target (8/14/23) | | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403<br>Attn:  Vice President, Merchandising<br><br>With a copy to:<br>Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403<br>Attn:  Chief Legal Officer | Noble House Home Furnishings LLC | Partners Online – Conditions of Contract | $0 |
| 43 | Amazon Direct Fulfillment - 1/1/23, 4/1/23 | | Amazon Corporate Headquarters<br>Attn:  Legal Department<br>410 Terry Ave N.<br>Seattle WA 98109 | Noble House Home Furnishings LLC | Vendor Terms & Conditions | $0 |

| | | | **Assigned Contracts**[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 44 | Amazon InNetwork - 1/23, 4/23 | | Amazon Corporate Headquarters Attn:  Legal Department 410 Terry Ave N. Seattle WA 98109 | Noble House Home Furnishings LLC | Vendor Terms & Conditions | $0 |
| 45 | Amazon Direct Import 4/1/23 | | Amazon Corporate Headquarters Attn:  Legal Department 410 Terry Ave N. Seattle WA 98109 | Noble House Home Furnishings LLC | Vendor Terms & Conditions | $0 |
| 46 | Amazon Seller | | Amazon Corporate Headquarters Attn:  Legal Department 410 Terry Ave N. Seattle WA 98109 | GDF Studio Noble House Home Furnishings LLC | Amazon Services Business Solutions Agreement | $0 |
| 47 | JCPenney | Penney Opco LLC | Penney Opco LLC 6501 Legacy Drive Suite B100 Plano, TX 75024 | Noble House Home Furnishings LLC | Trading Partner Agreement for U.S. Merchandise Vendors | $0 |
| 48 | Homethreads - 3/22/21 | | Neil Marcus, Chief Executive Officer Email:  Neil@homethreads.com  With a copy to: Homethreads Attn:  Legal Department 7700 Congress Ave. Boca Raton, FL 33487 | Noble House Home Furnishings LLC | Supplier Agreement, dated March 4, 2021 | $0 |

| | | | Assigned Contracts[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **49** | English Elm - 6/29/22 | P3 Ventures, LLC | English Elm<br>738 E Dundee Rd.<br>Suite 351<br>Palatine, IL 60067<br>Email: dave@p3ventures.com | Noble House Home Furnishings LLC | Supplier Agreement, dated April 11, 2022 | $0 |
| **50** | Nebraska Furniture Mart - 1/1/23 | | Nebraska Furniture Mart<br>Attn: General Counsel<br>700 S 72nd St.<br>Omaha, NE 68114 | Noble House Home Furnishings LLC | Vendor Master Agreement, effective January 1, 2023 | $0 |
| **51** | Macys - 3/2016 | Macy's Retail Holdings, Inc., Macy's Florida Stores, LLC, Bloomingdale's, Inc., Bloomingdale's, LLC, Macy's West Stores, Inc., Macys.com, LLC, and Bloomingdales.com, LLC | Macy's, Inc.<br>1440 Broadway<br>New York, NY 10018<br><br>With a copy to:<br>Macy's Corporate<br>Attn: Legal Department<br>151 W. 34th Street<br>New York, NY 10001 | Noble House Home Furnishings LLC | Vendor Direct to Consumer (V2C) Purchase Agreement, dated March 16, 2016 | $0 |
| **52** | Gordon Companies | | Gordon Companies<br>85 Innsbruck Dr.<br>Cheektowaga, NY 14227 | Noble House Home Furnishings LLC | Contract | $0 |
| **53** | Cymax - 4/11/22 | | #310 – 4170 Still Creek Drive<br>Burnaby, BC V5C 6C6 | Noble House Home Furnishings LLC | Vendor Registration Form | $0 |

14

| | | | **Assigned Contracts**[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **54** | Airforce Army Exchange 6/20/23 | | Army & Airforce Exchange Service Corporate Headquarters Attn: Legal Department 3911 South Walton Walker Blvd. Dallas, TX 75236 | Noble House Home Furnishings LLC | Army & Air Force Exchange Service (The Exchange) Business Terms Agreement, signed June 20, 2023 (BTA ID: BTA-2023-06-39319) | $0 |
| **55** | Wan Hai; Signed 5/4/23 | | Wan Hai Lines (USA) 17200 N. Perimeter Dr. Ste. 200 Scottsdale, AZ 85255 Wan Hai Lines Ltd. 10 Fl. No. 136 Sung Chiang Rd. Taipei, Taiwan 104 Wan Hai Lines (Singapore) PTE Ltd. 79 Anson Road, #10-01 Singapore 079906 | Noble House Home Furnishings LLC | Service Contract No. LAX23-097B, dated May 4, 2023 Term: May 4, 2023 – April 30, 2024 | $0 |
| **56** | MSC Mediterranean Shipping Company SA; Signed 5/30/2023 | | Nicholas Hargreaves MSC Mediterranean Shipping Company (USA) Inc. 700 Wtermark Blvd. Mt. Pleasant, SC 29464 Email: USA-servicecontract.notices@msc.com Copy to: CH001-corporatelegal.notices@msc.com | Noble House Home Furnishings LLC | Ocean Carrier Agreement, dated August 1, 2023 Term: May 1, 2023 – April 31, 2024 | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Assigned Contracts**[1] | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **57** | Salsify - 3/30/2022 | | Salsify<br>101 Federal Street<br>Suite 2600<br>Boston, MA 02110<br><br>Copy to:<br>CH001-corproatelegal.notices@msc.com | Noble House Home Furnishings LLC | Salsify Order, dated 3/30/2022 | $0 |
| **58** | Shopify Plus | | Shopify Inc.<br>150 Elgin St.<br>Suite 800<br>Ottawa, Ontario K2P 1L4<br>CANADA<br>Attn:  General Counsel<br><br>Email:  contract_notices@shpifycom | NH Retail Alpha, LLC | Shopify Plus Agreement, dated 12/4/2020 | $0 |
| **59** | Shopify Plus | | Shopify Inc.<br>150 Elgin St.<br>Suite 800<br>Ottawa, Ontario K2P 1L4<br>CANADA<br>Attn:  General Counsel<br><br>Email:  contract_notices@shpifycom | Noble House Home Furnishings LLC | Shopify Plus Agreement – Free Month, dated 10/19/18 | $0 |
| **60** | Yotpo | | Yotpo, Inc.<br>400 Lafayette Street, 4th Floor<br>New York, NY 10003 | Noble House Home Furnishings LLC | Yotpo Order Form, dated 9/18/21 | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Assigned Contracts**[1] | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **61** | Sprout Social | | legal@sproutsocial.com<br><br>Copy to:<br><br>Sprout Social Inc.<br>Attn:  Legal Department<br>131 S. Dearborn, Suite 700<br>Chicago, IL 60603 | Noble House Home Furnishings LLC | Service Order<br><br>Subscription start date: 11/11/2021 –<br>Subscription End Date: 11/10/2024 | $0 |
| **62** | Attentive | | legal@attentive.com<br><br>Attentive Mobile Inc.<br>221 River Street, Suite 9047<br>Hoboken, NJ 07030 | Noble House Home Furnishings LLC d/b/a GDF Studio, Okioki, LePouf & UpFurnish | Attentive Order Form, signed 3/2/2022 | $0 |
| **63** | TikTok | | TikTok Inc.<br>Attn:  Legal Department<br>5800 Bristol Parkway, Suite 100<br>Culver City, CA 90230<br><br>Copy to:<br>legal@tiktok.com | Noble House Home Furnishings LLC<br><br>Le Pouf LLC<br><br>Best Selling Home Decor Furniture, LLC | Advertising Purchase Agreement<br><br>Effective Date: 5/22/2023 | $0 |
| **64** | MuteSix | | MuteSix, LLC<br>5800n Bristol Parkway<br>Suite 500<br>Culver City, CA 90230 | NH Retail Alpha LLC | SOW, signed 10/26/2021 | $0 |

| | | | **Assigned Contracts**[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **65** | Mulberry | Mulberry Technology Inc. | Email: Chinedu@getmulberry.com, CEO<br><br>Ryan Weirich, CFO<br>Email: Ryanw@noblehousefurniture.com | Noble House Home Furnishings LLC | Master Services Agreement, effective January 14, 2020<br><br>Amendment No. 1 to the Master Services Agreement, signed by Noble House Home Furnishings LLC on 2/13/2021 | $0 |
| **66** | Signifyd, Inc. | | J. Bennett<br>SVP, Operations and Corporate Development<br>99 Almaden Blvd<br>Floor 4<br>San Jose, CA 95113 | Noble House Home Furnishings LLC | Order Form, signed 12/27/2022<br><br>Initial Term Start Date: 1/15/2023 (Term: 1 year) | $0 |
| **67** | Gnosis Freight | | Gnosis Freight<br>997 Morrison Drive, Suite 305<br>Charleston, SC 29403 | Noble House Home Furnishings LLC | Master Service Agreement updated 4/3/2023<br><br>Noble House Home Furnishings Renewal, signed 8/22/2023 | $0 |
| **68** | Acelynk | | Acelynk<br>18756 Stone Oak Pkwy<br>Suite 200<br>San Antonio, TX 78258<br><br>Email: Support@acelynk.com | NH Services LLC | Commercial Terms Sheet, dated August 1, 2017 | $762.00 |

| | | | Assigned Contracts[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **69** | Trinium | Wisetech (Trinium Technologies) | Trinium Technologies<br>304 Tejon Place<br>Palos Verdes, CA 90274 | NH Services LLC | | $0 |
| **70** | Blue Cargo | | BloueCargo<br>Corporate Headquarters<br>Attn:  Legal Department<br>440 N. Barranca Ave #6606<br>Covina, CA 91723 | Noble House Home Furnishings LLC | | $0 |
| **71** | iWarehouse | Raymond West Intralogistics Solutions | Raymond West Intralogistics Solutions<br>9939 Norwalk Blvd.<br>Santa Fe Springs, CA 90670 | Noble House Home Furnishings LLC | Licensing Agreement, effective 8/8/2018 | $0 |
| **72** | Elite Extra | | Elite Extra<br>Corporate Headquarters<br>Attn:  Legal Department<br>2985 58th St.<br>Eau Clairel WI 54703 | NH Services, LLC | Licensing Agreement, effective May 27, 2020 and auto-renews for successive 1-month terms | $0 |
| **73** | Geotab | Virtual Projects, LLC dba Vehicle Licensing Consultants | Virtual Projects, LLC dba Vehicle Licensing Consultants<br>2390 Lindbergh St, Suite 200<br>Auburn, CA 95602 | NH Services LLC | Tripdawg Services Agreement, dated December 22, 2016 | $0 |
| **74** | Virtual Licensing Consultants (Zendu) | Zendu | Virtual Projects, LLC dba Vehicle Licensing Consultants<br>2390 Lindbergh St, Suite 200<br>Auburn, CA 95602<br><br>Email: accounting@im4trux.com | Noble House Home Furnishings LLC | | $0 |
| **75** | Prodsmart | Autodesk | Autodesk, Inc.<br>111 McInnis Parkway<br>San Rafael, CA 94903 | Le Pouf | Quotation dated 10/27/2022 | $0 |

| | Assigned Contracts[1] | | | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 76 | Brightpearl Inc. | Business in the Cloud | Brightpearl Inc.<br>211 E 7 St.<br>Suite 110<br>Austin, TX 78701 | Noble House Furniture | Subscription Contract Renewal dated 3/7/2022 | $65,520.00 |
| 77 | Celigo | | 3 Lagoon Drive, Ste 130<br>Redwood City, California 94065<br>Attn: Terms of Services Notices<br>(650) 579-0210 | Noble House Furniture | Invoices Dated 3/9/2020<br><br>Quote Dated 5/10/2023 | $0 |
| 78 | CartRover | Company now called Extensiv | Extensiv<br>Attn:  Legal Department<br>100 N. Pacific Coast Highway, Suite 1100<br>El Segundo, CA 90245 | Noble House Home Furnishings LLC | Email confirming support was activated, receipt dated 11/20/19 | $0 |
| 79 | SPS Commerce | | SPS Commerce, Inc.<br>333 South Seventh Street, Suite 1000<br>Minneapolis, MN 55402 | Noble House Home Furnishings LLC | Scope and Proposal Prepared for Noble House Home Furnishings LLC, dated 9/25/2019 | $0 |
| 80 | Zendesk | | Zendesk<br>989 Market Street, San Francisco, California 94103 U.S.A.<br>Attn: Legal Department;<br><br>or electronic mail to legalnotice@zendesk.com. | Noble House Home Furnishings LLC | Service Order Form<br><br>Service Start Date: 12/29/2022 – Service End Date: 12/28/2023 | $0 |

| | | | Assigned Contracts[1] | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 81 | MaestroQA, Inc. | | MaestroQA, Inc.<br>Attn:  Legal Department<br>41 E. 11th Street, 11th Floor<br>New York, NY 10003 | Noble House Home Furnishings LLC | SAAS Services Order Form/Subscription Agreement<br><br>Term:  5/25/23 – 5/25/24 | $0 |
| 82 | Tymeshift | | Tymeshift<br>2601 W. Briggs Avenue<br> Fairfield, Iowa 52556<br>Attn: Legal Department<br>with a copy to legal@tymeshift.com. | Noble House Home Furnishings LLC | Service Order Form<br><br>Subscription Start Date: 12/25/2022 (1 year term) | $0 |
| 83 | Bazaarvoice | | Bazaarvoice, Inc.<br>ATTN: Legal<br>10901 Stonelake Blvd.<br>Austin, Texas 78759<br>Toll-Free: (866) 522-9227<br>Phone: (512) 551-6000<br>Fax: (512) 853-2182<br>legal@bazaarvoice.com | Noble House Home Furnishings LLC | Service Order, signed by Noble House Home Furnishings LLC on 7/26/2019 | $0 |
| 84 | Oanda | | OANDA Business Information & Services Inc.<br>228 Park Avenue South, Suite 20236<br>New York, NY 10003<br>webservices@oanda.com<br>212 390 8735 | Noble House Home Furnishings LLC | Oanda Rate Subscription Agreement | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Assigned Contracts**[1] | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **85** | Ecloud Valley Technology (HK) Limited | | Ecloud Valley Technology (HK) Limited Room 3606, 36/F Wu Chung House 213 Queen's Road East Wanchai, Hong Kong | Noble House Home Furnishings LLC | "Amazon Web Services" Services Agreement, signed by Noble House Home Furnishings LLC on 12/11/2019 | $14,381.32 |
| **86** | Fullstack labs LLC | | FullStack Labs, LLC Attn: David Jackson, CEO 9450 SW Gemini Dr PMB 21582 Beaverton, OR 97008-7105 | Noble House Home Furnishings LLC | Master Service Agreement | $62,467.53 |
| **87** | MySamm | LJ&L Enterprises, LLC | MySamm Attn:  Legal Department 100 Bull Street, Suite 200 Savannah, GA 913401 | Noble House Home Furnishings LLC | MySamm Contract dated 10/15/2021 (Addendum dated 7/19/2022) | $15,959.25 |
| **88** | NinjaOne, LLC | | success@ninjarmm.com If to NinjaOne, by email to EULA@ninjaone.com | Noble House Home Furnishings LLC | Order Form<br><br>End User License Agreement, dated 3/23/2023 | $0 |
| **89** | Domo | | Domo, Inc. 772 E. Utah Valley Drive American Fork, UT 84003 Attn: Chief Legal Officer | Noble House Home Furnishings LLC | Service Order, dated 4/13/2018 | $0 |
| **90** | Concur Technologies, Inc. | SAP Concur | SAP Concur Corporate Headquarters Attn:  Legal Department 601 108th Ave NE, Suite 1000 Bellevue WA 98003 | Noble House Home Furnishings LLC | SAP Concur Quotation, dated 9/26/2018 | $6,042.19 |

| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| | | | **Assigned Contracts[1]** | | | |
| 91 | Accessibe | | AccessiBe<br>David Ben Gurion Rd. 1<br>Bnei Brakk 5120149<br>ISRAEL | Noble House Home Furnishings LLC | | $0 |
| 92 | Packsize, LLC | | Packsize, LLC<br>3760 W. Smart Pack Way<br>Salt Lake City, 84104 | Noble House Home Furnishings LLC | Equipment sale and supply agreement | $50,235.47 |
| 93 | ACJG Inc. | | Li Jun Guo<br>1638 Brycedale Avenue<br>Duarte CA 91010<br>Maggieguo1011@yahoo.com | NH Services LLC | NH Services | $111,480.00 |
| 94 | Commercehub | | CommerceHub<br>Global Headquarters<br>Attn: Legal Department<br>800 TroySchenectady Road<br>Suite 100<br>Latham, NY 12110 | Noble House Home Furnishings LLC | | $7,067.00 |
| 95 | SC Fuels | Southern Counties Oil Co. Cardlock Fuels System, Inc. | SC Fuels<br>1800 W. Katella Ave., Ste. 400<br>Orange, CA 92867<br>Attention: General Counsel | Noble House Home Furnishings LLC | Continuing Guaranty, dated 5/25/2017 | $0 |
| 96 | Road Ready Registration | | Road Ready Registration, Inc.<br>Attn: Legal Department<br>9561 Pittsburgh Ave<br>Rancho Cucamonga, CA 91730 | NH Services LLC | Power of Attorney | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Assigned Contracts**[1] | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **97** | CitrusAd International | | CitrusAd<br>Attn:  Legal Department<br>200 Central Avenue, Suite 1900<br>St. Petersburg, FL 33701<br>Attn:  Amy Feder, GM, Sales & Marketing<br>Attn:  Garrett Cox, VP, Media Sales | Noble House Home Furnishings LLC | Insertion Order, signed May 15, 2023 | $0 |
| **98** | Mediamax | | Mediamax Network<br>Attn:  Legal Department<br>10 Saint Charles St., Suite 12<br>Thornwood, NY 10594 | OkiOki (dba for Noble House Home Furnishings, LLC) | Advertising Proposal to OkiOki, dated April 14, 2023 | $0 |

| | Freight Forwarder Contracts | | | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Address** | **Debtor Name*** | **Contract Description** | **Cure Amount** |
| 1 | HECNY | | Hecny Transportation, Inc. 19550 S. Dominguez Hills Dr. Rancho Dominguez, CA 90220 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $118,530 |
| 2 | KING | | King Import & Export Trade Co. Limited Room 2109, No. 188 Sipping Road Hongkou, Shanghai 20008 CHINA | Noble House Home Furnishings LLC | Freight Forwarding Agreement | $1,239,535.00 |
| 3 | MSC-LION | | Lion International Logistics (HK) Co. Limited Unit 1216,12/F Bonded Goods Market building Xiangyu Road, No. 88 Xiamen, CA 999077 CHINA | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $400,877.00 |
| 4 | WANHAI-LION | | Lion International Logistics (HK) Co. Limited Unit 1216,12/F Bonded Goods Market building Xiangyu Road, No. 88 Xiamen, CA 999077 CHINA | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $408,160.00 |
| 5 | PAM CARGO | | Pam Cargo International Company Limited Attn:  Ms. Mary (Phuc Nguyen) Rm 402-403 Citilight Tower 45 Vo Thi Sau St., Daokao Ward Dist.1 Ho Chi Minh, Vietnam 710700 | Noble House Home Furnishings Vietnam Company Limited | Freight Forwarding Agreement | $528,390.00 |

| | Freight Forwarder Contracts | | | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Address** | **Debtor Name*** | **Contract Description** | **Cure Amount** |
| **6** | PRIME FORWARDER | | Pudong Prime Int'l Logistics, Inc.<br>Attn:  Benny<br>9660 Flair Drive, Suite 488<br>El Monte, CA 91731 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $657,746.00 |
| **7** | SUN TRACK | | Elite View International Ltd.<br>Attn: Eva<br>Flat/Rm01-04 24/F<br>Fu Fai Commercial Centre<br>27 Hillier Street<br>Sheung Wan<br>Hong Kong 999077 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $263,170.00 |
| **8** | SYNTRANS | | Syntrans Holdings (1995) Co., Ltd.<br>Attn:  Ann Yang<br>2606 B, Island Place Tower<br>510 King's Road<br>Hong Kong 999077 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $109,282.00 |
| **9** | UML | | Fuzhou United Marine Logistics Co., Ltd.<br>Attn:  Renee<br>Room 0710<br>World Wide Plaza<br>No. 158 Wusi Road<br>Fuzhou, Fujian<br>CHINA 350001 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $24,800.00 |
| **10** | MSC-HEADWAY | | Headway Joint Stock Company<br>44 Nguyen Van Kinh Street, Quarter 1<br>Thanh My Loi Ward<br>Thu Duc City, Ho Chi Minh City<br>VIETNAM | Noble House Home Furnishings Vietnam Company Limited | Freight Forwarding Agreement | $181,867.00 |

| | | | Freight Forwarder Contracts | | | |
|---|---|---|---|---|---|---|
| | Counterparty | aka | Address | Debtor Name* | Contract Description | Cure Amount |
| 11 | WANHAI-HEADWAY | | Headway Joint Stock Company<br>44 Nguyen Van Kinh Street, Quarter 1<br>Thanh My Loi Ward<br>Thu Duc City, Ho Chi Minh City<br>VIETNAM | Noble House Home Furnishings Vietnam Company Limited | Freight Forwarding Agreement | $326,450.00 |