# DIP Budget - NHHF

| | Post-Petition (Stub Wk.) | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition | Post-Petition (Stub Wk.) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2023 | 2023 | 2023 | 2023 | 2023 | 2023 | 2023 | 07/15/05 | | | |
| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Post-Petition | Wind Down | Total |
| For the Week Ending | 09/16/23 | 09/23/23 | 09/30/23 | 10/07/23 | 10/14/23 | 10/21/23 | 10/28/23 | 11/04/23 | 09/16/23 | | |
| Actual/Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | 11/04/23 | | |
| Gross Sales | $ 4,236,636 | $ 5,484,446 | $ 5,158,961 | $ 4,585,674 | $ 4,851,316 | $ 4,497,909 | $ 4,759,867 | $ 2,177,538 | $ 35,752,348 | $ - | $ - |
| | | | | | | | | | | | |
| **Total Receipts** | **5,500,887** | **3,538,950** | **5,999,528** | **7,978,879** | **3,329,489** | **5,502,205** | **3,146,089** | **-** | **34,996,026** | **-** | **34,996,026** |
| **Operating Disbursements** | | | | | | | | | | | |
| Inventory | (3,006,933) | (3,306,070) | (3,342,229) | (2,917,770) | (3,153,516) | (3,153,516) | (2,452,655) | - | (21,332,689) | - | (21,332,689) |
| Freight, Tariffs & Inbound Logistics | (867,902) | (922,169) | (854,585) | (785,438) | (834,514) | (806,498) | (761,560) | - | (5,832,664) | - | (5,832,664) |
| Payroll & Benefits | (54,101) | (937) | (880,062) | (151) | (689,776) | (937) | (880,062) | - | (2,506,027) | - | (2,506,027) |
| Rent | - | - | - | (2,293,690) | - | - | - | - | (2,293,690) | - | (2,293,690) |
| Utilities | (39,433) | (3,817) | (62,333) | (53,563) | (528) | (3,289) | (41,841) | - | (204,804) | - | (204,804) |
| Taxes | (85,719) | - | - | - | (85,719) | - | - | - | (171,438) | - | (171,438) |
| All Other Operating Disbursements | (818,444) | (838,112) | (1,056,914) | (968,855) | (1,237,177) | (794,912) | (1,000,964) | - | (6,715,377) | (450,000) | (7,165,377) |
| **Total Operating Disbursements** | **(4,872,532)** | **(5,071,105)** | **(6,196,122)** | **(7,019,467)** | **(6,001,229)** | **(4,759,152)** | **(5,137,081)** | **-** | **(39,056,687)** | **(450,000)** | **(39,506,687)** |
| | | | | | | | | | | | |
| **Operating Cash Flow** | **628,355** | **(1,532,155)** | **(196,595)** | **959,412** | **(2,671,740)** | **743,053** | **(1,990,993)** | **-** | **(4,060,662)** | **(450,000)** | **(4,510,662)** |
| | | | | | | | | | | | |
| **Non Operating Disbursements** | **(19,514)** | **(13,410)** | **(972,402)** | **(635)** | **(20,547)** | **(13,410)** | **(674,608)** | **-** | **(1,714,527)** | **-** | **(1,714,527)** |
| | | | | | | | | | | | |
| **Restructuring Related Costs** | | | | | | | | | | | |
| Utilities Deposit | (56,473) | - | - | - | - | - | - | - | (56,473) | - | (56,473) |
| Professional Fees - Debtor | (465,000) | (465,000) | (465,000) | (440,000) | (440,000) | (440,000) | (425,000) | (405,000) | (3,545,000) | (230,000) | (3,775,000) |
| Professional Fees - Lender | (117,500) | (117,500) | (117,500) | (117,500) | (117,500) | (117,500) | (117,500) | (117,500) | (940,000) | (117,500) | (1,057,500) |
| Professional Fees - UCC | - | - | (150,000) | (150,000) | (110,000) | (100,000) | (100,000) | (100,000) | (710,000) | (100,000) | (810,000) |
| Retention - Estimate | - | - | - | - | - | (300,000) | - | - | (300,000) | - | (300,000) |
| DIP Fee | (220,938) | - | - | - | - | - | - | - | (220,938) | - | (220,938) |
| Temp Labor Wage Motion | - | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | - | - | (500,000) | - | (500,000) |
| Winddown Expenses | - | - | - | - | - | - | - | - | - | (500,000) | (500,000) |
| US Trustee | - | - | - | - | - | (156,160) | - | - | (156,160) | (237,598) | (393,758) |
| **Total Restructuring Related Costs** | **(859,911)** | **(682,500)** | **(832,500)** | **(807,500)** | **(767,500)** | **(1,213,660)** | **(642,500)** | **(622,500)** | **(6,428,571)** | **(1,185,098)** | **(7,613,669)** |
| | | | | | | | | | | | |
| **Total Disbursements** | **(5,751,956)** | **(5,767,015)** | **(8,001,025)** | **(7,827,602)** | **(6,789,276)** | **(5,986,222)** | **(6,454,189)** | **(622,500)** | **(47,199,785)** | **(1,635,098)** | **(48,834,883)** |
| | | | | | | | | | | | |
| **Total Net Cash Flow** | **(251,069)** | **(2,228,065)** | **(2,001,497)** | **151,277** | **(3,459,787)** | **(484,017)** | **(3,308,101)** | **(622,500)** | **(12,203,760)** | **(1,635,098)** | **(13,838,858)** |
| | | | | | | | | | | | |
| **Other Disbursements** | | | | | | | | | | | |
| ABL Draw | 5,751,092 | 5,767,015 | 8,001,025 | 7,827,602 | 6,789,276 | 5,986,222 | 6,454,189 | 622,500 | 47,198,921 | - | - |
| ABL Payment | (5,500,887) | (3,538,950) | (5,999,528) | (7,978,879) | (3,329,489) | (5,502,205) | (3,146,089) | - | (34,996,026) | - | - |
| **Total Other Disbursements** | **250,206** | **2,228,065** | **2,001,497** | **(151,277)** | **3,459,787** | **484,017** | **3,308,101** | **622,500** | **12,202,896** | **-** | **-** |