IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LINCOLN PARTNERS ADVISORS LLC FOR THE PERIOD FROM SEPTEMBER 11, 2023 THROUGH OCTOBER 31, 2023**

(Docket No. 226)

The Court has considered the First and Final Application for Compensation and Reimbursement of Expenses filed by Lincoln Partners Advisors LLC (the "<u>Applicant</u>").  The Court orders:

1. The Applicant is allowed compensation and reimbursement of expenses in the amount of $2,227,500 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Dated: _____, 2023

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580); Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

LA:4892-2183-3871.2 61051.002