# **Exhibit A**

## TC Invoices
## November 2023



**THOMPSON COBURN LLP**

*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024
Invoice #3650356

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri   63195

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▮▮▮▮▮▮▮▮▮▮▮▮
Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮
Please reference invoice number(s).

**For Wire Transfer Instructions or Other
Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Federal Tax ID ▮▮▮▮▮▮▮▮

---

For Legal Services Rendered in Connection With:
General
TC File:   72742 / 232195

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/02/23 | H. Thomas | 1.1 | Update TC retention documents to reflect US Trustee comments |
| 11/06/23 | H. Thomas | 0.4 | Review PSZJ's monthly expense sheet |
| 11/06/23 | H. Thomas | 0.5 | Draft email to team regarding upcoming deadlines and items of interest in preparation for calls with Province this week |
| 11/07/23 | M. Power | 0.4 | Review the Debtors' monthly operating reports and email Province a few questions |
| 11/07/23 | J. Schwartz | 0.3 | Reviewing Debtors' monthly operating reports |
| 11/08/23 | J. Schwartz | 0.3 | Reviewing motion to modify RSM engagement |
| 11/08/23 | H. Thomas | 0.6 | Committee professionals meeting |
| 11/09/23 | J. Figueiredo | 0.5 | Review Debtors' motion to appoint replacement CRO and email with Province re same |
| 11/09/23 | H. Thomas | 0.6 | Attend 341 Conference |
| 11/09/23 | H. Thomas | 0.4 | Review new motion filed by Debtors to reject certain contracts |
| 11/14/23 | K. Clark | 0.3 | Review local rule as to 2004 examinations to confirm no recent revisions to the same (.2) and communicate with J. Figuerido re the same (.1) |
| 11/14/23 | H. Thomas | 0.8 | Prepare for tomorrow's meeting with the Committee by reviewing newly filed documents and drafting an update for J. Schwartz |
| 11/14/23 | H. Thomas | 0.4 | Meeting with Province and team regarding avenues for potential recovery |
| 11/14/23 | H. Thomas | 0.4 | Draft email to Committee regarding meeting tomorrow |
| 11/15/23 | H. Thomas | 0.4 | Review Lincoln fee application to ensure it conforms to their retention application |



*Invoice*

*Payment Due Upon Receipt*

January 23, 2024
Invoice #3650356
Page 2

Noble House Home Furnishings, Official Creditors Committee

| 11/15/23 | H. Thomas | 0.3 | Review newly filed motion and provide summary to J. Schwartz |
| 11/17/23 | H. Thomas | 0.3 | Confer with team regarding ongoing investigation |
| 11/27/23 | H. Thomas | 0.4 | Confer with J. Schwartz, M. Power, and J. Figueiredo regarding document requests |
| 11/27/23 | H. Thomas | 1.2 | Revise document requests |
| 11/27/23 | H. Thomas | 0.3 | Draft email to Committee with update regarding investigation and send to J. Schwartz |
| 11/28/23 | H. Thomas | 0.2 | Confer with team regarding document requests |
| 11/28/23 | H. Thomas | 0.4 | Finalize client communication and send to client |
| 11/29/23 | H. Thomas | 0.3 | Confer with A. Rossetti regarding fee applications |
| 11/30/23 | H. Thomas | 0.3 | Confer with team regarding Province's fee application |

| Total Hours | 11.10 |
| Amount For Services | $5,162.00 |

## TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Clark | 0.30 | $685.00 | $205.50 |
| J. Figueiredo | 0.50 | $905.00 | $452.50 |
| M. Power | 0.40 | $1,165.00 | $466.00 |
| J. Schwartz | 0.60 | $530.00 | $318.00 |
| H. Thomas | 9.30 | $400.00 | $3,720.00 |
| Total All Timekeepers | 11.10 | $465.05 | $5,162.00 |

| **TOTAL DUE** | **$5,162.00** |



*Invoice*

*Payment Due Upon Receipt*



*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ▮▮▮▮▮▮

---

## REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650356                     **$5,162.00**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:  ▮▮▮▮▮▮▮▮
Bank Name:    US Bank N.A.
ABA/Routing Number:  ▮▮▮▮▮
Bank Account Name:   Thompson Coburn LLP
Account Number:  ▮▮▮▮▮▮▮

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:  U.S. Bank
ABA/Routing Number:  ▮▮▮▮▮
Account Number:  ▮▮▮▮▮

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com



*Continuing the **Hahn & Hessen** Legacy*

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri  63195

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:
Account Number:
Please reference invoice number(s).

**For Wire Transfer Instructions or Other Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

January 23, 2024
Invoice #3650357

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID

---

For Legal Services Rendered in Connection With:
Creditors Committee
TC File:   72742 / 232196

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/01/23 | K. Clark | 0.5 | Attend committee update call regarding case status and likely next steps |
| 11/01/23 | J. Figueiredo | 0.5 | Participate in Committee call |
| 11/01/23 | M. Power | 1.8 | Review and modify draft agenda for our Committee call (.3); prepare for and participate in the weekly full Committee meeting to discuss agenda items (1.0); follow up discussion with TC team to discuss Committee call and next steps (.50); |
| 11/01/23 | J. Schwartz | 1.3 | Reviewing SOFAs re preparation for Committee call on investigation (.6); participate in Committee call re case status and investigation issues (.7) |
| 11/01/23 | H. Thomas | 0.6 | Meeting with Committee |
| 11/02/23 | M. Power | 0.4 | Respond to Committee member email questions |
| 11/06/23 | M. Power | 0.7 | Multiple email exchange with TC team (J. Figueiredo, J. Schwartz and H. Thomas) to discuss whether we should have a Committee call Wednesday morning (.40); review and revise H. Thomas draft email to the Committee canceling Wednesday call and update (.30). |
| 11/06/23 | A. Rossetti | 0.3 | Correspondence to J. Schwartz and H. Thomas re attendance at organizational meeting of the official unsecured creditors' committee |
| 11/06/23 | A. Rossetti | 0.3 | Prepare for attendance at upcoming organizational meeting of the official unsecured creditors' committee |
| 11/06/23 | H. Thomas | 0.3 | Draft and send email to Committee with update regarding weekly meeting |
| 11/06/23 | H. Thomas | 0.2 | Confer with A. Rossetti re 341 conference |
| 11/07/23 | J. Figueiredo | 0.4 | Review and comment on H. Thomas draft update email to committee (.3); email with J. Balasiano re same (.1) |
| 11/07/23 | D. Reinhart | 0.5 | Locate dial-in instructions for continued 341 meeting, calendar rescheduled date, emails A. Rossetti re same (.5). |

| 11/07/23 | A. Rossetti | 0.5 | Prepare for attendance at upcoming 341 meeting of creditors |
|---|---|---|---|
| 11/09/23 | A. Rossetti | 0.7 | Attend 341 meeting of creditors |
| 11/09/23 | A. Rossetti | 1.5 | Draft email and memorandum re 341 meeting of creditors to committee members |
| 11/10/23 | M. Power | 0.3 | Email exchange with Mike Siedband re Gigacloud agreement to assume the Debtors' post-petition ordinary course liabilities; review M. Siedband's email to Gigacloud counsel |
| 11/10/23 | J. Schwartz | 0.3 | Reviewing APA and emailing committee member re assumed liabilities |
| 11/14/23 | M. Power | 0.9 | Email exchange with H. Thomas and J. Schwartz re cover email and agenda for tomorrow's Committee call (.3); review and comment on H. Thomas' draft email to the Committee (.2); review and respond to Judah Balasiano's response email and question on length of time to complete investigation (.2); email exchange with Michael Seidband and Gigacloud re Fedex unpaid administrative claim   (.2) |
| 11/15/23 | K. Clark | 0.6 | Conference with committee members re overall case status and recommended next steps |
| 11/15/23 | J. Figueiredo | 0.5 | Participate in weekly Committee call |
| 11/15/23 | M. Power | 1.1 | Prepare for (.3) and participate in full Committee teams call to walk the Committee through our next steps memo and investigation topics (.8) |
| 11/15/23 | J. Schwartz | 1.6 | Review investigation memorandum re preparation for weekly committee call (.5); participate in weekly committee call (.8); reviewing sale order and APA and email Committee member re same (.3) |
| 11/15/23 | H. Thomas | 0.6 | Meeting with Committee |
| 11/17/23 | M. Power | 0.5 | Call with Michael Siedband re issue with payment of Fedex administrative claim; draft email to Pachulski inquiring about same; forward Pachulski response to M. Siedband |
| 11/20/23 | M. Power | 0.3 | Review and respond to J. Schwartz email re his draft response to Judah Balasiano on payment status of post-petition payable and forward responses received from Pachulski and Province review |
| 11/20/23 | J. Schwartz | 1.6 | Reviewing H. Thomas draft investigation document request list and revising re same |
| 11/21/23 | M. Power | 0.2 | Review and respond to emails between Pachulski and Michael Siedband re Debtors' payment of post-petition payables |
| 11/21/23 | J. Schwartz | 0.8 | Meeting with J. Figueiredo re investigation matters and case status (.2); reviewing Committee document request list and provide for TC team re same (.3); reviewing sale order and APA and drafting email for Committee member re postpetition sales of goods (.3) |
| 11/22/23 | M. Power | 0.2 | Email exchanges with Michael Siedband (Fedex) and Max Neumann (Pachulski) re timing on postpetitionAP payments |
| 11/27/23 | M. Power | 0.5 | Email exchange with Eddie Yip and then Sanjuro re investigating spike in Debtors inventory orders in May/June. |
| 11/27/23 | J. Schwartz | 2.6 | Meeting with M. Power, J. Figueiredo and H. Thomas re case status and strategy (.5); reviewing and revising document request list for Debtors (1.3); legal research re fraudulent conveyance laws in New York and California (.3); legal research re 2004 request procedures and templates in Teas jurisdictions (.5) |
| 11/28/23 | M. Power | 0.6 | Email from Committee chairperson re investigating spike in Noble trade payables and follow up emails with Province re same (.4); email exchange with TC team and Province re canceling tomorrow's Committee call; review and revise H. Thomas' draft email update to the Committee |

| 11/28/23 | J. Schwartz | 1.4 | Reviewing H. Thomas draft email to Committee and provide comments re same (.4); call with Province re investigation document request information (.4); meetings with J. Figueiredo re Committee call and status (.3); revising document request list re additional claim analysis (.3) |
| 11/29/23 | M. Power | 0.4 | Follow up email response to Eddie Yip and email exchange with J. Schwartz re same |
| 11/30/23 | J. Schwartz | 0.4 | Reviewing docket and orders and draft email for creditor re same (.4). |

Total Hours                                           25.90

Amount For Services                              $18,564.50

## TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Clark | 1.10 | $685.00 | $753.50 |
| J. Figueiredo | 1.40 | $905.00 | $1,267.00 |
| M. Power | 7.90 | $1,165.00 | $9,203.50 |
| D. Reinhart | 0.50 | $345.00 | $172.50 |
| A. Rossetti | 3.30 | $360.00 | $1,188.00 |
| J. Schwartz | 10.00 | $530.00 | $5,300.00 |
| H. Thomas | 1.70 | $400.00 | $680.00 |
| Total All Timekeepers | 25.90 | $716.78 | $18,564.50 |

| **TOTAL DUE** | **$18,564.50** |
|---|---|



*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Federal Tax ID ███████

---

## REMITTANCE COPY

## PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650357                    **$18,564.50**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:  ███████
Bank Name:   US Bank N.A.
ABA/Routing Number:  ███████
Bank Account Name:   Thompson Coburn LLP
Account Number:  ███████

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:  ███████
Account Number:  ███████

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com


**THOMPSON COBURN LLP**

*Continuing the* **Hahn & Hessen** *Legacy*

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri  63195

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ███████
Account Number: ███████
Please reference invoice number(s).

**For Wire Transfer Instructions or Other
Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

January 23, 2024
Invoice #3650358

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ███████

---

For Legal Services Rendered in Connection With:
Retention
TC File:   72742 / 232197

| | | | |
|---|---|---|---|
| 11/02/23 | J. Figueiredo | 0.5 | Review UST comments to TC and Province retention applications and emails with H. Thomas re same |
| 11/02/23 | M. Power | 1.0 | Review Jana Whitworth (UST) on comments on retention applications of TC and Province (.4); email to H. Thomas re drafting a supplemental declaration for TC retention (.3); email exchange with A. Rosetti review Province revised retention order and declaration (.3) |
| 11/02/23 | A. Rossetti | 1.0 | Revise Province's retention order to comply with comments from the United States Trustee |
| 11/02/23 | J. Schwartz | 0.7 | Reviewing UST comments to province retentions and emails re same (.3); reviewing UST comments to TC retention and emails re same (.4) |
| 11/03/23 | K. Clark | 0.3 | Review and supplement draft Certificate of Counsel re Province application in light of resolution of UST comments to proposed form of order |
| 11/03/23 | M. Power | 1.2 | Revise draft supplemental declaration and revised retention order and circulate same to H. Thomas (.80); review and revise Alex markup of Province retention order with UST comments |
| 11/03/23 | A. Rossetti | 1.5 | Draft certificates of counsel related to the applications to employ Province and Thompson Coburn in compliance with the procedures for complex cases in the Southern District of Texas |
| 11/03/23 | H. Thomas | 0.5 | Draft Supplemental Power Declaration |
| 11/06/23 | M. Power | 0.5 | Review H. Thomas revised retention order and supplemental declaration |
| 11/06/23 | H. Thomas | 0.3 | Incorporate comments into Supplemental Power Declaration |
| 11/07/23 | A. Rossetti | 0.1 | Confer with H. Thomas re status of certificates of counsel related to |


*Invoice*                                                    *Payment Due Upon Receipt*

January 23, 2024
Invoice #3650358
Page  2

Noble House Home Furnishings, Official Creditors Committee

| | | | |
|---|---|---|---|
| | | | the applications to employ Province and Thompson Coburn |
| 11/09/23 | J. Figueiredo | 0.5 | Review and comment on revised TC retention order and draft certification of counsel |
| 11/09/23 | M. Power | 0.7 | Multiple emails with T. Henry and Alexandra Rosetti and   Jana Whitworth re revised retention order and supplemental declaration |
| 11/09/23 | A. Rossetti | 0.4 | Review and supplement certificates of counsel related to the applications to employ Province and Thompson Coburn |
| 11/09/23 | A. Rossetti | 0.5 | Correspondence to Province re United States Trustee's comments to retention order |
| 11/09/23 | H. Thomas | 0.5 | Communicate with M. Power regarding updated retention application and send email to US Trustee regarding the same |
| 11/10/23 | A. Rossetti | 0.2 | Correspondence to Province re its retention order |
| 11/10/23 | A. Rossetti | 0.4 | Correspondence to United States Trustee re Province retention order |
| 11/13/23 | M. Power | 0.4 | Email exchange with Sanjuro and J. Figueiredo re going forward with Wednesday'   Committee call and proposed agenda |
| 11/14/23 | A. Rossetti | 0.1 | Confer with H. Thomas re status of case and retention orders |
| 11/15/23 | M. Power | 0.5 | Review A Rossetti's email and attachments and give her the green light for filing the supplemental pleadings for Thompson Coburn and Province |
| 11/15/23 | A. Rossetti | 1.5 | Finalize certificates of counsel related to the applications to employ Province and Thompson Coburn |
| 11/16/23 | S. Meiners | 0.3 | Review and finalize certificate of counsel of official committee of unsecured creditors' application to employ Thompson Coburn |
| 11/16/23 | S. Meiners | 0.2 | Review and finalize supplemental declaration of M. Power in support of application to retain and employ Thompson Coburn |
| 11/16/23 | S. Meiners | 0.3 | Review and finalize certificate of counsel of official committee of unsecured creditors' application for approval of the employment of Province, LLC as financial advisor |
| 11/16/23 | A. Rossetti | 0.7 | Review and finalize certificates of counsel related to the applications to employ Province and Thompson Coburn and supplemental declaration of M. Power |
| 11/16/23 | H. Thomas | 0.7 | Proofread final retention paper filings for A. Rossetti |
| 11/20/23 | M. Power | 0.2 | Email exchange with A. Rossetti re follow up on Province and TC retention orders and contacting chambers |
| 11/20/23 | A. Rossetti | 0.1 | Confer with M. Powers re retention orders |
| 11/20/23 | A. Rossetti | 0.2 | Review and analyze docket to determine status of retention orders |
| 11/21/23 | A. Rossetti | 0.2 | Correspondence to S. Kietlinsk and D. Laton of Province re status update on retention order |
| 11/21/23 | A. Rossetti | 0.3 | Attention to docket to determine status of retention orders and correspondence to R. Saldana re the same |
| 11/30/23 | J. Schwartz | 0.6 | Reviewing Province monthly fee application and emails with TC team re fee application procedures (.6). |



January 23, 2024
Invoice #3650358
Page  3

Noble House Home Furnishings, Official Creditors Committee

Total Hours                                                    17.10

Amount For Services                                                        $10,670.00

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Clark | 0.30 | $685.00 | $205.50 |
| J. Figueiredo | 1.00 | $905.00 | $905.00 |
| S. Meiners | 0.80 | $295.00 | $236.00 |
| M. Power | 4.50 | $1,165.00 | $5,242.50 |
| A. Rossetti | 7.20 | $360.00 | $2,592.00 |
| J. Schwartz | 1.30 | $530.00 | $689.00 |
| H. Thomas | 2.00 | $400.00 | $800.00 |
| Total All Timekeepers | 17.10 | $623.98 | $10,670.00 |

| **TOTAL DUE** | **$10,670.00** |
|---|---|



*Payment Due Upon Receipt*



*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ███████

---

## REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650358                 **$10,670.00**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:   ███████
Bank Name:   US Bank N.A.
ABA/Routing Number:   ███████
Bank Account Name:   Thompson Coburn LLP
Account Number:   ███████

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   ███████
Account Number:   ███████

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com



*Continuing the **Hahn & Hessen** Legacy*

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri   63195

January 23, 2024
Invoice #3650359

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:
Account Number
Please reference invoice number(s).

**For Wire Transfer Instructions or Other
Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID

---

For Legal Services Rendered in Connection With:
Executory Contracts/Leases
TC File:   72742 / 232198

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/02/23 | M. Power | 0.2 | Review order approving the rejection of leases and executory contracts and email H. Thomas re same |
| 11/02/23 | J. Schwartz | 0.3 | Reviewing omnibus rejection motion |
| 11/10/23 | M. Power | 0.3 | Email exchange with A. Rossetti re instructions on forwarding revised Province retention papers to the USDT for signoff; review her email and UST's response |
| 11/15/23 | M. Power | 0.3 | Review Debtors' third motion to reject leases and executory contracts and email Henry Thomas re question on same |
| 11/16/23 | M. Power | 0.6 | Review and execute draft supplemental declaration and review revised retention orders for Province and TC and draft certifications of counsel (.3); forward same to A. Rossetti for filing (.1); review A. Rossetti and H. Thomas emails re additional changes (.2)e |

| | | |
|---|---|---|
| Total Hours | | 1.70 |
| Amount For Services | | $1,790.00 |



*Payment Due Upon Receipt*

Noble House Home Furnishings, Official Creditors Committee

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Power | 1.40 | $1,165.00 | $1,631.00 |
| J. Schwartz | 0.30 | $530.00 | $159.00 |
| Total All Timekeepers | 1.70 | $1,052.94 | $1,790.00 |

| **TOTAL DUE** | **$1,790.00** |
|---|---|





*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ███████

---

## REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650359                         **$1,790.00**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:  ███████
Bank Name:   US Bank N.A.
ABA/Routing Number:  ███████
Bank Account Name:   Thompson Coburn LLP
Account Number:  ███████

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:  U.S. Bank
ABA/Routing Number:  ███████
Account Number:  ███████

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com


**THOMPSON COBURN LLP**

*Continuing the **Hahn & Hessen** Legacy*

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri   63195

January 23, 2024
Invoice #3650360

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▮▮▮▮▮
Account Number: ▮▮▮▮▮
Please reference invoice number(s).

**For Wire Transfer Instructions or Other
Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ▮▮▮▮▮

---

For Legal Services Rendered in Connection With:
Investigation of Secured Liens
TC File:   72742 / 232199

| | | | |
|---|---|---|---|
| 11/08/23 | J. Schwartz | 5.2 | Document review of debtors' data room and drafting summary analysis of potential claims re same (4.5); call with TC professionals re claims analysis and go forward strategy (.7) |

Total Hours                                                                                       5.20

Amount For Services                                                                       $2,756.00

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Schwartz | 5.20 | $530.00 | $2,756.00 |
| Total All Timekeepers | 5.20 | $530.00 | $2,756.00 |

| **TOTAL DUE** | **$2,756.00** |
|---|---|


*Invoice*

*Payment Due Upon Receipt*



*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ████████

---

## REMITTANCE COPY

## PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650360                    **$2,756.00**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:   ████████
Bank Name:   US Bank N.A.
ABA/Routing Number:   ████████
Bank Account Name:   Thompson Coburn LLP
Account Number:   ████████

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   ████████
Account Number:   ████████

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com



*Continuing the **Hahn & Hessen** Legacy*

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri  63195

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▮▮▮▮▮
Account Number:  ▮▮▮▮▮
Please reference invoice number(s).

**For Wire Transfer Instructions or Other
Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

January 23, 2024
Invoice #3650361

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ▮▮▮▮▮

---

For Legal Services Rendered in Connection With:
Sales of Assets
TC File:   72742 / 232200

| 11/01/23 | M. Power | 0.2 | Email exchange with Max Litzak confirming that the sale closed yesterday |
|----------|----------|-----|------------|

Total Hours                                                                         0.20

Amount For Services                                                       $233.00

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| M. Power | 0.20 | $1,165.00 | $233.00 |
| Total All Timekeepers | 0.20 | $1,165.00 | $233.00 |

| **TOTAL DUE** | **$233.00** |
|---------------|-------------|

*Invoice*



*Payment Due Upon Receipt*



*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ▉▉▉▉▉▉

---

## REMITTANCE COPY

## PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650361                         **$233.00**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:              ▉▉▉▉▉▉
Bank Name:    US Bank N.A.
ABA/Routing Number:    ▉▉▉▉▉▉
Bank Account Name:    Thompson Coburn LLP
Account Number:    ▉▉▉▉▉▉

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:    Thompson Coburn LLP
Bank:    U.S. Bank
ABA/Routing Number:    ▉▉▉▉▉▉
Account Number:    ▉▉▉▉▉▉

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com



*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024
Invoice #3650362

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri   63195

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▮▮▮▮▮
Account Number:   ▮▮▮▮▮
Please reference invoice number(s).

**For Wire Transfer Instructions or Other
Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ▮▮▮▮▮

---

For Legal Services Rendered in Connection With:
Professional Fees
TC File:   72742 / 232201

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/23 | M. Power | 0.2 | Email exchange with D. Reinhart re preparing notice about rate changes (.2) |
| 11/01/23 | D. Reinhart | 0.2 | Emails M. Power, K. Gebke re current bankruptcy department billing rates, necessity to prepare notice of fee increase (.2). |
| 11/06/23 | M. Power | 0.2 | Review Pachulski fee application and email J. Schwartz |
| 11/10/23 | M. Power | 0.4 | Review Lincoln Partners fee application and email H. Thomas re questions on same |
| 11/13/23 | M. Power | 0.2 | Review Morgan Lewis October application |
| 11/15/23 | M. Power | 0.6 | Review Lincoln Advisors fee application and email H. Thomas re questions on calculation of enterprise value and requesting a closing funds flow |
| 11/16/23 | M. Power | 0.7 | Review and revise September and October prebills to prepare for first monthly fee application |
| 11/21/23 | M. Power | 0.4 | Review Morgan Lewis monthly fee statement |
| 11/29/23 | S. Meiners | 0.2 | Review and analyze complex procedures regarding filing of monthly fee statements |
| 11/29/23 | D. Reinhart | 0.5 | Emails S. Meiners re format for monthly fee statement (.1), analyze and download potential templates, research interim comp. order re fee app formatting guidelines (.3), messages A. Rossetti re nature of calendared fee app deadlines (.1). |
| 11/29/23 | A. Rossetti | 0.9 | Review and analyze order establishing procedures for interim compensation and reimbursement of expenses for professionals in preparation for filing Province's and Thompson Coburn's first monthly fee statements |



*Payment Due Upon Receipt*

January 23, 2024
Invoice #3650362
Page 2

Noble House Home Furnishings, Official Creditors Committee

| | | | |
|---|---|---|---|
| 11/30/23 | K. Clark | 0.2 | Briefly review draft interim fee notice of Providence and communicate with J. Schwartz re recommended edits to conform with local practice and procedures order |
| 11/30/23 | S. Meiners | 1.0 | Review and revise Province monthly fee statement |
| 11/30/23 | M. Power | 0.3 | Email exchanges with J. Schwartz and A. Rossetti re responding to questions/comments son Province draft fee application |
| 11/30/23 | D. Reinhart | 4.7 | Review email from S. Meiners re format of monthly fee statements in SDTX (.1), docket research re standard format of monthly and interim fee applications in SDTX, download multiple templates for each type (2.0), draft TC first monthly fee statement (1.8), circulate to team (.1), analyze Excel printout of TC time for Sept. - Oct. period and begin process of narrative summarizing (,6), emails R. Maisonet re same (.2) |
| 11/30/23 | A. Rossetti | 2.6 | Review and analyze Province's first monthly fee statement for compliance with local rules and procedures for complex cases |

Total Hours                                                                                                   13.30

Amount For Services                                                                                   $7,109.00

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Clark | 0.20 | $685.00 | $137.00 |
| S. Meiners | 1.20 | $295.00 | $354.00 |
| M. Power | 3.00 | $1,165.00 | $3,495.00 |
| D. Reinhart | 5.40 | $345.00 | $1,863.00 |
| A. Rossetti | 3.50 | $360.00 | $1,260.00 |
| Total All Timekeepers | 13.30 | $534.51 | $7,109.00 |

| | |
|---|---|
| **TOTAL DUE** | **$7,109.00** |

 *Invoice*



*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ███████

---

## REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650362                          **$7,109.00**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:   ███████
Bank Name:   US Bank N.A.
ABA/Routing Number:   ███████
Bank Account Name:   Thompson Coburn LLP
Account Number:   ███████

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   ███████
Account Number:   ███████

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com



*Continuing the **Hahn & Hessen** Legacy*

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri   63195

January 23, 2024
Invoice #3650364

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ▮▮▮
Account Number: ▮▮▮
Please reference invoice number(s).

**For Wire Transfer Instructions or Other Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ▮▮▮

---

For Legal Services Rendered in Connection With:
Claims Administration
TC File:   72742 / 232205

| 11/02/23 | H. Thomas | 1.2 | Review SOFAs to create list of entities Creditors could potentially recover from or where more information is needed |
| 11/13/23 | M. Power | 0.4 | Email exchange with Teddy Kupar re proposed allocation of BoA Leasing deficiency claims and forward same to Province   (.40) |
| 11/17/23 | M. Power | 0.3 | Email exchange with Sanjuro re BACF claim allocation and amounts; confirm our signoff with Teddy Kapur |
| 11/17/23 | J. Schwartz | 0.3 | Reviewing BALC claim and documents re verification of $9.2 million asserted claim |

Total Hours                                                                      2.20

Amount For Services                                                   $1,454.50

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Power | 0.70 | $1,165.00 | $815.50 |
| J. Schwartz | 0.30 | $530.00 | $159.00 |
| H. Thomas | 1.20 | $400.00 | $480.00 |
| Total All Timekeepers | 2.20 | $661.14 | $1,454.50 |

**TOTAL DUE**                                                          **$1,454.50**



*Payment Due Upon Receipt*



*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn:   John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID ████

---

**REMITTANCE COPY**

**PAYMENT DUE UPON RECEIPT**
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650364                 **$1,454.50**

**Please remit this copy with your check to:**

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code: ████
Bank Name:   US Bank N.A.
ABA/Routing Number: ████
Bank Account Name:   Thompson Coburn LLP
Account Number: ████

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number: ████
Account Number: ████

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com



*Continuing the **Hahn & Hessen** Legacy*

**Remit To:**
P.O. Box 18379M
St. Louis, Missouri   63195

January 23, 2024
Invoice #3650365

**ACH Instructions: (Not for Wire Transfer)**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:
Account Number:
Please reference invoice number(s).

**For Wire Transfer Instructions or Other
Communications Please Contact:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

Federal Tax ID

---

For Legal Services Rendered in Connection With:
Investigation of Company
TC File:   72742 / 232206

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/01/23 | M. Power | 1.2 | Review Debtors' schedules and excel spreadsheet of potential claims |
| 11/02/23 | M. Power | 1.7 | Review fraudulent conveyance cases on tax distributions to equityholders |
| 11/03/23 | J. Schwartz | 2.6 | Call with Province re investigation issues (.4); reviewing board materials and other documents provided by debtors re claims investigation (2.2) |
| 11/06/23 | M. Power | 1.7 | Email exchange with J. Schwartz and Derek at Province   re investigation areas to pursue based on audited financials; review financials footnotes and email questions on same. |
| 11/07/23 | J. Figueiredo | 2.0 | Review team emails and information regarding Debtors' schedules, audits and another potential causes of action and sources of recovery for creditors |
| 11/07/23 | J. Schwartz | 2.3 | Reviewing data room documents re investigation of company and potential claims (1.2); reviewing Debtors' SOFAs re company investigation and 90 day payments (1.1) |
| 11/08/23 | J. Figueiredo | 0.8 | Call with TC and Province teams to discuss status of investigation and strategy re same (.6); call with M. Power re same (.2) |
| 11/09/23 | J. Schwartz | 0.3 | Emails with H. Thomas and library services re company investigation issues |
| 11/09/23 | H. Thomas | 0.6 | Research into Noble House equity holders to determine whether any viable avoidance claims are possible |
| 11/10/23 | J. Schwartz | 2.6 | Call with Province re investigation issues (.4); drafting Committee investigation memo (1.6); reviewing statements of assets and liabilities re potential claims (.6) |
| 11/10/23 | H. Thomas | 0.6 | Coordinate searches of the Debtors officers and equity holders |



*Payment Due Upon Receipt*

January 23, 2024
Invoice #3650365
Page  2


Noble House Home Furnishings, Official Creditors Committee


| 11/13/23 | J. Figueiredo | 1.5 | Emails with Province and TC teams re investigation action items and next steps (.4); review background information and research regarding prepetition transactions (.9); review H. Thomas email summarizing same (.2) |
|---|---|---|---|
| 11/13/23 | M. Power | 3.1 | Review H. Thomas email update and report produced by the Library on Debtor and equityholders' pre-petition litigations   (.8); email exchange with J. Schwartz and J. Figueredo re memo to Committee on next steps in investigation efforts and begin review and revise memo to Committee on investigation focus (2.30) |
| 11/13/23 | J. Schwartz | 7.3 | Emails with Province re investigation issues and investigation memo (.3); reviewing Province comments to investigation memo (.2); drafting claims investigation memo for Committee (6.8) |
| 11/13/23 | H. Thomas | 0.7 | Review background searches for information that could provide possible avenues of recovery |
| 11/14/23 | J. Figueiredo | 3.3 | Review and comment on draft Investigation analysis memo and meet with J. Schwartz to discuss same (1.3); call with J. Balasiano to discuss same (.5); emails with Province and TC teams re same (.3); participate in call with Province team to discuss investigation strategy and findings (.5); review local 2004 rules   re examination of Debtors and other third parties (.4); emails with M. Power and K. Clark re same (.3) |
| 11/14/23 | M. Power | 3.1 | Email exchange with TC and Province teams re investigation memo issues (.4); participate in all hands professionals (TC and Province) call to discuss investigation memo and follow up topics (.7); make final revisions to draft memo to Committee on next steps for investigation focus (1.80); email exchange with K. Clark and J. Figueiredo re Rule 2004 procedures in SD of Texas (.2) |
| 11/14/23 | A. Rossetti | 0.1 | Attention to correspondence from K. Clark re 2004 examination of Debtor |
| 11/14/23 | J. Schwartz | 2.3 | Meeting with J. Figueiredo re investigation motion and revise memo re same (.4); Committee professionals meeting re investigation memo (.4); reviewing M. Power revisions to investigation memo and provide further comments re same (.7); reviewing H. Thomas email to Committee and provide comments re same (.2); reviewing Debtors' D&O insurance policies re coverage limits and discuss with H. Thomas re same (.6) |
| 11/14/23 | H. Thomas | 0.4 | Review D&O insurance policies |
| 11/15/23 | M. Power | 0.6 | Review A Rossetti email with sample Bankruptcy Rule 2004 applications and review and respond to attachments |
| 11/15/23 | A. Rossetti | 0.9 | Compile and evaluate form notices of 2004 examination of Debtor from recent cases in the United States Bankruptcy Court for the Southern District of Texas |
| 11/15/23 | H. Thomas | 2.4 | Draft preliminary document requests related to ongoing investigation for potential avoidance actions for J. Schwartz |
| 11/15/23 | H. Thomas | 0.3 | Confer with A. Almeida regarding draft of preliminary document list |



January 23, 2024
Invoice #3650365
Page 3

Noble House Home Furnishings, Official Creditors Committee

| 11/16/23 | H. Thomas | 0.3 | Review document request draft |
| 11/20/23 | H. Thomas | 1.1 | Update document requests for J. Schwartz |
| 11/21/23 | J. Figueiredo | 1.5 | Emails with team re document requests needed for investigation; review Debtor documents re same |
| 11/21/23 | M. Power | 0.8 | Review and email response to J. Schwartz draft supplemental information to Pachulski |
| 11/21/23 | H. Thomas | 0.2 | Confer with J. Schwartz and J. Figueiredo regarding document request list |
| 11/22/23 | M. Power | 0.4 | Email exchange with Sanjuro re additional items for supplemental document demand and timing in same |
| 11/27/23 | J. Figueiredo | 1.9 | Review and comment on draft document requests needed for investigation (1.3); meeting with team to discuss strategy for pursuing various potential causes of action (.4); emails re same (.2) |
| 11/27/23 | M. Power | 1.2 | Review J. Schwartz email with updated document request memo (.30); TC team strategy meeting to discuss memo and timing and strategy issues (.60); review and respond to H. Thomas email re results of his statute of limitation research in California and Texas. (.30 |
| 11/27/23 | A. Rossetti | 0.1 | Confer with H. Thomas re form notices of 2004 examination of Debtor from recent cases in the United States Bankruptcy Court for the Southern District of Texas |
| 11/27/23 | H. Thomas | 0.4 | Research into the fraudulent conveyance look back period in NY and CA |
| 11/28/23 | J. Figueiredo | 1.7 | Discussions with J. Schwartz re additional documents needed for investigation (.5); review and respond to emails re same (.2); review and revise draft email to committee with update on investigation efforts (.2); discussion with H. Thomas re same (.2); review and comment on revised demand notice (.6) |
| 11/28/23 | M. Power | 1.4 | Review and revise J. Schwartz's draft supplemental document demand on the debtors continued investigation for potential causes of action and email back my comments (1.0); follow up emails with the team re timing an potential Rule 2004 motion (.40) |
| 11/29/23 | M. Power | 0.7 | Email exchanges with J. Figueredo and Sanjuro re initial call to Pachulski and production deadline |
| 11/30/23 | J. Figueiredo | 0.4 | Call and email to T. Kapur re Committee investigation (.3); email with S. Kietlinski re same (.1) |

| Total Hours | 54.50 | |
| Amount For Services | | $42,797.00 |



January 23, 2024
Invoice #3650365
Page 4

Noble House Home Furnishings, Official Creditors Committee

Expenses and Other Charges:
In addition to expenses, this section may include charges for Relativity data hosting and time-based fees for firm technology professionals.

| | | |
|---|---|---|
| 11/22/23 | For local ground transportation office/home beginning November 20, 2023 re car home after attending to investigative matters for Committee. VENDOR: Schwartz, Jacob T. INVOICE#: 6314560711222021 DATE: 11/22/2023 | $70.67 |

Amount For Expenses and Other Charges                                                       $70.67

### TIME SUMMARY BY TIMEKEEPER

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Figueiredo | 13.10 | $905.00 | $11,855.50 |
| M. Power | 15.90 | $1,165.00 | $18,523.50 |
| A. Rossetti | 1.10 | $360.00 | $396.00 |
| J. Schwartz | 17.40 | $530.00 | $9,222.00 |
| H. Thomas | 7.00 | $400.00 | $2,800.00 |
| Total All Timekeepers | 54.50 | $785.27 | $42,797.00 |

| **TOTAL DUE** | **$42,867.67** |
|---|---|





*Continuing the **Hahn & Hessen** Legacy*

January 23, 2024

Noble House Home Furnishings, Official Creditors
Committee
Attn: John Du, Esq.
JunHe LLC
630 Fifth Avenue, Suite 1919
45 Rockefeller Plaza
New York, New York   10111

**Direct Correspondence To:**
488 Madison Avenue
New York, NY 10022
212-478-7200
AccountsReceivable@ThompsonCoburn.com

Federal Tax ID ████████

---

## REMITTANCE COPY

### PAYMENT DUE UPON RECEIPT
PLEASE REFERENCE INVOICE NUMBER WITH YOUR PAYMENT

Invoice # 3650365                    **$42,867.67**

### Please remit this copy with your check to:

Thompson Coburn LLP
P.O. Box 18379M
St. Louis, MO   63195

**Wire Transfer Instructions:**
Swift Code:            ████████
Bank Name:    US Bank N.A.
ABA/Routing Number:    ████████
Bank Account Name:   Thompson Coburn LLP
Account Number:    ████████

**ACH Instructions (United States only):**
**NOT FOR WIRE TRANSFER USE**
Account Name:   Thompson Coburn LLP
Bank:   U.S. Bank
ABA/Routing Number:   ████████
Account Number:   ████████

Please reference invoice number(s) with ACH or send an e-mail with the information to
AccountsReceivable@ThompsonCoburn.com