# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 297** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 22, 2024, I caused to be served the "Notice of Filing of Additional Professional to be Employed by the Debtors in the Ordinary Course of Business," dated January 22, 2024 [Docket No. 297], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

**EXHIBIT A**

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO DIP & PREPET ABL AGENT) ATTN: T. CHARLIE LIU 101 PARK AVENUE NEW YORK NY 10178-0060 |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO DIP & PREPET ABL AGENT) ATTN: CHRISTOPHER L. CARTER ONE FEDERAL STREET BOSTON MA 02110-1726 |
| NOBLE HOUSE HOME FURNISHINGS LLC | ATTN GAYLA BELLA 21325 SUPERIOR STREET CHATSWORTH CA 91311 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF TEXAS ATTN: JANA WHITEWORTH; C. ROSS TRAVIS 515 RUSK STREET, STE 3516 HOUSTON TX 77002 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATT: B. L WALLEN; T. KAPUR; K. LABRADA 440 LOUISIANA STREET, STE 900 HOUSTON TX 77002 |
| THOMPSON COBURN LLP | ATTN: MARK T. POWER, J. FIGUEIREDO & J. SCHWARTZ; 488 MADISON AVE NEW YORK NY 10022 |

**Total Creditor count  6**

**EXHIBIT B**

NOBLE HOUSE HOME FURNISHINGS LLC, *et al*. - Case No. 23-90773 (CML)
OCP Notice Parties

| OCP Party | Email |
|---|---|
| Noble House Home Furnishings LLC, Attn: Gayla Bella | gayla.bella@riveron.com |
| Pachulski Stang Ziehl & Jones LLP, Attn: Teddy Kapur | tkapur@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP, Attn: Benjamin L. Wallen | bwallen@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP, Attn: Kerri LaBrada | klabrada@pszjlaw.com |
| U.S. Trustee, Attn: Jana Whitworth | jana.whitworth@usdoj.gov |
| U.S. Trustee, Attn: C. Ross Travis | c.ross.travis@usdoj.gov |
| Morgan Lewis & Bockius LLP, Attn: Christopher L. Carter | christopher.carter@morganlewis.com |
| Morgan Lewis & Bockius LLP, Attn: T. Charlie Liu | charlie.liu@morganlewis.com |
| Thompson Coburn LLP, Attn: Mark Power | mpower@thompsoncoburn.com |
| Thompson Coburn LLP, Attn: Janine Figueiredo | jfigueiredo@thompsoncoburn.com |
| Thompson Coburn LLP, Attn: and Jacob Schwartz | jtschwartz@thompsoncoburn.com |