United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 21, 2024
Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NOBLE HOUSE HOME FURNISHINGS LLC,[1] | Case No. 23-90773 (CML) |
| Debtors. | (Jointly Administered) |

### ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RIVERON MANAGEMENT SERVICES, LLC
(Related Docket No. 309)

The Court has considered the First Interim Application for Compensation and Reimbursement of Expenses filed by Riveron Management Services, LLC (the "Applicant"). The Court orders:

1.      The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $1,332,804.98 for the period set forth in the application.

2.      The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed:  February 21, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.