**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NOBLE HOUSE HOME FURNISHINGS LLC, et al., | Case No. 23-90773 (CML) |
| Debtors. [1] | (Jointly Administered) |

**NOTICE OF SALE CLOSING AND NOTICE OF ASSUMED AND ASSIGNED**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO SALE ORDER**
(Related Docket No. 199)

**PLEASE TAKE NOTICE** that on September 11, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each commenced a voluntary case under chapter 11 of the Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that on September 19, 2023, the Court entered the *Order (I) Approving Bidding Procedures For Sale Of The Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates With Respect Thereto, (IV) Approving The Form And Manner Of Notice Thereof, And (V) Approving Contract Assumption And Assignment Procedures* [Docket No. 81] (the "Bidding Procedures Order"). The Bidding Procedures Order, *inter alia*, approved certain Bidding Procedures (as defined therein) and the designation of GigaCloud Technology Inc. ("GigaCloud Technology") as the stalking horse purchaser in connection with the sale of substantially all of the Debtors' assets (the "Sale").

**PLEASE TAKE FURTHER NOTICE** that on September 21, 2023, the Debtors filed their *Notice To Contract Parties To Potentially Assumed Executory Contracts And Unexpired Leases* [Docket No. 86], as amended by Docket No. 179 (the "Cure Notice"), in accordance with the Bidding Procedures Order. The Cure Notice, *inter alia*, identified certain executory contracts and unexpired leases which *may* be assumed and assigned as part of the Sale.

**PLEASE TAKE FURTHER NOTICE** that the Cure Notice inadvertently contained certain contracts (the "Non-Debtor Contracts") between third parties and non-Debtor subsidiaries, Fujian Baimei Electronic Commerce Co., Ltd. ("Baimei"), Noble House Home Furnishings Canada ("NHHF Canada"), or Noble House Home Furnishings Vietnam Company Limited ("NHHF Vietnam"). The Non-Debtor Contracts are listed on **Exhibit 1** hereto. The Debtors are not parties to the Non-Debtor Contracts, and therefore the Debtors could not assume and assign the Non-Debtor Contracts to GigaCloud Technology pursuant to 11 U.S.C. § 365. Accordingly, there is no obligation to pay the cure amounts related to the Non-Debtor Contracts. Notwithstanding the foregoing, GigaCloud Technologies acquired Baimei, NHHF Canada, and

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

NHHF Vietnam as part of the Sale.

**PLEASE TAKE FURTHER NOTICE** that on October 20, 2023, the Debtors filed a notice [Docket No. 163], indicating that GigaCloud Technology was the Successful Bidder (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that on October 26, 2023, GigaCloud Technology delivered to the Debtors that certain *Designation of Excluded Assets Pursuant to Section 2.3(c) of the Purchase Agreement*, formally identifying certain executory contracts and unexpired leases that, at GigaCloud Technology's election, would be assumed and assigned to GigaCloud Technology in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that on October 27, 2023, the Court entered its *Amended And Restated Order (I) Authorizing (A) The Sale Of Certain Assets Of The Debtors Free And Clear Of Liens, Claims, And Encumbrances And (B) The Debtors To Enter Into And Perform Under The Purchase Agreement And (II) Granting Related Relief* [Docket No. 199] (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that the Sale Order approved the Sale to GigaCloud Technology pursuant to the Asset Purchase Agreement by and among Noble House Home Furnishings LLC and Certain Affiliates, as Seller, and Gigacloud Technology, as Buyer, dated as of September 11, 2023 (as may be amended, modified, or supplemented from time to time in accordance with the terms thereof and the Sale Order, the "Purchase Agreement"). A copy of the Purchase Agreement is attached as Exhibit 2 to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Order and the Purchase Agreement, GigaCloud Technology assumed certain executory contracts and unexpired leases that are identified on **Exhibit 2** hereto (the "Assigned Contracts").

**PLEASE TAKE FURTHER NOTICE** that the Sale Order provided, *inter alia,* that upon the Closing (as defined in the Purchase Agreement) of the Sale, GigaCloud Technology "will be fully and irrevocably vested in all right, title, and interest of each Assigned Contract." Sale Order, at ¶ 35.

**PLEASE TAKE FURTHER NOTICE** that the Sale Order authorized and directed GigaCloud Technology to pay the Cure Costs (as defined therein) to the respective counterparties to the Assigned Contracts. Sale Order, at ¶ 40.

**PLEASE TAKE FURTHER NOTICE** that the Closing (as defined in the Purchase Agreement) of the Sale occurred on October 31, 2023 (the "Closing Date").

**PLEASE TAKE FURTHER NOTICE** that upon the Closing Date, the Assigned Contracts identified on **Exhibit 2** hereto were assumed and assigned to GigaCloud Technology.

[*Remainder of Page Intentionally Left Blank*]

Dated:   March 7, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Teddy M. Kapur (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
tkapur@pszjlaw.com
gdemo@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2024, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner

**EXHIBIT 1**

**Non-Debtor Contracts**

See below.

| **Non-Debtor Contracts** | | | | | |
|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 1 | HECNY | | Hecny Transportation, Inc.<br>19550 S. Dominguez Hills Dr.<br>Rancho Dominguez, CA 90220 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $118,530 |
| 2 | KING | | King Import & Export Trade Co. Limited<br>Room 2109, No. 188 Sipping Road<br>Hongkou, Shanghai 20008<br>CHINA | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $1,239,535.00 |
| 3 | MSC-HEADWAY | | Headway Joint Stock Company<br>44 Nguyen Van Kinh Street, Quarter 1<br>Thanh My Loi Ward<br>Thu Duc City, Ho Chi Minh City<br>VIETNAM | Noble House Home Furnishings Vietnam Company Limited | Freight Forwarding Agreement | $181,867.00 |
| 4 | MSC-LION | | Lion International Logistics (HK) Co. Limited<br>Unit 1216,12/F<br>Bonded Goods Market building<br>Xiangyu Road, No. 88<br>Xiamen, CA 999077<br>CHINA | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $400,877.00 |
| 5 | PAM CARGO | | Pam Cargo International Company Limited<br>Attn:  Ms. Mary (Phuc Nguyen)<br>Rm 402-403 Citilight Tower<br>45 Vo Thi Sau St.,<br>Daokao Ward Dist.1<br>Ho Chi Minh, Vietnam 710700 | Noble House Home Furnishings Vietnam Company Limited | Freight Forwarding Agreement | $528,390.00 |
| 6 | PRIME FORWARDER | | Pudong Prime Int'l Logistics, Inc.<br>Attn:  Benny<br>9660 Flair Drive, Suite 488<br>El Monte, CA 91731 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $657,746.00 |

1

| | **Non-Debtor Contracts** | | | | |
|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Cure Amount** |
| 7 | SUN TRACK | | Elite View International Ltd.<br>Attn: Eva<br>Flat/Rm01-04 24/F<br>Fu Fai Commercial Centre<br>27 Hillier Street<br>Sheung Wan<br>Hong Kong 999077 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $263,170.00 |
| 8 | SYNTRANS | | Syntrans Holdings (1995) Co., Ltd.<br>Attn:  Ann Yang<br>2606 B, Island Place Tower<br>510 King's Road<br>Hong Kong 999077 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $109,282.00 |
| 9 | UML | | Fuzhou United Marine Logistics Co., Ltd.<br>Attn:  Renee<br>Room 0710<br>World Wide Plaza<br>No. 158 Wusi Road<br>Fuzhou, Fujian<br>CHINA 350001 | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $24,800.00 |
| 10 | WALMART CANADA | Wal-Mart Canada Corp. | Wal-Mart Canada Corp.<br>Attn:  Supplier Master Data<br>1940 Argentia Road<br>Mississauga, Ontario L5N 1P9 | Noble House Home Furnishings Canada | Supplier Agreement<br><br>Effective Date: 10/4/2017 | $0.00 |
| 11 | WANHAI-HEADWAY | | Headway Joint Stock Company<br>44 Nguyen Van Kinh Street, Quarter 1<br>Thanh My Loi Ward<br>Thu Duc City, Ho Chi Minh City<br>VIETNAM | Noble House Home Furnishings Vietnam Company Limited | Freight Forwarding Agreement | $326,450.00 |

4861-3765-9050.3 61051.002

| | | | **Non-Debtor Contracts** | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **12** | WANHAI-LION | | Lion International Logistics (HK) Co. Limited<br>Unit 1216,12/F<br>Bonded Goods Market building<br>Xiangyu Road, No. 88<br>Xiamen, CA 999077<br>CHINA | Fujian Baimei Electronic Commerce Co., Ltd. | Freight Forwarding Agreement | $408,160.00 |

3

**EXHIBIT 2**

**Assigned Contracts**

See below.

| | Assigned Contracts | | | | |
|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 1 | Prologis Targeted U.S. Logistics Fund, L.P. | 1714 Anderson | Prologis<br>17777 Center Court Drive N, Suite 100<br>Cerritos, CA 90703<br>Attn: Market Officer<br><br>With copy to:<br>Prologis<br>1800 Wazee Street<br>Suite 500<br>Denver, CO 80202<br>Attn. General Counsel | Noble House Home Furnishings LLC | Lease Agreement, dated August 4, 2021<br><br>Term:  March 1, 2022 – May 1, 2032 | $0 |
| 2 | Superior Chatsworth, LLC | | c/o Pacific Coast Commercial<br>6050 Santo Rd., Suite 200<br>Denver, CO 80202<br>Attn:  General Counsel | Noble House Home Furnishings LLC | Standard Industrial/ Commercial Single-Tenant Lease – Net. Dated November 7, 2013 & Amendment to Lease dated October 24, 2016<br><br>Term:  November 12, 2013 – February 11, 2031 | $0 |

1

| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| | | | **Assigned Contracts** | | | |
| 3 | GLC El Monte LLC | Goodman | GLC El Monte LLC<br>℅ Goodman North America, LLC<br>18201 Von Karman Avenue, Suite 1170<br>Irvine, CA 92612<br>Attn: Asset Manager<br>Telephone: (949) 407-0100<br><br>With a copy to:<br>Goodman North America, LLC<br>18201 Von Karman Avenue, Suite 1170<br>Irvine, CA 92612<br>Email: usnotices@goodman.com<br><br>Attn: Legal Affairs<br>Telephone: (949) 407-0100 | Noble House Home Furnishings LLC | Multi-Tenant Industrial Lease dated December 8, 2020<br><br>Term:  January 1, 2021 – March 31, 2031 | $0 |
| 4 | CF Capital, LLC | Prologis | CF Capital, LLC<br>3546 Concours Street<br>Suite 100<br>Ontario, CA 91764<br>Attn:  Market Officer<br><br>With copy to:<br>Prologis<br>1800 Wazee street<br>Suite 500<br>Denver, CO 80202<br>Attn. General Counsel | Noble House Home Furnishings LLC | Lease Agreement dated June 23, 2021<br><br>Term:  September 1, 2023 – August 31, 2033 | $0 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Assigned Contracts** | | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **5** | 7901 Deering – 2003, LLC | | Allen Ralston<br>PO Box 93467<br>Long Beach, CA 90809<br><br>Allen Ralston<br>2390 Vista Ridge Lane<br>Signal Hills, CA 90755<br><br>With copy to:<br><br>7901 Deering 2003 L.P.<br>8355 Florence Ave., Ste. 100<br>Downey, CA 90240 | Noble House Home Furnishings LLC | AIR Commercial Standard Industrial/Commercial Single Tenant Lease – Gross, dated March 10, 2015, Lease Assignment, dated October 13, 2018, First Amendment, dated December 23, 2019, & Second Amendment, dated December 17, 2021.<br><br>Term:  September 1, 2015 – August 31, 2025 | $0 |
| **6** | Isabel Investments LP | | Sheila MacWilliams<br>8771 Washington Blvd., Suite B<br>Culver City, CA 90232 | Noble House Home Furnishings LLC | Standard Industrial Commercial Multi-Tenant Lease – Gross, dated July 16, 2020<br><br>Term:  July 17, 2020 – August 17, 2025 | $0 |
| **7** | S.O. Savannah One, LLC | | S.O. Savannah One, LLC<br>℅ Scannell Development Company<br>8801 River Crossing Boulevard, Suite 300<br>Indianapolis, Indiana 46240<br>Attention: General Counsel | Noble House Home Furnishings LLC | Lease, signed July 28, 2017<br><br>First Amendment to lease, dated December 28, 2017<br><br>Term: November 1, 2017 – October 31, 2027 | $88,291.14 |

4862-8219-4857.4 61051.002

| | | | | Assigned Contracts | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 8 | AMB Milton Crossings 2, LP | | Prologis<br>185 The West Mall<br>Suite 700<br>Toronto, Ontario M9C 5L5 CANADA<br>Attn:  Country Manager<br><br>With a copy to:<br>Prologis<br>Attn:  General Counsel<br>1800 Wazee Street<br>Suite 500<br>Denver, CO 80202 | Noble House Home Furnishings LLC | Lease | $0 |
| 9. | World Trade Center Savannah | | Ms. Leigh Ryan<br>Director of Trade Services<br>Foreign-Trade Zone No.104<br>World Trade Center Savannah<br>P.O. Box 128 (31402)<br>131 Hutchinson Island Road<br>Savannah, Georgia 31421 | Noble House Home Furnishings LLC | Foreign-Trade Zone Operator Agreement Under the Alternative Site Framework, signed 10/8/2019 | $0 |
| 10. | City of Long Beach | | City of Long Beach<br>Executive Director, Long Beach Harbor Department<br>P.O. Box 570<br>Long Beach, California 90801 | Noble House Home Furnishings LLC | Foreign Trade Zone Operations Agreement, dated February 3, 2020 | $0 |
| 11 | Classic Home | | Annabelle Holmes, VP Operations<br>Classic Home<br>Corporate Headquarters<br>4505 Bandini Blvd.<br>Vernon, CA 90058 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement dated March 28, 2023<br><br>Term:  March 28, 2023 – March 28, 2024 | $0 |

4862-8219-4857.4 61051.002

| | | | Assigned Contracts | | | |
|---|---|---|---|---|---|---|
| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
| 12 | Traffix | | Traffix Corporate Head Office<br>Attn:  Legal Department<br>1-375 Wheelabrator Way<br>Milton, ON L9T 3C1<br>CANADA | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement dated 3/17/2023 | $0 |
| 13 | ITC Diligence Inc. | | Marissa Rose<br>David Harlow<br>ITC Diligence Inc.<br>4010 Watson Plaza Drive, Ste. 2501<br>Lakewood, CA 90712 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement, effective 9/29/22 and signed 10/3/2022, as amended by the Amendment to Addendum A of the Warehousing and Distribution Agreement, dated 10/10/22 | $0 |
| 14 | ITC Diligence Inc. | | Marissa Rose<br>David Harlow<br>ITC Diligence Inc.<br>4010 Watson Plaza Drive, Ste. 250<br>Lakewood, CA 90712 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement, signed 4/5/2023<br><br>Project: Notations Inc. | $0 |
| 15 | ITC Diligence Inc. | | Marissa Rose<br>David Harlow<br>ITC Diligence Inc.<br>4010 Watson Plaza Drive, Ste. 250<br>Lakewood, CA 90712 | Noble House Home Furnishings LLC | Wet Wipes Project, dated 3/2/2023 | $0 |

4862-8219-4857.4 61051.002

| | | | | Assigned Contracts | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 16 | Olympus Warehouse Logistics | | Diego D'Agostino<br>Olympus Warehouse Logistics, Inc.<br>1690 Brandywine Ave., Suite A<br>Chula Vista, CA 91911<br><br>With a copy to:<br>Olympus Warehouse Logistics, Inc.<br>Attn:  Legal Department<br>1690 Brandywine Ave., Suite A<br>Chula Vista, CA 91911 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement dated 12/22/2022<br><br>Addendum signed 7/11/2023 | $0 |
| 17 | Obeetee, Inc.<br>Nustory, Inc. | | Vimal Kumar, CEO<br>Obeetee, Inc.<br>295 Fifth Ave., Ste. 908<br>New York, NY 10016-7128<br><br><br>Nustory, Inc.<br>c/o Golenbock Eiseman Assor Bell & Peskoe LLP<br>Attn:  Matthew Weill, Esq.<br>711 Third Avenue, 17th Floor<br>New York, NY 10017 | Noble House Home Furnishings LLC | Warehousing and Distribution Agreement, signed 12/15/2022 | $0 |
| 18 | Christopher Knight Brands, LLC | | Christopher Knight<br>32107 Lindero Canyon Road<br>Suite 235<br>Westlake Village, CA 91361<br>Email: Ck@christopherknightbrands.com | Noble House Home Furnishings LLC | Product Line License Agreement, effective September 19, 2018 and auto-renews for successive 1-year periods.  Amended November 30, 2020 | $447,580.56 |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Assigned Contracts** | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **19** | CSN WPP June 2021 | | Wayfair<br>Attn:  Legal Department<br>4 Copley Place, Floor 7<br>Boston, MA 02116<br><br>or to:  Legal@wayfair.com | Noble House Home Furnishings LLC | Preferred Partner Agreement (exclusivity on new from Amazon North America for 90 days) | $0 |
| **20** | CSN Co-Op April 2022 | | Wayfair<br>Attn:  Legal Department<br>4 Copley Place, Floor 7<br>Boston, MA 02116 | Noble House Home Furnishings LLC | Letter Agreement, dated 8/17/23 confirming cancelling Noble House Home Furnishings LLC's Ad Co-Op deductions as of April 2022 | $0 |
| **21** | Wayfair LLC (CSN) - SPA | | Wayfair<br>Attn:  Legal Department<br>4 Copley Place, Floor 7<br>Boston, MA 02116 | Noble House Home Furnishings LLC | Supplier Agreement | $0 |
| **22** | Overstock | Bed Bath & Beyond | Dave Nielsen<br>President<br>799 Coliseum Way<br>Midvale , UT 84047<br>Email:  dnielsen@overstock.com<br>Tel: 801-947-3294 | Best Selling Home Décor | Supplier Agreement<br><br>Amendment to Supplier Agreement | $0 |
| **23** | Overstock Le Pouf | Bed Bath & Beyond | Dave Nielsen<br>President<br>799 Coliseum Way<br>Midvale , UT 84047<br>Email:  dnielsen@overstock.com<br>Tel: 801-947-3294 | Noble House Home Furnishings LLC | Contract | $0 |

4862-8219-4857.4 61051.002

| | | | | | | |
|---|---|---|---|---|---|---|
| **Assigned Contracts** | | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **24** | Overstock 3PB | | Dave Nielsen<br>President<br>799 Coliseum Way<br>Midvale , UT 84047<br>Email:  dnielsen@overstock.com<br>Tel: 801-947-3294 | Noble House Home Furnishings LLC | Contract | $0 |
| **25** | Overstock Liquidation | | Dave Nielsen<br>President<br>799 Coliseum Way<br>Midvale , UT 84047<br>Email:  dnielsen@overstock.com<br>Tel: 801-947-3294 | Noble House Home Furnishings LLC | Contract | $0 |
| **26** | Wayfair Le Pouf | | Wayfair<br>Attn:  Legal Department<br>4 Copley Place, Floor 7<br>Boston, MA 02116 | Noble House Home Furnishings LLC | Contract | $0 |
| **27** | Costco.com | | Costco<br>Corporate Office Headquarters<br>Attn:  Legal Department<br>999 Lake Drive<br>Issaquah, WA 98027 | Noble House Home Furnishings LLC | Costco.com Drop-ship Supplier Agreement, dated March 29, 2012 (Supplier A/P No. 91845-79) | $0 |
| **28** | Costco Wholesale Corporation | | Costco<br>Corporate Office Headquarters<br>Attn:  Legal Department<br>999 Lake Drive<br>Issaquah, WA 98027 | Noble House Home Furnishings LLC | Undated 2022 Basic Supplier Agreement | $0 |

4862-8219-4857.4 61051.002

| | | | Assigned Contracts | | | |
|---|---|---|---|---|---|---|
| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
| 29 | Costco Wholesale | | Costco<br>Corporate Office Headquarters<br>Attn:  Legal Department<br>999 Lake Drive<br>Issaquah, WA 98027 | Noble House Home Furnishings LLC | Vendor Purchase Program Agreement, dated 9/27/2016 | $0 |
| 30 | The Home Depot | | The Home Depot, Inc<br>Corporate Office<br>Attn:  Legal Department<br>2455 Paces Ferry Rd.<br>Atlanta, GA 30339 | Noble House Home Furnishings LLC | USA Marketing Agreement (Incremental), dated 11/22/2022 | $0 |
| 31 | Lowes | | Lowe's<br>Corporate Office<br>Attn:  Legal Department<br>1000 Lowe's Blvd.<br>Mooresville, NC 28117<br><br>With a copy to:<br>Shelia Bindus, Lead Analyst Assortment Planning Expansion<br>Email:  sheila.a.bindus@lowers.com | Best Selling Home Décor Furniture LLC | Lowes Vendor Information Sheet, dated 12/6/2019 | $0 |
| 32 | Walmart | Wal-Mart Stores Inc. | Walmart<br>Attn:  Legal Department<br>702 SW 8th Street<br>Bentonville, AR 72716 | Best Selling Home Décor Furniture LLC | Addendum to Supplier Agreement<br><br>Signed by Best Selling Home Décor, LLC on 3/2/2016 | $0 |

4862-8219-4857.4 61051.002

| | | | Assigned Contracts | | | |
|---|---|---|---|---|---|---|
| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
| 33 | Walmart.com USA, LLC | | Walmart.com USA, LLC<br>Attention:  Legal Department and Michael Trembley<br>Emails:  Marketplace@walmart.com; legal@walmart.com<br><br>With a copy to:<br>Walmart<br>Attn:  Legal Department<br>702 SW 8th Street<br>Bentonville, AR 72716 | NFusion/Noble House | Marketplace Retailer Agreement, signed by Nfusion/Noble House on February 6, 2015 | $0 |
| 34 | MoreCommerce (opensky) | | MoreCommerce Inc.<br>Attn:  Legal Department<br>372 E. 6th Street<br>Chico, CA 95928<br><br>OpenSky<br>Attn:  Legal Department<br>372 E. 6th Street<br>Chico, CA 95928 | Noble House Home Furnishings LLC | MoreCommerce Merchant Quality of Service Agreements, updated 6/22/2018 (standard) | $0 |
| 35 | eBay | | eBay Designated Agent<br>583 W EBay Way<br>Draper, UT 84020 | Noble House Home Furnishings LLC | User Agreement (standard) | $0 |
| 36 | Houzz | | Houzz Inc.<br>285 Hamilton Avenue 4th Floor<br>Palo Alto, CA 94301 | GDF Studio | Houzz Rebate Acknowledgment, dated 6/8/23<br><br>(Rebate Start Date: 7/1/23 – Rebate End Date:  12/31/23)<br><br>Terms of Use | $0 |

10

| | | | | | |
|---|---|---|---|---|---|
| **Assigned Contracts** | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **37** | Hayneedle | | Hayneedle, Inc.<br>9394 West Dodge Road<br>Suite 300<br>Omaha, NE 68114 | Best Selling Home Décor Furniture LLC | Vendor Terms and Conditions, signed by Best Selling Home Décor on 3/7/19<br><br>Drop Ship Partnership Agreement, dated 9/4/09 | $0 |
| **38** | Target (8/14/23) | | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403<br>Attn:  Vice President, Merchandising<br><br>With a copy to:<br>Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403<br>Attn:  Chief Legal Officer | Noble House Home Furnishings LLC | Partners Online – Conditions of Contract | $0 |
| **39** | Amazon Direct Fulfillment - 1/1/23, 4/1/23<br><br>Amazon InNetwork - 1/23, 4/23<br><br>Amazon Direct Import 4/1/23 | | Amazon Corporate Headquarters<br>Attn:  Legal Department<br>410 Terry Ave N.<br>Seattle WA 98109 | Noble House Home Furnishings LLC | Amazon Vendor Terms and Conditions, including, addenda and amendments, the promotional allowance agreement # 63809310 and the MDF/Coop Agreement #66552510 and all open purchase orders. | $0 |
| **40** | Amazon Seller | | Amazon Corporate Headquarters<br>Attn:  Legal Department<br>410 Terry Ave N.<br>Seattle WA 98109 | GDF Studio<br>Noble House Home Furnishings LLC | Amazon Services Business Solutions Agreement | $0 |

4862-8219-4857.4 61051.002

| | | | Assigned Contracts | | | |
|---|---|---|---|---|---|---|
| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
| 41 | JCPenney | Penney Opco LLC | Penney Opco LLC<br>6501 Legacy Drive<br>Suite B100<br>Plano, TX 75024 | Noble House Home Furnishings LLC | Undated Trading Partner Agreement for U.S. Merchandise Vendors | $0 |
| 42 | Homethreads - 3/22/21 | | Neil Marcus, Chief Executive Officer<br>Email:  Neil@homethreads.com<br><br>With a copy to:<br>Homethreads<br>Attn:  Legal Department<br>7700 Congress Ave.<br>Boca Raton, FL 33487 | Noble House Home Furnishings LLC | Supplier Agreement, dated March 4, 2021 | $0 |
| 43 | English Elm - 6/29/22 | P3 Ventures, LLC | English Elm<br>738 E Dundee Rd.<br>Suite 351<br>Palatine, IL 60067<br>Email:  dave@p3ventures.com | Noble House Home Furnishings LLC | Supplier Agreement, dated April 11, 2022 | $0 |
| 44 | Nebraska Furniture Mart | | Nebraska Furniture Mart<br>Attn:  General Counsel<br>700 S 72nd St.<br>Omaha, NE 68114 | Noble House Home Furnishings LLC | Vendor Master Agreement, effective January 1, 2023 | $0 |

12

| | | | | | |
|---|---|---|---|---|---|
| | | | **Assigned Contracts** | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **45** | Macy's | Macy's Retail Holdings, Inc., Macy's Florida Stores, LLC, Bloomingdale's, Inc., Bloomingdale's, LLC, Macy's West Stores, Inc., Macys.com, LLC, and Bloomingdales.com, LLC | Macy's, Inc. 1440 Broadway New York, NY 10018<br><br>With a copy to: Macy's Corporate Attn: Legal Department 151 W. 34th Street New York, NY 10001 | Noble House Home Furnishings LLC | Vendor Direct to Consumer (V2C) Purchase Agreement, dated March 16, 2016 | $0 |
| **46** | Gordon Companies | | Gordon Companies 85 Innsbruck Dr. Cheektowaga, NY 14227 | Noble House Home Furnishings LLC | Contract | $0 |
| **47** | Cymax - 4/11/22 | | #310 – 4170 Still Creek Drive Burnaby, BC V5C 6C6 | Noble House Home Furnishings LLC | Vendor Registration Form | $0 |
| **48** | Airforce Army Exchange 6/20/23 | | Army & Airforce Exchange Service Corporate Headquarters Attn: Legal Department 3911 South Walton Walker Blvd. Dallas, TX 75236 | Noble House Home Furnishings LLC | Army & Air Force Exchange Service (The Exchange) Business Terms Agreement, signed June 20, 2023 (BTA ID: BTA-2023-06-39319) | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Assigned Contracts** | | | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **49** | Wan Hai; Signed 5/4/23 | | Wan Hai Lines (USA)<br>17200 N. Perimeter Dr.<br>Ste. 200<br>Scottsdale, AZ 85255<br><br>Wan Hai Lines Ltd.<br>10 Fl. No. 136<br>Sung Chiang Rd.<br>Taipei, Taiwan 104<br><br>Wan Hai Lines (Singapore) PTE Ltd.<br>79 Anson Road, #10-01<br>Singapore 079906 | Noble House Home Furnishings LLC | Service Contract No. LAX23-097B, dated May 4, 2023<br><br>Term: May 4, 2023 – April 30, 2024 | $0 |
| **50** | MSC Mediterranean Shipping Company SA; Signed 5/30/2023 | | Nicholas Hargreaves<br>MSC Mediterranean Shipping Company (USA) Inc.<br>700 Wtermark Blvd.<br>Mt. Pleasant, SC 29464<br><br>Email:  USA-servicecontract.notices@msc.com<br><br>Copy to:<br><br>CH001-corporatelegal.notices@msc.com | Noble House Home Furnishings LLC | Ocean Carrier Agreement, dated August 1, 2023<br><br>Term:  May 1, 2023 – April 31, 2024 | $0 |
| **51** | Salsify - 3/30/2022 | | Salsify<br>101 Federal Street<br>Suite 2600<br>Boston, MA 02110 | Noble House Home Furnishings LLC | Salsify Order, dated 3/30/2022 | $0 |

| | | | Assigned Contracts | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **52** | Shopify Plus | | Shopify Inc.<br>150 Elgin St.<br>Suite 800<br>Ottawa, Ontario K2P 1L4<br>CANADA<br>Attn:  General Counsel<br><br>Email:  contract_notices@shpifycom | NH Retail Alpha, LLC | Shopify Plus Agreement, dated 12/4/2020 | $0 |
| **53** | Shopify Plus | | Shopify Inc.<br>150 Elgin St.<br>Suite 800<br>Ottawa, Ontario K2P 1L4<br>CANADA<br>Attn:  General Counsel<br><br>Email:  contract_notices@shpifycom | Noble House Home Furnishings LLC | Shopify Plus Agreement – Free Month, dated 10/19/18 | $0 |
| **54** | Yotpo | | Yotpo, Inc.<br>400 Lafayette Street, 4th Floor<br>New York, NY 10003 | Noble House Home Furnishings LLC | Yotpo Order Form, dated 9/18/21 | $0 |
| **55** | Sprout Social | | legal@sproutsocial.com<br><br>Copy to:<br><br>Sprout Social Inc.<br>Attn:  Legal Department<br>131 S. Dearborn, Suite 700<br>Chicago, IL 60603 | Noble House Home Furnishings LLC | Service Order<br><br>Subscription start date: 11/11/2021 – Subscription End Date: 11/10/2024 | $0 |

| | Assigned Contracts | | | | | |
|---|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 56 | TikTok | | TikTok Inc.<br>Attn: Legal Department<br>5800 Bristol Parkway, Suite 100<br>Culver City, CA 90230<br><br>Copy to:<br>legal@tiktok.com | Noble House Home Furnishings LLC<br><br>Le Pouf LLC<br><br>Best Selling Home Decor Furniture, LLC | Advertising Purchase Agreement<br><br>Effective Date: 5/22/2023 | $0 |
| 57 | Gnosis Freight | | Gnosis Freight<br>997 Morrison Drive, Suite 305<br>Charleston, SC 29403 | Noble House Home Furnishings LLC | Master Service Agreement updated 4/3/2023<br><br>Noble House Home Furnishings Renewal, signed 8/22/2023 | $8,316.67 |
| 58 | Acelynk | | Acelynk<br>18756 Stone Oak Pkwy<br>Suite 200<br>San Antonio, TX 78258<br><br>Email: Support@acelynk.com | NH Services LLC | Commercial Terms Sheet, dated August 1, 2017 | $0 |
| 59 | iWarehouse | Raymond West Intralogistics Solutions | Raymond West Intralogistics Solutions<br>9939 Norwalk Blvd.<br>Santa Fe Springs, CA 90670 | Noble House Home Furnishings LLC | Licensing Agreement, effective 8/8/2018 | $0 |
| 60 | Elite Extra | | Elite Extra<br>Corporate Headquarters<br>Attn: Legal Department<br>2985 58th St.<br>Eau Clairel WI 54703 | NH Services, LLC | Licensing Agreement, effective May 27, 2020 and auto-renews for successive 1-month terms | $471.00 |

16

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Assigned Contracts** | | | |
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| 61 | Prodsmart | Autodesk | Autodesk, Inc.<br>111 McInnis Parkway<br>San Rafael, CA 94903 | Le Pouf | Quotation dated 10/27/2022 | $0 |
| 62 | Brightpearl Inc. | Business in the Cloud | Brightpearl Inc.<br>211 E 7 St.<br>Suite 110<br>Austin, TX 78701 | Noble House Furniture | Subscription Contract Renewal dated 3/7/2022<br><br>Terms and Conditions of Service<br><br>End User License Agreement | $57,600.00 |
| 63 | Celigo | | 3 Lagoon Drive, Ste 130<br>Redwood City, California 94065<br>Attn: Terms of Services Notices<br>(650) 579-0210 | Noble House Furniture | Invoices Dated 3/9/2020<br><br>Quote Dated 5/10/2023 | $0 |
| 64 | CartRover | Company now called Extensiv | Extensiv<br>Attn:  Legal Department<br>100 N. Pacific Coast Highway, Suite 1100<br>El Segundo, CA 90245 | Noble House Home Furnishings LLC | Email confirming support was activated, receipt dated 11/20/19 | $0 |
| 65 | SPS Commerce | | SPS Commerce, Inc.<br>333 South Seventh Street, Suite 1000<br>Minneapolis, MN 55402 | Noble House Home Furnishings LLC | Scope and Proposal Prepared for Noble House Home Furnishings LLC, dated 9/25/2019 | $0 |

| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
|---|---|---|---|---|---|---|
| | **Assigned Contracts** | | | | | |
| 66 | Zendesk | | Zendesk<br>989 Market Street, San Francisco, California 94103 U.S.A.<br>Attn: Legal Department;<br><br>or electronic mail to legalnotice@zendesk.com. | Noble House Home Furnishings LLC | Service Order Form<br><br>Service Start Date: 12/29/2022 – Service End Date: 12/28/2023 | $0 |
| 67 | MaestroQA, Inc. | | MaestroQA, Inc.<br>Attn: Legal Department<br>41 E. 11th Street, 11th Floor<br>New York, NY 10003 | Noble House Home Furnishings LLC | Subscription Agreement, dated 5/26/21<br><br>SAAS Services Order Form, dated 3/20/23<br><br>Term:  5/25/23 – 5/25/24 | $0 |
| 68 | Tymeshift | | Tymeshift<br>2601 W. Briggs Avenue<br> Fairfield, Iowa 52556<br>Attn: Legal Department<br>with a copy to legal@tymeshift.com. | Noble House Home Furnishings LLC | Service Order Form<br><br>Subscription Start Date: 12/25/2022 (1 year term) | $0 |
| 69 | Bazaarvoice | | Bazaarvoice, Inc.<br>ATTN: Legal<br>10901 Stonelake Blvd.<br>Austin, Texas 78759<br>Toll-Free: (866) 522-9227<br>Phone: (512) 551-6000<br>Fax: (512) 853-2182<br>legal@bazaarvoice.com | Noble House Home Furnishings LLC | Service Order, signed by Noble House Home Furnishings LLC on 7/26/2019 | $0 |

| | Assigned Contracts | | | | |
|---|---|---|---|---|---|
| | **Counterparty** | **aka** | **Legal and Notice Addresses** | **Debtor Name** | **Contract Description** | **Cure Amount** |
| **70** | Oanda Business Information & Services Inc. | | OANDA Business Information & Services Inc. 140 Broadway, 46th Floor New York, NY 10005 webservices@oanda.com 212 390 8735 | Noble House Home Furnishings LLC | Oanda Rate Subscription Agreement | $0 |
| **71** | Ecloud Valley Technology (HK) Limited | | Ecloud Valley Technology (HK) Limited Room 3606, 36/F Wu Chung House 213 Queen's Road East Wanchai, Hong Kong | Noble House Home Furnishings LLC | "Amazon Web Services" Services Agreement, signed by Noble House Home Furnishings LLC on 12/11/2019 | $14,381.32 |
| **72** | MySamm | LJ&L Enterprises, LLC | MySamm Attn:  Legal Department 100 Bull Street, Suite 200 Savannah, GA 913401 | Noble House Home Furnishings LLC | MySamm Contract dated 10/15/2021 (Addendum dated 7/19/2022) | $15,959.25 |
| **73** | NinjaOne, LLC | | success@ninjarmm.com If to NinjaOne, by email to EULA@ninjaone.com | Noble House Home Furnishings LLC | Order Form  End User License Agreement, dated 3/23/2023 | $381.33 |
| **74** | Domo | | Domo, Inc. 772 E. Utah Valley Drive American Fork, UT 84003 Attn: Chief Legal Officer | Noble House Home Furnishings LLC | Service Order, dated 4/13/2018 | $0 |
| **75** | Concur Technologies, Inc. | SAP Concur | SAP Concur Corporate Headquarters Attn:  Legal Department 601 108th Ave NE, Suite 1000 Bellevue WA 98003 | Noble House Home Furnishings LLC | SAP Concur Quotation, dated 9/26/2018 | $4,243.60 |

19

| | Assigned Contracts | | | | | |
|---|---|---|---|---|---|---|
| | Counterparty | aka | Legal and Notice Addresses | Debtor Name | Contract Description | Cure Amount |
| 76 | Commercehub | Commerce Technologies, LLC, including as successor to Mercent Corporation and to Commerce Technologies, Inc. | CommerceHub Global Headquarters Attn:  Legal Department 800 Troy-Schenectady Road Suite 100 Latham, NY 12110 | Noble House Home Furnishings LLC | Terms of Service | $14,989.92 |

20