United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NOBLE HOUSE HOME FURNISHINGS LLC,[1] | Case No. 23-90773 (CML) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER BY AND BETWEEN
CREDITORS ADJUSTMENT BUREAU AND THE DEBTORS**

The debtors and debtors in possession in the above captioned chapter 11 cases (the "Debtors") and claimant Creditors Adjustment Bureau ("CAB," and together with the Debtors, the "Parties"), enter into this stipulation and agreed order (the "Stipulation"), and by and through the undersigned representatives, hereby stipulate and agree as follows:

**WHEREAS**, on September 11, 2023, the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"), thereby commencing these Cases.

**WHEREAS**, these chapter 11 cases are being jointly administered for procedural purposes pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1.

**WHEREAS**, on April 29, 2024, the Court entered its *Order (I) Establishing a Deadline to File Requests for Payment of Certain Administrative Expense Claims (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief* [Docket No. 397] (the "Administrative Bar Date Order"). The Administrative Bar Date Order, *inter alia*, established June 21, 2024 as the deadline (the "Administrative Expense Bar Date") for claimants to assert claims constituting a cost

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

or expense of administration incurred during the Cases through and including April 30, 2024, of the kind specified under section 503(b) of the Bankruptcy Code and entitled to administrative priority status under sections 507(a)(2), 507(b), or 1114(e)(2) of the Bankruptcy Code (collectively the "Administrative Expense Claims"), as well as approving the form and manner of notice of the Administrative Expense Bar Date and certain related procedures for the efficient assertion of Administrative Expense Claims.

WHEREAS, on October 20, 2023, CAB as assignee of Langfang Kailide Trade Co Ltd filed that certain proof of claim, identified as Claim No. 10029 ("Claim 10029"), in the amount of $89,749.87, consisting of a section 503(b)(9) administrative priority claim of $16,115.10 and a general unsecured claim of $73,634.77, against Debtor Noble House Home Furnishings LLC.

WHEREAS, on October 25, 2023, CAB as assignee of Xiamen Golden Huanan Imp & Exp Co Ltd filed that certain proof of claim, identified as Claim No. 10034 ("Claim 10034"), in the amount of $578,600.27, consisting of a section 503(b)(9) administrative priority claim of $128,901.72, an administrative expense of $26,866.80, and a general unsecured claim of $422,831.75, against Debtor Noble House Home Furnishings LLC.

WHEREAS, on November 1, 2023, CAB as assignee of Langfang Delikaite Int'l Trading Co Ltd filed that certain proof of claim, identified as Claim No. 10046 ("Claim 10046"), in the amount of $10,955.00, consisting of a section 503(b)(9) administrative priority claim of $10,955.00, against Debtor Noble House Home Furnishings LLC.

WHEREAS, on November 2, 2023, CAB as assignee of Suzhou Warm Sun Leisure Products Ltd filed that certain proof of claim, identified as Claim No. 10049 ("Claim 10049"), in the amount of $49,666.13, consisting of a general unsecured claim of $49,666.13, against Debtor Noble House Home Furnishings LLC.

**WHEREAS**, on December 5, 2023, CAB as assignee of Jiangsu Chairone Outdoor Furniture Co Ltd filed that certain proof of claim, identified as Claim No. 10071 ("Claim 10071"), in the amount of $616,109.95, consisting of an administrative expense of $15,226.34 and a general unsecured claim of $600,883.61, against Debtor Noble House Home Furnishings LLC.

**WHEREAS**, on December 5, 2023, CAB as assignee of Golden Art Group Ltd filed that certain proof of claim, identified as Claim No. 10072 ("Claim 10072"), in the amount of $1,863,813.69, consisting of a section 503(b)(9) administrative priority claim of $12,560.48, an administrative expense 167,680.34, and a general unsecured claim of $1,683,572.87, against Debtor Noble House Home Furnishings LLC.

**WHEREAS**, on January 12, 2024, CAB as assignee of Anxi Kezhi Handicrafts Co Ltd filed that certain proof of claim, identified as Claim No. 10097 ("Claim 10097"), in the amount of $20,230.00, consisting of a section 503(b)(9) administrative priority claim of $20,230.00, against Debtor Noble House Home Furnishings LLC.

**WHEREAS**, on March 28, 2024, CAB as assignee of Anji Ouyun Furniture Co Ltd filed that certain proof of claim, identified as Claim No. 10110 ("Claim 10110"), in the amount of $620,146.27, consisting of a section 503(b)(9) administrative priority claim of $114,579.66, an administrative expense of $296,162.87, and a general unsecured claim of $209,403.74, against Debtor Noble House Home Furnishings LLC.

**WHEREAS**, on August 9, 2024, CAB as assignee of Suzhou Warm Sun Leisure Products Ltd filed that certain proof of claim, identified as Claim No. 10122 ("Claim 10122"), in the amount of $53,455.28, consisting of a section 503(b)(9) administrative priority claim of $53,455.28, against Debtor Noble House Home Furnishings LLC. Claim 10122 states that it amends Claim 10049.

**WHEREAS**, the Parties have conferred regarding the above Claims and desire to resolve all issues among them with respect thereto.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES AND UPON APPROVAL BY THE COURT OF THIS STIPULATION IT IS SO ORDERED AS FOLLOWS:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereinafter.

2. Claim 10029 is allowed in the amount of $89,749.87, consisting of a section 503(b)(9) administrative priority claim of $16,115.10 and a general unsecured claim of $73,634.77, against Debtor Noble House Home Furnishings LLC.

3. Claim 10034 is allowed in the amount of $578,600.27, consisting of a section 503(b)(9) administrative priority claim of $59,183.40, an administrative expense of $26,866.80, and a general unsecured claim of $492,550.07, against Debtor Noble House Home Furnishings LC.

4. Claim 10046 is allowed in the amount of $10,955.00, solely as a general unsecured claim, against Debtor Noble House Home Furnishings LC.

5. Claim 10049 is withdrawn in its entirety.

6. Claim 10071 is allowed in the amount of $616,109.95, solely as a general unsecured claim, against Debtor Noble House Home Furnishings LC.

7. Claim 10072 is allowed in the amount of $1,850,613.20, consisting of a section 503(b)(9) administrative priority claim of $10,048.38, an administrative expense of $156,991.95, and a general unsecured claim of $1,683,572.87, against Debtor Noble House Home Furnishings LC.

8. Claim 10097 is allowed in the amount of $20,230.00, solely as a general unsecured claim, against Debtor Noble House Home Furnishings LC.

9. Claim 10110 is allowed in the amount of $620,146.27, consisting of a section 503(b)(9) administrative priority claim of $18,230.76 and a general unsecured claim of $601,915.51, against Debtor Noble House Home Furnishings LC.

10.     Claim 10122 is allowed in the amount of $53,455.28, consisting of a section 503(b)(9) administrative priority claim of $25,076.32 and a general unsecured claim of $28,378.96, against Debtor Noble House Home Furnishings LC.

11.     CAB hereby represents that it has not transferred or assigned any claim (or any portion thereof) that is the subject of this Stipulation, and shall not file or assert any further administrative expense or section 503(b)(9) claim in these chapter 11 cases other than as set forth herein.

12.     The Debtors' claims agent and/or the Clerk of the Court, as applicable, are authorized and directed to update the Debtors' claims register maintained in these chapter 11 cases to reflect the relief granted in this Stipulation.  The Debtors are authorized to take all actions necessary or appropriate to effectuate the terms of this Stipulation.

13.     This Stipulation may be executed by electronic means and the printed product of such shall constitute an original of this Stipulation.  This Stipulation may be executed and delivered in any number of counterparts, each of which, when so executed and delivered, shall be and constitute an original and one and the same document.

14.     Each individual signing this Stipulation on behalf of any party acknowledges and, with respect to their own signature below, warrants and represents that they are authorized to execute this Stipulation in the representative capacity indicated below and on behalf of the party there indicated.

15.     The Parties each acknowledge that they have had the opportunity to seek advice of their own counsel in negotiating, drafting, and executing this Stipulation.  Each party expressly disclaims any reliance on any statements or representations not expressly made in this Stipulation in deciding whether to enter this Stipulation and warrants that such party will not assert that it was fraudulently induced into entering this Stipulation by any party or non-party.

4864-2967-8563.4 61051.002

16.    The Court retains exclusive jurisdiction and power to resolve any and all disputes related to this Stipulation.

**IT IS SO ORDERED.**

Signed:  October 07, 2024

_____

Christopher Lopez
United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT:**

Dated: October 3, 2024

*/s/ Benjamin L. Wallen*

**PACHULSKI STANG ZIEHL & JONES LLP**
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Teddy M. Kapur (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
tkapur@pszjlaw.com
gdemo@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

*/s/ Humberto Matz*

**CREDITORS ADJUSTMENT BUREAU, INC.**
Humberto Matz
Vice President
4340 Fulton Ave Third Floor
Sherman Oaks, CA 91423
Telephone:  (818) 990-4800
Facsimile: (818) 990-3904
Email:  hmatz@cabcollects.com

*Authorized Signatory for*
*Creditors Adjustment Bureau*

4864-2967-8563.4 61051.002                                    7