IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 642 - 644** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 15, 2025, I caused to be served the:

   a. "Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Compensation for Services and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period From December 1, 2024 Through December 31, 2024," dated January 15, 2025 [Docket No. 642],

   b. "Monthly Fee Statement of Riveron Management Services, LLC for Compensation for Services and Reimbursement of Expenses as Financial Advisors to the Debtors and Debtors in Possession for the Period From December 1, 2024 Through December 31, 2024," dated January 15, 2025 [Docket No. 643], and

   c. "Monthly Fee Statement of Lumen Law Group PLLC for Compensation for Services and Reimbursement of Expenses as Special Corporate Counsel to the Debtors and Debtors in Possession for the Period From December 1, 2024 Through December 31, 2024," dated January 15, 2025 [Docket No. 644],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

      ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Andrea Speelman</u>
Andrea Speelman

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 19 FORESTRY JOINT STOCK COMPANY | D1.4 LOT, NHON HOA INDUSTRIAL PARK NHON HOA WARD AN NHON TOWN BINH DINH PROVINCE 55112 VIETNAM |
| A-IHOME FURNITURE LTD | ATTN: JAME JIANG NO. 3439 LINGGONGTANG ROAD NANHU ZONE JIAXING, ZHEJIANG 314006 CHINA |
| ANJI QIANGHONG FURNITURE CO.,LTD | ATTN: MR LOU(LOUZHIHONG) YISHITA VILLAGE, ANJI COUNTY HUZHOU CITY, ZHEJIANG 313300 CHINA |
| ANJI YIYUAN FURNITURE CO.,LTD. | BUILDING 1, BAISHUIWAN INDUSTRIAL PARK TIANHUANGPING ZHEJIANG HUZHOU 313301 CHINA |
| ANXI FUTURE STAR CRAFTS CO.,LTD | ANXI BUSINESS INVESTMENT ZONE FUJIAN QUANZHOU 362400 CHINA |
| BALASIANO & ASSOCIATES, PLLC | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) COUNSEL TO HA THANH IMPORT-EXPORT COMPANY LIMITED ATTN: STEVEN BALASIANO 6701 BAY PARKWAY, 3RD FL BROOKLYN NY 11204 |
| BALASIANO & ASSOCIATES, PLLC | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) COUNSEL TO PHU TAI JOINT STOCK COMPANY ATTN: STEVEN BALASIANO 6701 BAY PARKWAY, 3RD FL BROOKLYN NY 11204 |
| BANC OF AMERICA LEASING & CAPITAL LLC | 2059 NORTHLAKE PKWY, 3RD FL N TUCKER GA 30084 |
| BANC OF AMERICA LEASING & CAPITAL LLC | 3400 PAWTUCKET AVE RIVERSIDE RI 02915 |
| BAZHOU HONGJIANG FURNITURE CO.,LTD | ECONOMIC COOPERATION AREA SHENGFANG TOWN HEBEI PROVINCE BAZHOU CITY 065700 CHINA |
| BLANK ROME | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: SAMUEL H. BECKER; B. NELSON SPROAT COUNSEL TO DEV PROPERTY NJ LLC ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103 |
| BRACEWELL LLP | (COUNSEL TO DIP/PREPETITION ABL AGENT/WELLS FARGO) ATTN: WILLIAM A. (TREY) WOOD III, JASON G COHEN AND JONATHAN LOZANO 711 LOUISIANA STREET, SUITE 2300 HOUSTON TX 77002 |
| CAM HA JOINT-STOCK COMPANY | ATTN: MR. DUONG PHU MINH HOANG 448 HUNG VUONG STR, THANH HA WARD 3RD GROUP HOI AN CITY QUANG NAM PROVINCE 51000 VIETNAM |
| CANON FINANCIAL SERVICES INC | 158 GAITHER DR MT LAUREL NJ 08054 |
| CAOXIAN MU SI TE CRAFTS CO.,LTD | NORTH OF THE MIDDLE OF YALUJIANG RD QINGHE SUBDISTRICT OFFICE CAO COUNTY HEZE CITY SHANDONG PROVINCE 274400 CHINA |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: WANDA VAZQUEZ GARCED SECTION 902192 SAN JUAN PR 00902-0192 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DEV PROPERTY NJ LLC | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATN: BRIAN FOGARTY, CHIEF FINANCIAL OFFICER C/O EQT EXETER FIVE RADNOR CORPORATE CENTER 100 MATSONFORD ROAD, STE 250 RADNOR PA 19087 |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: KARL A. RACINE 441 4TH ST, NW WASHINGTON DC 20001 |
| DRY LAW, PLLC | (COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO) ATTN: RYAN D. DRY, STEVEN M. BEAUCHAMP & JAMES D EWING; 909 18TH STREET PLANO TX 75074 |
| DRY LAW, PLLC | COUNSEL TO PHILADEPHIA INDEMNITY INSURANCE COMPANY ATTN: JAMES D EWING; RYAN D. DRY 909 18TH STREET PLANO TX 75074 |
| ECO TECH CO., LTD | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: HOANG QUY THACH LOT A5-A6 PHUOC AN INDUSTRIAL ZONE BINH DINH PROVINCE TUY PHUOC DIST 55000 VIETNAM |
| FAEGRE DRINKER BIDDLE & REATH LLP | (COUNSEL TO PROLOGIS TARGETED U.S. LOGISTICS FUND, L.P., CF CAPITAL,LLC, & AMB MILTON CROSSING 2,LP) ATTN: KRISTEN L. PERRY; 1717 MAIN ST., STE. 5400 DALLAS TX 75201-7367 |
| FEDEX | 3965 AIRWAYS BLVD MODULE G, 3RD FLOOR MEMPHIS TN 38116-5017 |
| FEDEX | P.O. BOX 7221 PASADENA CA 91109-7321 |
| FEDEX CORPORATE SERVICES, INC. | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN MICHAEL A. SIEDBAND, LEAD COUNSEL 3620 HACKS CROSS ROAD, BLDG B MEMPHIS TN 38125 |
| FOREST PRODUCTS EXPORT JOINT-STOCK COMP. | OF QUANGNAM DIEN NGOC VILLAGE, DIEN BAN DISTRICT QUANGNAM PROVINCE DIEN BAN TOWN 51000 VIETNAM |
| FUJIAN ANXI JIAFU HANDICRAFTS CO.,LTD. | ATTN: WINSON TONGMEI INDUSTRIAL AREA ANXI, FUJIAN 362400 CHINA |
| GRAND UNIVERSE INVESTMENT LTD. | PHOTOELECTRIC INDUSTRY BASE XIAMEI TOWN NANAN QUANZHOU CITY FUJIAN 1809 CHINA |

| Claim Name | Address Information |
|---|---|
| GUAM ATTORNEY GENERAL | ATTN: ELIZABETH BARRETT-ANDERSON ADMINISTRATION DIVISION 590 S MARINE CORPS DR, STE 901 TAMUNING GU 96913 |
| HA THANH IMPORT- EXPORT COMPANY LIMITED | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: MS. LEE THI PHUONG THAO, VICE DIRECTOR 108 LY THAI TO STREET QUANG TRUNG WARD QUY NHON CITY BINH DINH PROVINCE 55000 VIETNAM |
| HAINING ZHENYI FURNITURE CO.,LTD | ATTN: MR FENG(FENGJINGJIE) 6 S SANGZI RD, ZHOUWANGMIAO TOWN HAINING CITY ZHEJIANG PROVINCE 314407 CHINA |
| HANGZHOU CHANGSHUN FURNITURE CO.,LTD. | ATTN: MR PENG YUSHAN INDUSTRY ZONE FUYANG HANGZHOU, ZHEJIANG 311400 CHINA |
| HANGZHOU HENGZHIJIE IMPORT & EXPORT CO | ATTN: MR.JIANG JIANBEI NORTH RD 35,QIANTAN TOWN JIANBEI NORTH RD 35,QIANTAN TOWN JIANDE CITY ZHEJIANG PROVINCE 311602 CHINA |
| HAOMEI (HK) LIMITED | NO 27, KAI YUAN ROAD DONG HUA STREET, LONG YOU COUNTY ZHEJIANG PROVINCE QU ZHOU CITY 324000 CHINA |
| HERRIN LAW, PLLC | (COUNSEL TO SF FURNITURE SDN BHD) ATTN: MANOLO SANTIAGO 12001 N. CENTRAL EXPRESSWAY, STE 920 DALLAS TX 75243 |
| INTERNAL REVENUE SERVICE | 1100 COMMERCE STREET ROOM 121 DALLAS TX 75242 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| JACKSON WALKER LLP | (COUNSEL TO MARSHALL R. BERNES) ATTN: BRUCE J. RUZINSKY; EMILY A. FLYNN MERAIA 1401 MCKINNEY STREET, STE 1900 HOUSTON TX 77010 |
| JIANGSU CHAIRONE OUTDOOR FURNIT. CO LTD | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: GOUSHAN WU, GENERAL MANAGER NO. 333 SOUTH SIDE XUHUAI RD ZHONG ZING TOWN SIYANG COUNTY, JIANGSU 223700 CHINA |
| KING IMPORT & EXPORT TRADE CO.,LIMITED | ROOM 2109 NO.188 SIPING ROAD SHANGHAI HONGKOU 200081 CHINA |
| KINGSTON INDUSTRY VIETNAM LTD | LOT B8 CENTER ROAD PHU TAI INDSTRL ZNE TRAN QUANG DIEU WARD BINH DINH PROVINCE QUY NHON CITY 55000 VIETNAM |
| LION INTERNATIONAL LOGISTICS(HK)CO LTD | UNIT 1216,12/F BONDED GOODS MARKET BUILDING XIANGYU ROAD,NO.88 XIAMEN 999077 CHINA |
| MOORE & VAN ALLEN PLLC | (COUNSEL TO GIGACLOUD TECHNOLOGY, INC.) ATTN: STEPHEN E. GRUENDEL, GABRIEL L. MATHLESS, & MATTHEW K. TAYLOR; 100 NORTH TRYON ST., STE. 4700 CHARLOTTE NC 28202 |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO DIP & PREPETITION ABL AGENT, WELLS FARGO) ATTN: CHRISTOPHER L. CARTER ONE FEDERAL STREET BOSTON MA 02110-1726 |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO DIP & PREPETITION ABL AGENT, WELLS FARGO) ATTN: T. CHARLIE LIU 101 PARK AVENUE NEW YORK NY 10178-0060 |
| NINGBO MAYARD OUTDOOR PRODUCTS CO.,LTD | 999 XINLING WEST ROAD SHANGQIAO ECONOMIC DEVELOPMENT DISTRICT XIWU ST, FENGHUA, ZHEJIANG NINGBO 315514 CHINA |
| NORTHERN MARIANA ISLANDS ATTORNEY GEN | ATTN: EDWARD MANIBUSAN ADMINISTRATION BLDG PO BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF TEXAS 515 RUSK STREET SUITE 3516 HOUSTON TX 77002 |
| PHU TAI JOINT STOCK COMPANY | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN NGUYEN SY HOE, DIRECTOR PHUOC THANH COMMUNE TUY PHUOC DISTRICT BINH DINH PROVINCE 55113 VIETNAM |
| PNC BANK NA | AS AGENT 10905 ATLANTIC AVE LYNWOOD CA 90262 |
| PUDONG PRIME INTL LOGISTICS, INC | ATTN: BENNY 9660 FLAIR DRIVE SUITE 488 EL MONTE CA 91731 |
| RAYMOND LEASING CORPORATION | 22 S CANAL ST GREENE NY 13778 |
| REED SMITH LLP | (COUNSEL TO BANC OF AMERICA LEASING & CAPITAL,LLC) ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS 355 SOUTH GRAND AVE, STE 2900 LOS ANGELES CA 90071 |
| REED SMITH LLP | (COUNSEL TO BANC OF AMERICA LEASING & CAPTIAL,LLC) ATTN: PAUL D. MOAK 1221 MCKINNEY STREET, STE 2100 HOUSTON TX 77010 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| SINGER & LEVICK, P.C. | (COUNSEL TO TTW TRANSPORT, INC.) ATTN: LARRY A. LEVICK ESQ. 16200 ADDISON RD., SUITE 140 ADDISON TX 75001 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |

| Claim Name | Address Information |
|---|---|
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: JAHNA LINDEMUTH 1031 W 4TH AVE, STE 200 ANCHORAGE AK 99501 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | DEPT OF LEGAL AFFAIRS EXECUTIVE OFFICE BLDG, 3RD FLR, PO BOX 7 UTULEI AS 96799 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: MARK BRNOVICH 2005 NORTH CENTRAL AVENUE PHOENIX AZ 85004 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: LESLIE RUTLEDGE 323 CENTER ST, STE 200 LITTLE ROCK AR 72201-2610 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: GEORGE JEPSEN 165 CAPITOL AVENUE HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE OFFICE BLDG 820 N FRENCH ST WILMINGTON DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: DOUGLAS S. CHIN 425 QUEEN ST HONOLULU HI 96813 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: LAWRENCE WASDEN 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: LISA MADIGAN 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: CURTIS T. HILL, JR. INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: JOHN WATERS BANKRUPTCY UNIT 1305 E WALNUT DES MOINES IA 50319 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: DEREK SCHMIDT 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: ANDY BESHEAR 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY 1885 N THIRD ST BATON ROUGE LA 70802 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY PO BOX 94005 BATON ROUGE LA 70804 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: JANET T. MILLS 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BRIAN E. FROSH 200 ST PAUL PLACE BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: MAURA HEALEY 1 ASHBURTON PLACE BOSTON MA 02108-1518 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BILL SCHUETTE G. MENNEN WILLIAMS BLDG 525 W OTTAWA ST - PO BOX 30212 LANSING MI 48909 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: LORI SWANSON 455 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN HITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN HITCH WALTER SILLERS BLDG 550 HIGH ST, STE 1200 JACKSON MS 39201 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: JOSH HAWLEY SUPREME CT BLDG, 207 W HIGH ST PO BOX 899 JEFFERSON CITY MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: TIM FOX JUSTICE BLDG 215 N SANDERS HELENA MT 59620-1401 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: DOUG PETERSON 2115 STATE CAPITOL PO BOX 98920 LINCOLN NE 68509 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: ADAM PAUL LAXALT 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: GORDON J. MACDONALD NH DEPT OF JUSTICE 33 CAPITOL ST CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: CHRISTOPHER S. PORRINO RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: HECTOR BALDERAS PO DRAWER 1508 SANTA FE NM 87504-1508 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: WAYNE STENEHJEM 600 E BLVD AVE DEPT 125 BISMARCK ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL COLUMBUS OH 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: MIKE HUNTER 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST, NE SALEM OR 97301 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. KILMARTIN 150 S MAIN ST PROVIDENCE RI 02903 |

| Claim Name | Address Information |
|---|---|
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON REMBERT DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARTY J. JACKLEY 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: HERBERT H. SLATERY, III PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES 350 N STATE ST, STE 230 SALT LAKE CITY UT 84114-2320 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: TJ DONOVAN 109 STATE ST MONTPELIER VT 05609-1001 |
| STATE OF VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: CLAUDE E. WALKER 34-38 KRONPRINDSENS GADE GERS BLDG, 2ND FL ST. THOMAS VI 00802 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: MARK R. HERRING 202 N 9TH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BRAD SCHIMEL WISCONSIN DEPARTMENT OF JUSTICE 17 W MAIN ST - PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: PETER K. MICHAEL 2320 CAPITOL AVE CHEYENNE WY 82002 |
| STOREY LAW PLLC | (COUNSEL TO GIGACLOUD TECHNOLOGY INC.) ATTN: MATTHEW STOREY 1037 E. 14TH ST. HOUSTON TX 77009 |
| SUZHOU SHUSHI FURNITURE CO LTD | NO. 18 LAOLIUHE ROAD, CHENGXIANG TOWN JIANGSU TAICANG 215411 CHINA |
| TEXAS ATTORNEY GENERAL'S OFFICE | (COUNSEL TO TEXAS COMPTROLLER) BANKRPTCY & COLLECTIONS DIVISION ATTN: CHRISTOPHER S. MURPHY & SHERRI SIMPSON PO BOX 12548 AUSTIN TX 78711-2548 |
| THE UNITED STATES ATTORNEYS OFFICE | FOR THE SOUTHERN DISTRICT OF TEXAS ATTN ALAMDAR S. HAMDANI 1000 LOUISIANA STREET HOUSTON TX 77002 |
| THOMPSON COBURN LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UCC) ATTN: MARK POWERS,JANINE M. FIGUEIREDO, & JACOB SCHWARTZ; 488 MADISON AVE., 15TH FLR NEW YORK NY 10022 |
| THOMPSON COBURN LLP | (COUNSEL TO THE OFFICIAL COMMITTEE OF UCC); ATTN: KATHARINE BATTAIA CLARK, ALEXANDRA ROSSETTI; 2100 ROSS AVE., STE. 3200 DALLAS TX 75201 |
| TN DEPT OF REVENUE | C/O TN ATTY GENERAL OFFICE, BANKRUPTCY DIVISION PO BOX 20207 NASHVILLE TN 37202-0207 |
| TONGXIANG JASON IMPORT&EXPORT CO.,LTD | NO. 1500, GUANGMING ROAD TONGXIANG ECONOMICAL DEVELOPMENT ZONE ZHEJIANG 314500 CHINA |
| TRAN SINGH LLP | (COUNSEL TO VALENTIN SANTOS) ATTN: BRENDON SINGH 2502 LA BRANCH STREET HOUSTON TX 77004 |
| VINAFOR DANANG WOOD PROCESSING ENTERPR. | ATTN: MR. HUYNH THE VINH NO 42 LAC LONG QUAN HOA KHANH BAC LIEN CHIEU, DA NANG 50000 VIETNAM |
| WEBBANK | 215 S STATE ST, STE 1000 SALT LAKE CITY UT 84111 |
| WEGMANS FURNITURE INDUSTRIES SDN BHD | LOT PTD 3504, JALAN BAKRI BATU 7 1/2 JOHOR MUAR 84200 MALAYSIA |
| WEGSMAN FURNITURE INDUSTRIES SDN BHD | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: KOH RU CHING, FINANCIAL CONTROLLER LOT PTD 3504 JALAN BAKRI BATU 7 1/2 MUAR JOHOR 84200 MALAYSIA |
| WELLS FARGO BANK NA | AS AGENT 1800 CENTURY PARK E, STE 1100 LOS ANGELES CA 90067 |
| XIN JIAN HARDWARE LIMITED | ATTN: JASON WANG NO.5, JINJI RD, DAPIANMEI INDUSTR. ZONE DALINSHAN TOWN DONGGUAN CITY GUANGDONG PROVINCE 523820 CHINA |

**Total Creditor count: 131**

## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO DIP & PREPET ABL AGENT) ATTN: CHRISTOPHER L. CARTER ONE FEDERAL STREET BOSTON MA 02110-1726 |
| NOBLE HOUSE HOME FURNISHINGS LLC | C/O RIVERON MGMT SERVICES ATTN GAYLA BELLA; 461 FIFTH ST 12TH FLR NEW YORK NY 10017 |
| OFFICE OF THE UNITED STATES TRUSTEE | FOR THE SOUTHERN DISTRICT OF TEXAS ATTN: JANA WHITEWORTH; C. ROSS TRAVIS 515 RUSK STREET, STE 3516 HOUSTON TX 77002 |
| PACHULSKI STANG ZIEHL & JONES LLP | 700 LOUISIANA ST STE 4500 HOUSTON TX 77002-2744 |
| THOMPSON COBURN LLP | ATTN: MARK T. POWER, J. FIGUEIREDO & J. SCHWARTZ; 488 MADISON AVE NEW YORK NY 10022 |

**Total Creditor count: 5**

# EXHIBIT B

NOBLE HOUSE HOME FURNISHINGS LLC,
Case No. 23-90773 (CML)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| 19 FORESTRY JOINT STOCK COMPANY | vankhoanh@gmail.com |
| A-IHOME FURNITURE LTD | ihome001@vip.163.com |
| ANJI QIANGHONG FURNITURE CO.,LTD | nicknie@ajhongs.com |
| ANJI YIYUAN FURNITURE CO.,LTD. | lindachen@z-maxcraftfurniture.cn |
| ANXI FUTURE STAR CRAFTS CO.,LTD | chaodong@futurecrafts.net |
| BANC OF AMERICA LEASING & CAPITAL LLC | daniel.d.butler@bofa.com; atlcustomerservice@bankofamerica.com |
| BANC OF AMERICA LEASING & CAPITAL LLC | daniel.d.butler@bofa.com; atlcustomerservice@bankofamerica.com |
| BAZHOU HONGJIANG FURNITURE CO.,LTD | sales3@cnhjjj.com |
| BLANK ROME | samuel.becker@blankrome.com; john.lucian@blankrome.com |
| BRACEWELL LLP | trey.wood@bracewell.com; jason.cohen@bracewell.com; jonathan.lozano@bracewell.com |
| CAM HA JOINT-STOCK COMPANY | hoangcamha@camhafurniture.com |
| CANON FINANCIAL SERVICES INC | aagrawal@egalawfirm.com |
| CAOXIAN MU SI TE CRAFTS CO.,LTD | fuyang11@sdfygy.com |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | fernando.figueroa@justicia.pr.gov |
| CORPORATION SERVICE COMPANY | joanne.smith@cscglobal.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DRY LAW, PLLC | rdry@drylaw.com; sbeauchamp@drylaw.com; jewing@drylaw.com |
| ECO TECH CO., LTD | ecotech@thachhoang.com; ytrinh@eco-tech.vn; vyle@eco-tech.vn |
| FAEGRE DRINKER BIDDLE & REATH LLP | kristen.perry@faegredrinker.com |
| FEDEX | bankruptcy@fedex.com; michael.siedband@fedex.com |
| FOREST PRODUCTS EXPORT JOINT-STOCK COMP. | xndienngoc@forexco.vn |
| FUJIAN ANXI JIAFU HANDICRAFTS CO.,LTD. | anxijiafu@vip.163.com |
| GRAND UNIVERSE INVESTMENT LTD. | monica@sanshuico.cn |
| HA THANH IMPORT- EXPORT COMPANY LIMITED | Lethao1851@gmail.com; Nguyenhoang.tinhoa@gmail.com; thanhlethiha@gmail.com |
| HAINING ZHENYI FURNITURE CO.,LTD | 13806726809@139.com |
| HANGZHOU CHANGSHUN FURNITURE CO.,LTD. | furniture@hzchangshun.com |
| HANGZHOU HENGZHIJIE IMPORT & EXPORT CO | jd-xxjianglin@163.com |
| HAOMEI (HK) LIMITED | ljy@haomei.hk |
| HERRIN LAW, PLLC | msantiago@herrinlaw.com |
| HOLLAND & KNIGHT, LLP | cleveland.burke@hklaw.com |
| INTERNAL REVENUE SERVICE | specialmasterexeccomp@treasury.gov |
| JACKSON WALKER LLP | emeraia@jw.com |
| JIANGSU CHAIRONE OUTDOOR FURNIT. CO LTD | gm-wgs@chairone.net |

NOBLE HOUSE HOME FURNISHINGS LLC,
Case No. 23-90773 (CML)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| KING IMPORT & EXPORT TRADE CO.,LIMITED | king@kingshipping.com |
| KINGSTON INDUSTRY VIETNAM LTD | thao@kingstonvn.com |
| LION INTERNATIONAL LOGISTICS(HK)CO LTD | wangweiguang@lionlogi.com.cn |
| MOORE & VAN ALLEN PLLC | stevegruendel@mvalaw.com; gabrielmathless@mvalaw.com; matthewtaylor@mvalaw.com |
| MORGAN, LEWIS & BOCKIUS LLP | christopher.carter@morganlewis.com |
| NINGBO MAYARD OUTDOOR PRODUCTS CO.,LTD | amy@cnnewsky.net |
| OFFICE OF THE UNITED STATES TRUSTEE | hector.duran.jr@usdoj.gov |
| PHU TAI JOINT STOCK COMPANY | nguyensyhoe@gmail.com; victoryb@dng.vnn.vn |
| PLLC  BALASIANO & ASSOCIATES, PLLC | steven@balasianolaw.com |
| PNC BANK NA | mmcginley@leaserv.com; joe.horton@pnc.com |
| PUDONG PRIME INTL LOGISTICS, INC | charles@pudongtransusa.com |
| RAYMOND LEASING CORPORATION | scott.barth@raymondcorp.com |
| REED SMITH LLP | pmoak@reedsmith.com; mhouston@reedsmith.com; crivas@reedsmith.com |
| SECURITIES AND EXCHANGE COMMISSION | chair@sec.gov |
| SINGER & LEVICK, P.C. | levick@singerlevick.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ag@la.as.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@state.de.us |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | agwasden@ag.idaho.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | accounting@ago.ms.gov |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | accounting@ago.ms.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | nedoj@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |

NOBLE HOUSE HOME FURNISHINGS LLC,
Case No. 23-90773 (CML)
Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | questions@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | lisa.udland@doj.state.or.us; michael.c.kron@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | bankruptcy@scag.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | bankruptcy@scag.gov |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | atghelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | mailoag@oag.state.va.us |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STOREY LAW PLLC | matt@storeylawpllc.com |
| SUZHOU SHUSHI FURNITURE CO LTD | rbtang@szss.com.cn |
| TEXAS ATTORNEY GENERAL'S OFFICE | sherri.simpson@oag.texas.gov; christopher.murphy@oag.texas.gov |
| THE UNITED STATES ATTORNEYS OFFICE | usatxs.atty@usdoj.gov |
| THOMPSON COBURN LLP | mpower@thompsoncoburn.com; jfigueiredo@thompsoncoburn.com; jtschwartz@thompsoncoburn.com; kclark@thompsoncoburn.com; arossetti@thompsoncoburn.com |
| TN DEPT OF REVENUE | steve.butler@ag.tn.gov |
| TONGXIANG JASON IMPORT&EXPORT CO.,LTD | jasonfurniture@vip.163.com |
| TRAN SINGH LLP | bsingh@ts-llp.com |
| VINAFOR DANANG WOOD PROCESSING ENTERPR. | vinh.vinafordn@gmail.com |
| WEGMANS FURNITURE INDUSTRIES SDN BHD | collin@wegmansfurniture.com |
| WELLS FARGO BANK NA | serge.tedjong@wellsfargo.com |
| WELLS FARGO BANK NA | jason.n.harkness@wellsfargo.com; marc.r.grossman@wellsfargo.com |
| XIN JIAN HARDWARE LIMITED | wangjun.0203@163.com |

NOBLE HOUSE HOME FURNISHINGS LLC,
Case No. 23-90773 (CML)
Electronic Mail Fee Application Service List

| Name | | Email |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | Attn: Teddy Kapur | tkapur@pszjlaw.com; bwallen@pszjlaw.com; klabrada@pszjlaw.com |
| U.S. Trustee | Attn: Jana Whitworth; C. Ross Travis | Jana.Whitworth@usdoj.gov; C.Ross.Travis@usdoj.gov |
| Morgan Lewis & Bockius LLP | Attn: T. Charlie Liu; Christopher L. Carter | christopher.carter@morganlewis.com |
| Thompson Coburn LLP | Attn: Mark Power; Janine Figueiredo; Jacob Schwartz | mpower@thompsoncoburn.com; jfigueiredo@thompsoncoburn.com; jtschwartz@thompsoncoburn.com |