**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 185] (the "Compensation Order") entered by the Court on October 25, 2023, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the above-captioned debtors and debtors in possession (collectively the "Debtors"), submits this monthly statement of services rendered and expenses incurred in this case for the period from February 1, 2025 through February 28, 2025 (the "Statement Period").

**I.      Itemization of Services Rendered by PSZJ:**

1.      The following is a list of individuals and their respective titles that provided services during the Statement Period.  It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which PSZJ seeks compensation.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

4913-6342-8911.1 61051.002

| Name | Position / Dept. | State of Bar Admission / Year | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael D. Warner | Partner | TX/1995 | $1,775.00 | 1.2 | $2,130.00 |
| Maxim B. Litvak | Partner | TX/1997 | $1,725.00 | .5 | $862.50 |
| Teddy M. Kapur | Partner | CA/2006 | $1,325.00 | 8.0 | $10,600.00 |
| Judith Elkin | Counsel | TX/1982 | $1,725.00 | 15.8 | $27,255.00 |
| Benjamin L. Wallen | Associate | TX/2016 | $1,075.00 | 8.0 | $8,600.00 |
| Brooke E. Wilson | Associate | NY/2022 | $725.00 | 5.7 | $4,132.50 |
| Kerri L. LaBrada | Paralegal | N/A | $625.00 | 9.2 | $5,750.00 |
| **TOTALS:** | | | | **48.4** | **$59,330.00** |

2.   The time records of PSZJ consisting of a daily breakdown of the time spent by each person on each day and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

**II.   Itemization of Services Rendered and Disbursements Incurred By Category**

3.   The following itemization presents the services rendered by PSZJ by task categories and provides a summary of disbursements incurred by category of expense disbursement.

**A.   Services Rendered**

4.   The following services were rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Asset Analysis and Recovery | 2.4 | $3,900.00 |
| Bankruptcy Litigation | 21.5 | $32,227.50 |
| Case Administration | 1.1 | $967.50 |
| Claims Administration and Objections | 1.0 | $1,060.00 |
| PSZJ Compensation | 2.9 | $2,182.50 |
| Other Professional Compensation | 2.0 | $1,320.00 |
| Financial Filings | 2.2 | $1,645.00 |
| General Creditors' Committee | .3 | $397.50 |
| Insurance Issues | .9 | $1,192.50 |
| Plan and Disclosure Statement | 13.5 | $13,922.50 |
| Other Professional Retention | .6 | $515.00 |
| **TOTALS** | **48.4** | **$59,330.00** |

5. A detailed itemization of the services rendered in each of the above task categories is set forth in **Exhibit A**.

    **B.**    **Expenses Incurred**

6. The expenses incurred by PSZJ for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---:|
| Bloomberg | $60.00 |
| Lexis/Nexis – Legal Research | $373.11 |
| Postage | $2.50 |
| Reproduction Expense | $15.80 |
| **TOTAL** | **$451.41** |

7. Accordingly, the amount of compensation and expenses payable for this Statement Period is **$47,915.41**, which is calculated as follows:

| | |
|---|---:|
| Total Fees for Services Rendered During Statement Period: | $59,330.00 |
| Twenty Percent (20%) Holdback: | ($11,866.00) |
| Total Fees Less Holdback: | $47,464.00 |
| Expenses Incurred (100%): | $451.41 |
| **TOTAL** | **$47,915.41** |

**WHEREFORE**, pursuant to the Compensation Order, PSZJ requests payment of compensation in the amount of (i) $47,464.00 (80% of $59,330.00) on account of actual, reasonable and necessary professional services rendered to the Debtors by PSZJ and (ii) reimbursement of actual and necessary costs and expenses in the amount of $451.41 incurred on behalf of the Debtors by PSZJ.

[*Remainder of Page Intentionally Left Blank*]

4913-6342-8911.1 61051.002

2

| | |
|---|---|
| Dated: March 31, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Teddy M. Kapur* |
| | Michael D. Warner (SBT 00792304) |
| | Maxim B. Litvak (SBT 24002482) |
| | Benjamin L. Wallen (SBT 24102623) |
| | 700 Louisiana Street, Suite 4500 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile:  (713) 691-9407 |
| | mwarner@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | bwallen@pszjlaw.com |
| | |
| | -and- |
| | |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Teddy M. Kapur (SBT 24046186) |
| | Gregory V. Demo (admitted *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile:  (310) 201-0760 |
| | rpachulski@pszjlaw.com |
| | tkapur@pszjlaw.com |
| | gdemo@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

**EXHIBIT A**

**(February 1, 2025 – February 28, 2025 Invoice)**

4913-6342-8911.1 61051.002



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Noble House Home Furnishings
Melissa Gelbart
Noble House Home Furnishings LLC
23125 Superior Street
Chatsworth, CA  91311

February 28, 2025
Invoice   145767
Client     61051.00002

RE:   Chapter 11

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2025

| | |
|---|---:|
| **FEES** | $59,330.00 |
| **EXPENSES** | $451.41 |
| **TOTAL CURRENT CHARGES** | **$59,781.41** |

Pachulski Stang Ziehl & Jones LLP  Page:  2
Noble House Home Furnishings  Invoice 145767
Client 61051.00002  February 28, 2025

---

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| BLW | Wallen, Ben L. | Partner | 1,075.00 | 8.00 | $8,600.00 |
| MBL | Litvak, Maxim B. | Partner | 1,725.00 | 0.50 | $862.50 |
| MDW | Warner, Michael D. | Partner | 1,775.00 | 1.20 | $2,130.00 |
| TMK | Kapur, Teddy M. | Partner | 1,325.00 | 8.00 | $10,600.00 |
| JE | Elkin, Judith | Counsel | 1,725.00 | 15.80 | $27,255.00 |
| BEW | Wilson, Brooke E. | Associate | 725.00 | 5.70 | $4,132.50 |
| KLL | LaBrada, Kerri L. | Paralegal | 625.00 | 9.20 | $5,750.00 |
| | | | | 48.40 | $59,330.00 |

Pachulski Stang Ziehl & Jones LLP                                                                 Page:     3
Noble House Home Furnishings                                                                      Invoice 145767
Client 61051.00002                                                                                February 28, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 2.40 | $3,900.00 |
| BL | Bankruptcy Litigation | 21.50 | $32,227.50 |
| CA | Case Administration | 1.10 | $967.50 |
| CO | Claims Administration and Objections | 1.00 | $1,060.00 |
| CP | PSZJ Compensation | 2.90 | $2,182.50 |
| CPO | Other Professional Compensation | 2.00 | $1,320.00 |
| FF | Financial Filings | 2.20 | $1,645.00 |
| GC | General Creditors' Committee | 0.30 | $397.50 |
| II | Insurance Issues | 0.90 | $1,192.50 |
| PD | Plan and Disclosure Statement | 13.50 | $13,922.50 |
| RPO | Other Professional Retention | 0.60 | $515.00 |
|  |  | 48.40 | $59,330.00 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page:   4 |
| Noble House Home Furnishings | Invoice 145767 |
| Client 61051.00002 | February 28, 2025 |

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Bloomberg | $60.00 |
| Lexis/Nexis- Legal Research | $373.11 |
| Postage | $2.50 |
| Reproduction Expense | $15.80 |
| | $451.41 |

Pachulski Stang Ziehl & Jones LLP  Page:    5
Noble House Home Furnishings  Invoice 145767
Client  61051.00002  February 28, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 02/03/2025 | JE | AA | Correspondence with Mr. Kapur regarding stay violation action. | 0.10 | 1,725.00 | $172.50 |
| 02/04/2025 | JE | AA | Review articles on liability of insurers for customs bonds. | 0.80 | 1,725.00 | $1,380.00 |
| 02/05/2025 | TMK | AA | Confer with potential buyer of claims for cash collateral. | 0.30 | 1,325.00 | $397.50 |
| 02/06/2025 | TMK | AA | Confer with potential buyer of claims. | 0.30 | 1,325.00 | $397.50 |
| 02/07/2025 | JE | AA | Call with Mr. Pollack regarding liquidation process. | 0.40 | 1,725.00 | $690.00 |
| 02/07/2025 | JE | AA | Research applicable customs statutes and regulations. | 0.50 | 1,725.00 | $862.50 |
|  |  |  |  | **2.40** |  | **$3,900.00** |
| **Bankruptcy Litigation** | | | | | | |
| 02/01/2025 | JE | BL | Review and revise draft complaint. | 0.50 | 1,725.00 | $862.50 |
| 02/02/2025 | JE | BL | Review comments of Mr. Llewellyn and revise draft complaint accordingly. | 0.50 | 1,725.00 | $862.50 |
| 02/03/2025 | JE | BL | Call with Mr. Kapur regarding his discussions with Mr. Kent and modification of draft complaint. | 0.20 | 1,725.00 | $345.00 |
| 02/03/2025 | JE | BL | Review and revise turnover complaint. | 0.50 | 1,725.00 | $862.50 |
| 02/03/2025 | JE | BL | Correspondence with Mr. Pollock regarding information on customs process for complaint. | 0.20 | 1,725.00 | $345.00 |
| 02/03/2025 | TMK | BL | Confer with J. Elkin regarding complaint against Philadelphia Insurance. | 0.10 | 1,325.00 | $132.50 |
| 02/05/2025 | JE | BL | Correspondence with Mr. Pollack regarding complaint. | 0.20 | 1,725.00 | $345.00 |
| 02/05/2025 | TMK | BL | Confer with PIC regarding claim to proceeds and update J. Llewellyn. | 0.60 | 1,325.00 | $795.00 |
| 02/06/2025 | JE | BL | Correspondence with Mr. Pollack regarding complaint draft. | 0.30 | 1,725.00 | $517.50 |
| 02/06/2025 | JE | BL | Correspondence with Mr. Kapur regarding complaint. | 0.20 | 1,725.00 | $345.00 |

Pachulski Stang Ziehl & Jones LLP  
Noble House Home Furnishings  
Client 61051.00002

Page:   6  
Invoice 145767  
February 28, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2025 | JE | BL | Review and revise complaint. | 0.50 | 1,725.00 | $862.50 |
| 02/06/2025 | TMK | BL | Confer with J. Elkin and E. Pollack regarding complaint. | 0.20 | 1,325.00 | $265.00 |
| 02/07/2025 | JE | BL | Review comments of Mr. Pollack on draft complaint and incorporate into document. | 1.30 | 1,725.00 | $2,242.50 |
| 02/07/2025 | JE | BL | Review and revise draft complaint and distribute. | 1.20 | 1,725.00 | $2,070.00 |
| 02/07/2025 | JE | BL | Correspondence with Mr. Kapur and Mr. Llewellyn regarding draft complaint. | 0.20 | 1,725.00 | $345.00 |
| 02/07/2025 | JE | BL | Correspondence with Mr. Adler regarding information for service of complaint and review of PA Secretary of State website on registered agents. | 0.30 | 1,725.00 | $517.50 |
| 02/07/2025 | TMK | BL | Confer with J. Elkin and B. Wallen regarding adversary complaint and service of same. | 0.30 | 1,325.00 | $397.50 |
| 02/07/2025 | TMK | BL | Review revisions to adversary complaint. | 0.20 | 1,325.00 | $265.00 |
| 02/08/2025 | JE | BL | Review and revise draft complaint. | 0.60 | 1,725.00 | $1,035.00 |
| 02/08/2025 | JE | BL | Correspondence with Mr. Kapur regarding complaint. | 0.20 | 1,725.00 | $345.00 |
| 02/08/2025 | JE | BL | Correspondence with Mr. Wallen regarding complaint and local rules. | 0.20 | 1,725.00 | $345.00 |
| 02/08/2025 | TMK | BL | Review turnover complaint. | 0.40 | 1,325.00 | $530.00 |
| 02/08/2025 | TMK | BL | Confer with J. Llewellyn regarding turnover complaint. | 0.10 | 1,325.00 | $132.50 |
| 02/09/2025 | JE | BL | Review additional comments of Mr. Pollack on draft complaint. | 0.30 | 1,725.00 | $517.50 |
| 02/10/2025 | BLW | BL | Review and comment on turnover complaint. | 0.80 | 1,075.00 | $860.00 |
| 02/10/2025 | JE | BL | Review and revise PIC complaint per additional comments of Mr. Pollack. | 0.30 | 1,725.00 | $517.50 |
| 02/10/2025 | JE | BL | Review and revise complaint per comments of Mr. Wallen. | 0.20 | 1,725.00 | $345.00 |
| 02/10/2025 | JE | BL | Various correspondence with Mr. Wallen regarding comments and summons. | 0.30 | 1,725.00 | $517.50 |
| 02/10/2025 | JE | BL | Correspondence with Ms. Labrada regarding summons process. | 0.20 | 1,725.00 | $345.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 7
Noble House Home Furnishings  Invoice 145767
Client 61051.00002  February 28, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2025 | JE | BL | Correspondence with Mr. Kapur and Mr. Wallen regarding adding declaratory judgment action and adding US as a party. | 0.30 | 1,725.00 | $517.50 |
| 02/10/2025 | JE | BL | Research appropriateness of Declaratory Judgment action and adding US as a party. | 0.70 | 1,725.00 | $1,207.50 |
| 02/10/2025 | JE | BL | Review and revise complaint per comments of Mr. Llewellyn. | 0.20 | 1,725.00 | $345.00 |
| 02/10/2025 | JE | BL | Prepare summons. | 0.50 | 1,725.00 | $862.50 |
| 02/10/2025 | JE | BL | Finalize complaint and summons. | 0.40 | 1,725.00 | $690.00 |
| 02/10/2025 | KLL | BL | Review service lists re US custom borders. | 0.30 | 625.00 | $187.50 |
| 02/10/2025 | KLL | BL | Review and respond to correspondence on procedures for filing complaint and cover sheet to same. | 0.30 | 625.00 | $187.50 |
| 02/10/2025 | TMK | BL | Confer with J. Elkin and J. Llewellyn regarding adversary complaint. | 0.10 | 1,325.00 | $132.50 |
| 02/11/2025 | BLW | BL | Correspond re: complaint/summonses (.1) and call with Ms. Elkin re: same (.1). | 0.20 | 1,075.00 | $215.00 |
| 02/11/2025 | JE | BL | Revise complaint and prepare cover sheet and summons. | 0.80 | 1,725.00 | $1,380.00 |
| 02/11/2025 | JE | BL | Correspondence with Mr. Wallen and Mr. Kapur regarding complaint. | 0.20 | 1,725.00 | $345.00 |
| 02/11/2025 | JE | BL | Correspondence with Ms. Labrada regarding summons. | 0.10 | 1,725.00 | $172.50 |
| 02/11/2025 | JE | BL | Correspondence with Mr. Pollack regarding revisions to complaint. | 0.20 | 1,725.00 | $345.00 |
| 02/11/2025 | JE | BL | Review correspondence from Mr. Kapur to Mr. Kent regarding complaint. | 0.10 | 1,725.00 | $172.50 |
| 02/11/2025 | TMK | BL | Confer with J. Elkin and B. Wallen regarding turnover complaint. | 0.10 | 1,325.00 | $132.50 |
| 02/11/2025 | TMK | BL | Confer with Philadelphia Insurance regarding turnover complaint. | 0.30 | 1,325.00 | $397.50 |
| 02/12/2025 | JE | BL | Revise summons and gather materials for filing complaint. | 0.50 | 1,725.00 | $862.50 |
| 02/12/2025 | JE | BL | Correspondence with Mr. Kapur and Ms. Labrada regarding filing complaint. | 0.20 | 1,725.00 | $345.00 |

Pachulski Stang Ziehl & Jones LLP  
Noble House Home Furnishings  
Client 61051.00002

Page:   8  
Invoice 145767  
February 28, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2025 | JE | BL | Revise summons as to service and correspondence with Ms. Labrada as to filing version of exhibits. | 0.30 | 1,725.00 | $517.50 |
| 02/12/2025 | KLL | BL | Review and update complaint, cover sheet and summons for filing re Philadelphia Indemnity. | 0.40 | 625.00 | $250.00 |
| 02/12/2025 | TMK | BL | Review inquiries from Philadelphia insurance and confer with J. Llewellyn. | 0.10 | 1,325.00 | $132.50 |
| 02/12/2025 | TMK | BL | Respond to inquiries from Philadelphia Insurance. | 0.10 | 1,325.00 | $132.50 |
| 02/13/2025 | JE | BL | Correspondence with Ms. Labrada regarding filing complaint. | 0.20 | 1,725.00 | $345.00 |
| 02/13/2025 | KLL | BL | Finalize and file complaint and summons re Philadelphia Indemnity. | 0.70 | 625.00 | $437.50 |
| 02/13/2025 | TMK | BL | Coordinate filing and service of turnover complaint. | 0.10 | 1,325.00 | $132.50 |
| 02/14/2025 | JE | BL | Correspondence with Ms. LaBrada and Mr. Sneed regarding issuance and service of summons. | 0.40 | 1,725.00 | $690.00 |
| 02/14/2025 | KLL | BL | Download and finalize for service executed summons re Philadelphia Indemnity. | 0.20 | 625.00 | $125.00 |
| 02/14/2025 | KLL | BL | File executed summons for proof of serve re Philadelphia Indemnity. | 0.40 | 625.00 | $250.00 |
| 02/17/2025 | JE | BL | Correspondence with Mr. Kapur regarding service of complaint. | 0.10 | 1,725.00 | $172.50 |
| 02/21/2025 | TMK | BL | Review and respond to inquiry from S. Williams regarding adversary complaint. | 0.30 | 1,325.00 | $397.50 |
| 02/23/2025 | TMK | BL | Review and respond to inquiries from C. Barbarosh regarding case status. | 0.10 | 1,325.00 | $132.50 |
| 02/24/2025 | TMK | BL | Prepare for and participate in call with S. Williams regarding adversary complaint. | 0.60 | 1,325.00 | $795.00 |
| 02/24/2025 | TMK | BL | Update J. Llewellyn regarding negotiations with S. Williams. | 0.10 | 1,325.00 | $132.50 |
| 02/27/2025 | TMK | BL | Confer with Committee regarding status of Philadelphia Insurance lawsuit. | 0.20 | 1,325.00 | $265.00 |
| 02/28/2025 | JE | BL | Review correspondence from Mr. Williams regarding adversary proceeding. | 0.10 | 1,725.00 | $172.50 |

Pachulski Stang Ziehl & Jones LLP  
Noble House Home Furnishings  
Client 61051.00002

Page: 9  
Invoice 145767  
February 28, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/28/2025 | JE | BL | Review and respond to correspondence from Mr. Kapur regarding extension. | 0.10 | 1,725.00 | $172.50 |
| 02/28/2025 | JE | BL | Review correspondence from Mr. Llewellyn with documentation requested by Mr. Williams. | 0.20 | 1,725.00 | $345.00 |
| 02/28/2025 | TMK | BL | Review inquiries from S. Williams and confer with J. Llewellyn. | 0.20 | 1,325.00 | $265.00 |
| | | | | **21.50** | | **$32,227.50** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 02/07/2025 | KLL | CA | Review docket for updates to critical dates memo. | 0.10 | 625.00 | $62.50 |
| 02/07/2025 | TMK | CA | Confer with C. Barbarosh and J. Llewellyn regarding case status. | 0.20 | 1,325.00 | $265.00 |
| 02/10/2025 | TMK | CA | Confer with creditors reagrding case status. | 0.10 | 1,325.00 | $132.50 |
| 02/11/2025 | TMK | CA | Confer with M. Bernes regarding case status. | 0.10 | 1,325.00 | $132.50 |
| 02/14/2025 | KLL | CA | Review docket for current filings and update to critical date memo. | 0.20 | 625.00 | $125.00 |
| 02/21/2025 | KLL | CA | Review current docket for upcoming deadlines and update critical dates memo to same. | 0.20 | 625.00 | $125.00 |
| 02/28/2025 | KLL | CA | Review docket on current filings for updates to critical dates memo. | 0.20 | 625.00 | $125.00 |
| | | | | **1.10** | | **$967.50** |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 02/04/2025 | TMK | CO | Confer with J. Llewellyn regarding schedule of claims. | 0.10 | 1,325.00 | $132.50 |
| 02/11/2025 | BLW | CO | Correspond with CAB re: claims/status. | 0.10 | 1,075.00 | $107.50 |
| 02/12/2025 | TMK | CO | Review status of claim withdrawal by California Department of Tax and Fee Administration. | 0.20 | 1,325.00 | $265.00 |
| 02/13/2025 | BEW | CO | Email to T. Kapur re: CDTFA claim. | 0.10 | 725.00 | $72.50 |
| 02/13/2025 | BEW | CO | Email to CDTFA re: claim withdrawal. | 0.20 | 725.00 | $145.00 |
| 02/24/2025 | TMK | CO | Confer with B. Wilson regarding withdrawal of claim filed by California Department of Tax and Fee Administration. | 0.10 | 1,325.00 | $132.50 |

Pachulski Stang Ziehl & Jones LLP               Page:   10
Noble House Home Furnishings                    Invoice 145767
Client  61051.00002                             February 28, 2025

|            |     |     |                                                              | Hours | Rate     | Amount     |
|------------|-----|-----|--------------------------------------------------------------|-------|----------|------------|
| 02/25/2025 | BEW | CO  | Email to CDTFA re: withdrawal of amended claims.             | 0.10  | 725.00   | $72.50     |
| 02/25/2025 | TMK | CO  | Email Epiq regarding withdrawal of CDTFA claims.             | 0.10  | 1,325.00 | $132.50    |
|            |     |     |                                                              | 1.00  |          | $1,060.00  |

**PSZJ Compensation**

|            |     |     |                                                                     | Hours | Rate     | Amount    |
|------------|-----|-----|---------------------------------------------------------------------|-------|----------|-----------|
| 02/14/2025 | KLL | CP  | Review and revise exhibit to PSZJ January monthly fee statement.    | 0.50  | 625.00   | $312.50   |
| 02/14/2025 | TMK | CP  | Review and revise invoice.                                          | 0.10  | 1,325.00 | $132.50   |
| 02/20/2025 | KLL | CP  | Review and confirm revisions to January invoice.                    | 0.30  | 625.00   | $187.50   |
| 02/24/2025 | BLW | CP  | Review and comment on January Fee Statement.                        | 0.20  | 1,075.00 | $215.00   |
| 02/24/2025 | KLL | CP  | Make additional revisions to January invoice.                       | 0.40  | 625.00   | $250.00   |
| 02/24/2025 | TMK | CP  | Confer with K. Labrada regarding January fee statement.             | 0.20  | 1,325.00 | $265.00   |
| 02/25/2025 | KLL | CP  | Prepare and file PSZJ January monthly fee statement.                | 1.10  | 625.00   | $687.50   |
| 02/25/2025 | TMK | CP  | Coordinate filing of January fee statement.                         | 0.10  | 1,325.00 | $132.50   |
|            |     |     |                                                                     | 2.90  |          | $2,182.50 |

**Other Professional Compensation**

|            |     |     |                                                                          | Hours | Rate     | Amount    |
|------------|-----|-----|--------------------------------------------------------------------------|-------|----------|-----------|
| 02/12/2025 | TMK | CPO | Confer with K. LaBrada regarding lack of objections to OCP statement.    | 0.10  | 1,325.00 | $132.50   |
| 02/19/2025 | KLL | CPO | Prepare Riveron January monthly fee statement.                           | 0.80  | 625.00   | $500.00   |
| 02/25/2025 | KLL | CPO | Prepare and file Riveron January monthly fee statement.                  | 1.10  | 625.00   | $687.50   |
|            |     |     |                                                                          | 2.00  |          | $1,320.00 |

**Financial Filings**

|            |     |    |                                                        | Hours | Rate     | Amount  |
|------------|-----|----|--------------------------------------------------------|-------|----------|---------|
| 02/21/2025 | BLW | FF | Review and coordinate filing of January MORs.          | 0.60  | 1,075.00 | $645.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 11 | |
| Noble House Home Furnishings | | | | | Invoice 145767 | |
| Client 61051.00002 | | | | | February 28, 2025 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/21/2025 | KLL | FF | Finalize and file January monthly operating reports. | 1.60 | 625.00 | $1,000.00 |
| | | | | **2.20** | | **$1,645.00** |

**General Creditors' Committee**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2025 | TMK | GC | Confer with J. Lllewelyn regarding committee inquiries. | 0.20 | 1,325.00 | $265.00 |
| 02/03/2025 | TMK | GC | Confer with J. Llewellyn regarding committee inquiries. | 0.10 | 1,325.00 | $132.50 |
| | | | | **0.30** | | **$397.50** |

**Insurance Issues**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2025 | TMK | II | Confer with Marsh regarding winding up of Noble House Assurance. | 0.30 | 1,325.00 | $397.50 |
| 02/13/2025 | TMK | II | Confer with J. Llewellyn regarding Noble House Assurance. | 0.10 | 1,325.00 | $132.50 |
| 02/17/2025 | TMK | II | Confer with J. Lllewellyn and B. Wright regarding Noble House Assurance. | 0.20 | 1,325.00 | $265.00 |
| 02/24/2025 | TMK | II | Review inquiries from Marsh regarding Noble House Assurance and confer with J. Llewellyn. | 0.20 | 1,325.00 | $265.00 |
| 02/25/2025 | TMK | II | Confer with J. Llewellyn regarding Noble House Assurance. | 0.10 | 1,325.00 | $132.50 |
| | | | | **0.90** | | **$1,192.50** |

**Plan and Disclosure Statement**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2025 | TMK | PD | Confer with J. Figueiredo regarding distribution agent. | 0.40 | 1,325.00 | $530.00 |
| 01/16/2025 | BLW | PD | Call with Mr. Kapur re: dismissal. | 0.10 | 1,075.00 | $107.50 |
| 02/02/2025 | BEW | PD | Continue to draft and revise motion to dismiss. | 5.10 | 725.00 | $3,697.50 |
| 02/04/2025 | BEW | PD | Confer with B. Wallen re: motion to dismiss and final fee applications. | 0.20 | 725.00 | $145.00 |
| 02/04/2025 | BLW | PD | Revise Motion to dismiss (1.9) and call with Ms. Wilson re: same and case update (.2). | 2.10 | 1,075.00 | $2,257.50 |
| 02/05/2025 | BLW | PD | Revise Motion to Dismiss. | 2.70 | 1,075.00 | $2,902.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 12 |
| Noble House Home Furnishings | | | | | | Invoice 145767 |
| Client 61051.00002 | | | | | | February 28, 2025 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/05/2025 | BLW | PD | Calls (3x) with Mr. Warner re: dismissal order. | 1.20 | 1,075.00 | $1,290.00 |
| 02/05/2025 | MBL | PD | Review and comment on dismissal motion and revised proposed order (0.4); emails with team re same (0.1). | 0.50 | 1,725.00 | $862.50 |
| 02/05/2025 | MDW | PD | Internal discussion re order of dismissal issues. | 1.20 | 1,775.00 | $2,130.00 |
| | | | | **13.50** | | **$13,922.50** |

**Other Professional Retention**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2025 | TMK | RPO | Review Riveron supplemental declaration and confer with B. Wallen. | 0.20 | 1,325.00 | $265.00 |
| 02/11/2025 | KLL | RPO | Finalize and file second supplemental declaration re Riveron retention. | 0.40 | 625.00 | $250.00 |
| | | | | **0.60** | | **$515.00** |

**TOTAL SERVICES FOR THIS MATTER:** $59,330.00

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: | 13 |
| Noble House Home Furnishings | | Invoice 145767 | |
| Client 61051.00002 | | February 28, 2025 | |

**Expenses**

| | | | |
|---|---|---|---|
| 01/02/2025 | LN | 61051.00002 Lexis Charges for 01-02-25 | 4.45 |
| 01/03/2025 | LN | 61051.00002 Lexis Charges for 01-03-25 | 4.45 |
| 01/06/2025 | LN | 61051.00002 Lexis Charges for 01-06-25 | 4.45 |
| 01/07/2025 | LN | 61051.00002 Lexis Charges for 01-07-25 | 4.45 |
| 01/08/2025 | LN | 61051.00002 Lexis Charges for 01-08-25 | 4.45 |
| 01/09/2025 | LN | 61051.00002 Lexis Charges for 01-09-25 | 4.45 |
| 01/10/2025 | LN | 61051.00002 Lexis Charges for 01-10-25 | 4.45 |
| 01/13/2025 | LN | 61051.00002 Lexis Charges for 01-13-25 | 4.45 |
| 01/14/2025 | LN | 61051.00002 Lexis Charges for 01-14-25 | 4.45 |
| 01/15/2025 | LN | 61051.00002 Lexis Charges for 01-15-25 | 4.45 |
| 01/16/2025 | LN | 61051.00002 Lexis Charges for 01-16-25 | 4.45 |
| 01/17/2025 | LN | 61051.00002 Lexis Charges for 01-17-25 | 4.45 |
| 01/20/2025 | LN | 61051.00002 Lexis Charges for 01-20-25 | 4.45 |
| 01/21/2025 | LN | 61051.00002 Lexis Charges for 01-21-25 | 4.45 |
| 01/22/2025 | LN | 61051.00002 Lexis Charges for 01-22-25 | 4.45 |
| 01/23/2025 | LN | 61051.00002 Lexis Charges for 01-23-25 | 4.45 |
| 01/24/2025 | LN | 61051.00002 Lexis Charges for 01-24-25 | 4.45 |
| 01/27/2025 | LN | 61051.00002 Lexis Charges for 01-27-25 | 4.45 |
| 01/28/2025 | LN | 61051.00002 Lexis Charges for 01-28-25 | 4.45 |
| 01/29/2025 | LN | 61051.00002 Lexis Charges for 01-29-25 | 4.45 |
| 01/30/2025 | LN | 61051.00002 Lexis Charges for 01-30-25 | 87.13 |
| 01/30/2025 | LN | 61051.00002 Lexis Charges for 01-30-25 | 4.45 |
| 01/31/2025 | LN | 61051.00002 Lexis Charges for 01-31-25 | 65.35 |
| 01/31/2025 | LN | 61051.00002 Lexis Charges for 01-31-25 | 4.45 |
| 02/01/2025 | BB | 61051.00002 Bloomberg Charges through 02-01-25 | 10.00 |
| 02/01/2025 | BB | 61051.00002 Bloomberg Charges through 02-01-25 | 10.00 |
| 02/01/2025 | BB | 61051.00002 Bloomberg Charges through 02-01-25 | 10.00 |
| 02/01/2025 | BB | 61051.00002 Bloomberg Charges through 02-01-25 | 10.00 |

Pachulski Stang Ziehl & Jones LLP          Page:    14
Noble House Home Furnishings                Invoice 145767
Client 61051.00002                          February 28, 2025

| | | | |
|---|---|---|---:|
| 02/01/2025 | BB | 61051.00002 Bloomberg Charges through 02-01-25 | 20.00 |
| 02/02/2025 | LN | 61051.00002 Lexis Charges for 02-02-25 | 22.53 |
| 02/03/2025 | LN | 61051.00002 Lexis Charges for 02-03-25 | 5.01 |
| 02/04/2025 | LN | 61051.00002 Lexis Charges for 02-04-25 | 5.01 |
| 02/05/2025 | LN | 61051.00002 Lexis Charges for 02-05-25 | 5.01 |
| 02/06/2025 | LN | 61051.00002 Lexis Charges for 02-06-25 | 5.01 |
| 02/07/2025 | LN | 61051.00002 Lexis Charges for 02-07-25 | 5.01 |
| 02/10/2025 | LN | 61051.00002 Lexis Charges for 02-10-25 | 5.01 |
| 02/11/2025 | LN | 61051.00002 Lexis Charges for 02-11-25 | 5.01 |
| 02/12/2025 | LN | 61051.00002 Lexis Charges for 02-12-25 | 5.01 |
| 02/13/2025 | LN | 61051.00002 Lexis Charges for 02-13-25 | 5.01 |
| 02/14/2025 | LN | 61051.00002 Lexis Charges for 02-14-25 | 5.01 |
| 02/14/2025 | PO | Postage | 2.50 |
| 02/14/2025 | RE | ( 52 @0.20 PER PG) | 10.40 |
| 02/14/2025 | RE | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: | 15 |
| Noble House Home Furnishings | | Invoice 145767 | |
| Client 61051.00002 | | February 28, 2025 | |

| | | | |
|---|---|---|---|
| 02/14/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/17/2025 | LN | 61051.00002 Lexis Charges for 02-17-25 | 5.01 |
| 02/18/2025 | LN | 61051.00002 Lexis Charges for 02-18-25 | 5.01 |
| 02/19/2025 | LN | 61051.00002 Lexis Charges for 02-19-25 | 5.01 |
| 02/20/2025 | LN | 61051.00002 Lexis Charges for 02-20-25 | 5.01 |
| 02/21/2025 | LN | 61051.00002 Lexis Charges for 02-21-25 | 5.01 |
| 02/24/2025 | LN | 61051.00002 Lexis Charges for 02-24-25 | 5.01 |
| 02/25/2025 | LN | 61051.00002 Lexis Charges for 02-25-25 | 5.01 |
| 02/26/2025 | LN | 61051.00002 Lexis Charges for 02-26-25 | 5.01 |
| 02/27/2025 | LN | 61051.00002 Lexis Charges for 02-27-25 | 5.01 |
| 02/28/2025 | LN | 61051.00002 Lexis Charges for 02-28-25 | 5.01 |
| **Total Expenses for this Matter** | | | **$451.41** |