IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF RIVERON MANAGEMENT SERVICES, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 185] (the "Compensation Order") entered by the Court on October 25, 2023, Riveron Management Services, LLC ("RMS"), financial advisors to the above-captioned debtors and debtors in possession (collectively the "Debtors"), submits this monthly statement of services rendered and expenses incurred in this case for the period from February 1, 2025 through February 28, 2025 (the "Statement Period").

**I.     Itemization of Services Rendered by RMS:**

1.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which RMS seeks compensation.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

1

| Name | Position / Dept. | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|
| John Llewellyn | Managing Director | $595.00 | 6.6 | $3,927.00 |
| Jay Montgomery | Associate Director | $395.00 | 5.2 | $2,054.00 |
| Webster Andrews | Associate Director | $395.00 | 5.4 | $2,133.00 |
| Bianca Auletta | Manager | $395.00 | 3.8 | $1,501.00 |
| TOTALS | | | 21.0 | $9,615.00 |

2.  The time records of RMS consisting of a daily breakdown of the time spent by each person on each day and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

**II.    Itemization of Services Rendered and Disbursements Incurred By Category**

3.  The following itemization presents the services rendered by RMS by task categories and provides a summary of disbursements incurred by category of expense disbursement.

**A.    Services Rendered**

4.  The following services were rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Meeting/Teleconference | 0.8 | $476.00 |
| Case Reporting | 6.2 | $2,569.00 |
| Business Operations | 8.4 | $3,998.00 |
| Account Analysis and Reconciliations | 0.7 | $416.50 |
| Unsecured and Admin Claim Analysis | 1.1 | $654.50 |
| Case Administration | 3.8 | $1,501.00 |
| TOTALS | 21.0 | $9,615.00 |

5.  A detailed itemization of the services rendered in each of the above task categories is set forth in **Exhibit A**.

**B.    Expenses Incurred**

6.  The expenses incurred by RMS for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

7.  Accordingly, the amount of compensation and expenses <u>payable for this Statement Period</u> is **$7,692.00**, which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period: | $9,615.00 |
| Twenty Percent (20%) Holdback: | ($1,923.00) |
| Total Fees Less Holdback: | $7,692.00 |
| Expenses Incurred (100%): | $0.00 |
| **TOTAL** | **$7,692.00** |

**WHEREFORE**, pursuant to the Compensation Order, RMS requests payment of compensation in the amount of (i) $7,692.00 (80% of $9,615.00) on account of actual, reasonable and necessary professional services rendered to the Debtors by RMS and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred on behalf of the Debtors by RMS.

Dated: March 31, 2025

**RIVERON MANAGEMENT SERVICES, LLC**

*/s/ John Llewellyn*
John Llewellyn
265 Franklin Street, 10th Floor
Boston, MA 02110
Telephone: (617) 275-5411
John.Llewellyn@riveron.com

*Financial Advisors to the Debtors and Debtors in Possession*

## **EXHIBIT A**

**(February 1, 2025 – February 28, 2025 Invoice)**

**Noble House - Riveron Time Report**
*For the Period: February 1, 2025 to February 28, 2025*

| Employee | Rate | Hours | Total Fees |
|---|---:|---:|---:|
| Llewellyn, John | 595.00 | 6.6 | 3,927.00 |
| Montgomery, Jay | 395.00 | 5.2 | 2,054.00 |
| Andrews, Webster | 395.00 | 5.4 | 2,133.00 |
| Auletta, Bianca | 395.00 | 3.8 | 1,501.00 |
|  | **$457.86** | **21.0** | **$9,615.00** |

| Code | Task Title | Hours | Total Fees |
|---:|---|---:|---:|
| 1 | Meeting / Teleconference with Debtor Management, Board, or Counsel | 0.8 | $476.00 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | 6.2 | 2,569.00 |
| 8 | Business Operations | 8.4 | 3,998.00 |
| 14 | Account Analysis and Reconciliations | 0.7 | 416.50 |
| 16 | Unsecured and Admin Claim Analysis | 1.1 | 654.50 |
| 24 | Case Administration | 3.8 | 1,501.00 |
| **Total** |  | **21.0** | **$9,615.00** |

**Description of Professional Services - Meeting / Teleconference with Debtor Management, Board, or Counsel**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/7/2025 | Llewellyn, John | Call with T. Kapur and C. Barbarosh regarding status update | 0.2 | $595.00 | $119.00 |
| 2/23/2025 | Llewellyn, John | Correspondence with M. Bernes and M. Haddad regarding status update | 0.3 | 595.00 | 178.50 |
| 2/28/2025 | Llewellyn, John | Call with M. Bernes regarding status update | 0.3 | 595.00 | 178.50 |
| **Meeting / Teleconference with Debtor Management, Board, or Counsel Subtotal** | | | **0.8** | | **$476.00** |

**Description of Professional Services - Case Reporting: UST Reports, Statements & Schedules**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/4/2025 | Montgomery, Jay | Gathering and classifying banking data for MOR's and setting up templates | 0.6 | $395.00 | $237.00 |
| 2/5/2025 | Andrews, Webster | Respond to MOR questions/update financials | 0.4 | 395.00 | 158.00 |
| 2/5/2025 | Montgomery, Jay | Create time template for fee application and MOR set up | 1.5 | 395.00 | 592.50 |
| 2/5/2025 | Montgomery, Jay | Updating MOR worksheet and PDFs | 1.0 | 395.00 | 395.00 |
| 2/10/2025 | Montgomery, Jay | Updating MOR worksheet and PDFs | 0.6 | 395.00 | 237.00 |
| 2/12/2025 | Montgomery, Jay | Compiling expense and time information for fee application filing | 0.7 | 395.00 | 276.50 |
| 2/18/2025 | Llewellyn, John | Review of Monthly Operating Reports | 0.4 | 595.00 | 238.00 |
| 2/18/2025 | Llewellyn, John | Review of January Fee Application | 0.2 | 595.00 | 119.00 |
| 2/18/2025 | Montgomery, Jay | Final review of MORs and Fee application for transmission to counsel | 0.8 | 395.00 | 316.00 |

**Case Reporting: UST Reports, Statements & Schedules Subtotal** — **6.2** — **$2,569.00**

**Description of Professional Services - Business Operations**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/2/2025 | Llewellyn, John | Review of and correspondence related to customs bond | 0.7 | $595.00 | $416.50 |
| 2/4/2025 | Andrews, Webster | Close January 2025 financial reporting format for MOR | 1.2 | 395.00 | 474.00 |
| 2/6/2025 | Andrews, Webster | Input Director payables invoice and set up payment, research & update on questioned invoices | 0.5 | 395.00 | 197.50 |
| 2/7/2025 | Andrews, Webster | Contact vendor to verify banking info, update bank and QB | 0.3 | 395.00 | 118.50 |
| 2/10/2025 | Andrews, Webster | Research QB renewals and Indeed invoices for payments | 0.6 | 395.00 | 237.00 |
| 2/10/2025 | Llewellyn, John | Review of turnover complaint and correspondence related thereto | 0.4 | 595.00 | 238.00 |
| 2/11/2025 | Andrews, Webster | Secure instructions on closing Chase account | 0.2 | 395.00 | 79.00 |
| 2/11/2025 | Llewellyn, John | Correpsondence related to account closure | 0.2 | 595.00 | 119.00 |
| 2/13/2025 | Llewellyn, John | Correspondence regarding captive, including call with B. Wright | 0.4 | 595.00 | 238.00 |
| 2/17/2025 | Llewellyn, John | Call with B. Wright regarding status of captive and follow up related thereto | 0.3 | 595.00 | 178.50 |
| 2/19/2025 | Llewellyn, John | Call with Marsh regarding captive insurance potential to release cash | 0.6 | 595.00 | 357.00 |
| 2/20/2025 | Andrews, Webster | Provide direction for Chase account closure | 0.5 | 395.00 | 197.50 |
| 2/25/2025 | Andrews, Webster | Update payables and input invoice to Assurance | 0.2 | 395.00 | 79.00 |
| 2/25/2025 | Llewellyn, John | Correspondence with Marsh regarding captive insurance potential to release cash | 0.2 | 595.00 | 119.00 |
| 2/27/2025 | Andrews, Webster | Follow upon Chase bank funds transfer and create Director March payment | 0.5 | 395.00 | 197.50 |
| 2/28/2025 | Andrews, Webster | Create payments and update financial records for Febrauary Month End and MOR | 0.5 | 395.00 | 197.50 |
| 2/28/2025 | Andrews, Webster | Draft request letter to research missing wire transfer from Chase | 0.5 | 395.00 | 197.50 |
| 2/28/2025 | Llewellyn, John | Correspondence with S. Williams regarding US Custom's bond | 0.4 | 595.00 | 238.00 |
| 2/28/2025 | Llewellyn, John | Follow up regarding transfer of funds | 0.2 | 595.00 | 119.00 |
| **Business Operations Subtotal** | | | **8.4** | | **$3,998.00** |

**Description of Professional Services - Account Analysis and Reconciliations**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/4/2025 | Llewellyn, John | Review banking activity and update balances | 0.2 | $ 595.00 | $ 119.00 |
| 2/10/2025 | Llewellyn, John | Update bank balances and budget | 0.5 | 595.00 | 297.50 |
| **Account Analysis and Reconciliations Subtotal** | | | **0.7** | | **$ 416.50** |

**Description of Professional Services - Unsecured and Admin Claim Analysis**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/2/2025 | Llewellyn, John | Correspondence regarding summary claims matrix as requested by UCC | 0.4 | $595.00 | $238.00 |
| 2/4/2025 | Llewellyn, John | Correspondence regarding summary claims matrix as requested by UCC | 0.3 | 595.00 | 178.50 |
| 2/4/2025 | Llewellyn, John | Correspondence with the UCC regarding FedEx claims | 0.4 | 595.00 | 238.00 |
| **Unsecured and Admin Claim Analysis Subtotal** | | | **1.1** | | **$654.50** |

**Description of Professional Services - Case Administration**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/3/2025 | Auletta, Bianca | Follow up on data retention and invoice | 1.10 | $395.00 | $434.50 |
| 2/4/2025 | Auletta, Bianca | Coordination of pick up of totes for destruction | 0.60 | 395.00 | 237.00 |
| 2/5/2025 | Auletta, Bianca | Coordination of pick up of totes for destruction | 0.60 | 395.00 | 237.00 |
| 2/10/2025 | Auletta, Bianca | Follow up on data retention and invoice | 0.70 | 395.00 | 276.50 |
| 2/28/2025 | Auletta, Bianca | Review of billing and issues with Iron Mountain rep | 0.80 | 395.00 | 316.00 |
| **Case Administration Subtotal** | | | **3.80** | | **$ 1,501.00** |