IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> NOBLE HOUSE HOME FURNISHINGS LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-90773 (CML) <br><br> (Jointly Administered) |

**MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 185] (the "Compensation Order") entered by the Court on October 25, 2023, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the above-captioned debtors and debtors in possession (collectively the "Debtors"), submits this monthly statement of services rendered and expenses incurred in this case for the period from March 1, 2025 through March 31, 2025 (the "Statement Period").

**I.      Itemization of Services Rendered by PSZJ:**

1.      The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which PSZJ seeks compensation.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

4937-2024-8127.1 61051.002

| Name | Position / Dept. | State of Bar Admission / Year | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael D. Warner | Partner | TX/1995 | $1,775.00 | .4 | $710.00 |
| Teddy M. Kapur | Partner | CA/2006 | $1,325.00 | 6.6 | $8,745.00 |
| Judith Elkin | Counsel | TX/1982 | $1,725.00 | .9 | $1,552.50 |
| Benjamin L. Wallen | Associate | TX/2016 | $1,075.00 | 4.8 | $5,160.00 |
| Brooke E. Wilson | Associate | NY/2022 | $725.00 | 1.7 | $1,232.50 |
| Kerri L. LaBrada | Paralegal | N/A | $625.00 | 5.1 | $3,187.50 |
| **TOTALS:** | | | | 19.5 | $20,587.50 |

2. The time records of PSZJ consisting of a daily breakdown of the time spent by each person on each day and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

**II.    Itemization of Services Rendered and Disbursements Incurred By Category**

3. The following itemization presents the services rendered by PSZJ by task categories and provides a summary of disbursements incurred by category of expense disbursement.

**A.    Services Rendered**

4. The following services were rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Asset Analysis and Recovery | .4 | $530.00 |
| Asset Disposition | .7 | $927.50 |
| Bankruptcy Litigation | 4.1 | $5,767.50 |
| Case Administration | 1.8 | $1,650.00 |
| Claims Administration and Objections | .2 | $240.00 |
| PSZJ Compensation | 3.4 | $2,565.00 |
| Other Professional Compensation | 1.6 | $1,115.00 |
| Financial Filings | .9 | $877.50 |
| Insurance Issues | .5 | $662.50 |
| Plan and Disclosure Statement | 5.9 | $6,252.50 |
| **TOTALS** | **19.5** | **$20,587.50** |

5. A detailed itemization of the services rendered in each of the above task categories is set forth in **Exhibit A**.

4937-2024-8127.1 61051.002

### B. Expenses Incurred

6. The expenses incurred by PSZJ for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---:|
| Bloomberg | $100.69 |
| Court Fees | $350.00 |
| Lexis/Nexis – Legal Research | $44.28 |
| Pacer – Court Research | $13.30 |
| **TOTAL** | **$508.27** |

7. Accordingly, the amount of compensation and expenses <u>payable for this Statement Period</u> is **$16,978.27**, which is calculated as follows:

| | |
|---|---:|
| Total Fees for Services Rendered During Statement Period: | $20,587.50 |
| Twenty Percent (20%) Holdback: | ($4,117.50) |
| Total Fees Less Holdback: | $16,470.00 |
| Expenses Incurred (100%): | $508.27 |
| **TOTAL** | **$16,978.27** |

**WHEREFORE**, pursuant to the Compensation Order, PSZJ requests payment of compensation in the amount of (i) $16,470.00 (80% of $20,587.50) on account of actual, reasonable and necessary professional services rendered to the Debtors by PSZJ and (ii) reimbursement of actual and necessary costs and expenses in the amount of $508.27 incurred on behalf of the Debtors by PSZJ.

[*Remainder of Page Intentionally Left Blank*]

4937-2024-8127.1 61051.002

| | |
|---|---|
| Dated: May 5, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Teddy M. Kapur* |
| | Michael D. Warner (SBT 00792304) |
| | Maxim B. Litvak (SBT 24002482) |
| | Benjamin L. Wallen (SBT 24102623) |
| | 700 Louisiana Street, Suite 4500 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile:  (713) 691-9407 |
| | mwarner@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | bwallen@pszjlaw.com |
| | |
| | -and- |
| | |
| | Richard M. Pachulski (admitted *pro hac vice*) |
| | Teddy M. Kapur (SBT 24046186) |
| | Gregory V. Demo (admitted *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile:  (310) 201-0760 |
| | rpachulski@pszjlaw.com |
| | tkapur@pszjlaw.com |
| | gdemo@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

**EXHIBIT A**

**(March 1, 2025 – March 31, 2025 Invoice)**

4937-2024-8127.1 61051.002



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Noble House Home Furnishings
Melissa Gelbart
Noble House Home Furnishings LLC
23125 Superior Street
Chatsworth, CA 91311

April 30, 2025
Invoice   146148
Client    61051.00002

RE: Chapter 11

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2025

| | |
|---|---:|
| FEES | $20,587.50 |
| EXPENSES | $508.27 |
| **TOTAL CURRENT CHARGES** | **$21,095.77** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Noble House Home Furnishings  Invoice 146148
Client  61051.00002  April 30, 2025

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| BLW | Wallen, Ben L. | Partner | 1,075.00 | 4.80 | $5,160.00 |
| MDW | Warner, Michael D. | Partner | 1,775.00 | 0.40 | $710.00 |
| TMK | Kapur, Teddy M. | Partner | 1,325.00 | 6.60 | $8,745.00 |
| JE | Elkin, Judith | Counsel | 1,725.00 | 0.90 | $1,552.50 |
| BEW | Wilson, Brooke E. | Associate | 725.00 | 1.70 | $1,232.50 |
| KLL | LaBrada, Kerri L. | Paralegal | 625.00 | 5.10 | $3,187.50 |
| | | | | 19.50 | $20,587.50 |

Pachulski Stang Ziehl & Jones LLP                                                              Page:    3
Noble House Home Furnishings                                                                   Invoice 146148
Client 61051.00002                                                                             April 30, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 0.40 | $530.00 |
| AD | Asset Disposition | 0.70 | $927.50 |
| BL | Bankruptcy Litigation | 4.10 | $5,767.50 |
| CA | Case Administration | 1.80 | $1,650.00 |
| CO | Claims Administration and Objections | 0.20 | $240.00 |
| CP | PSZJ Compensation | 3.40 | $2,565.00 |
| CPO | Other Professional Compensation | 1.60 | $1,115.00 |
| FF | Financial Filings | 0.90 | $877.50 |
| II | Insurance Issues | 0.50 | $662.50 |
| PD | Plan and Disclosure Statement | 5.90 | $6,252.50 |
| | | 19.50 | $20,587.50 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Noble House Home Furnishings | Invoice 146148 |
| Client 61051.00002 | April 30, 2025 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Bloomberg | $100.69 |
| Court Fees | $350.00 |
| Lexis/Nexis- Legal Research | $44.28 |
| Pacer - Court Research | $13.30 |
| | $508.27 |

Pachulski Stang Ziehl & Jones LLP     Page:   5
Noble House Home Furnishings          Invoice 146148
Client 61051.00002                    April 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis and Recovery

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2025 | TMK | AA | Confer with claims buyer regarding cash collateral. | 0.20 | 1,325.00 | $265.00 |
| 01/13/2025 | TMK | AA | Confer with potential claims buyers regarding cash collateral. | 0.20 | 1,325.00 | $265.00 |
|  |  |  |  | **0.40** |  | **$530.00** |

### Asset Disposition

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2025 | TMK | AD | Confer with J. Llewelyn regarding document retention and destruction. | 0.20 | 1,325.00 | $265.00 |
| 01/08/2025 | TMK | AD | Review inquiries from Wan Hai and confer with J. Llewellyn. | 0.20 | 1,325.00 | $265.00 |
| 01/08/2025 | TMK | AD | Review status of Noble House Assurance. | 0.20 | 1,325.00 | $265.00 |
| 03/10/2025 | TMK | AD | Confer with J. Llewellyn regarding wind down of UK operations. | 0.10 | 1,325.00 | $132.50 |
|  |  |  |  | **0.70** |  | **$927.50** |

### Bankruptcy Litigation

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2025 | JE | BL | Correspondence with Mr. Kapur regarding extension. | 0.10 | 1,725.00 | $172.50 |
| 03/03/2025 | JE | BL | Review correspondence from Ms. Buru regarding extension of time stipulation. | 0.10 | 1,725.00 | $172.50 |
| 03/03/2025 | JE | BL | Correspondence with Mr. Kapur regarding extension of time stipulation. | 0.10 | 1,725.00 | $172.50 |
| 03/03/2025 | TMK | BL | Confer with Philadelphia Insurance regarding stipulation for more time and review same. | 0.50 | 1,325.00 | $662.50 |
| 03/04/2025 | JE | BL | Review draft stipulation from PIC regarding answer date and correspondence with Mr. Kapur regarding same. | 0.50 | 1,725.00 | $862.50 |
| 03/04/2025 | TMK | BL | Review stipulation for extension and confer with C. Buru. | 0.20 | 1,325.00 | $265.00 |
| 03/05/2025 | BLW | BL | Review and comment on extension stip in Philly Adversary Proceeding. | 0.10 | 1,075.00 | $107.50 |
| 03/05/2025 | JE | BL | Review correspondence to Ms. Buru regarding stipulation extending answer date. | 0.10 | 1,725.00 | $172.50 |

Pachulski Stang Ziehl & Jones LLP        Page:  6
Noble House Home Furnishings             Invoice 146148
Client 61051.00002                       April 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/05/2025 | TMK | BL | Review and execute stipulation to extend time. | 0.20 | 1,325.00 | $265.00 |
| 03/05/2025 | TMK | BL | Review inquiries regarding Computer Reps arbitration and confer with J. Llewellyn. | 0.20 | 1,325.00 | $265.00 |
| 03/05/2025 | TMK | BL | Update C. Barbarosh regarding Philadelphia negotiations. | 0.10 | 1,325.00 | $132.50 |
| 03/10/2025 | TMK | BL | Confer with J. Llewellyn and R. Kroll regarding Computer Reps litigation. | 0.10 | 1,325.00 | $132.50 |
| 03/24/2025 | TMK | BL | Follow up with S. Williams regarding settlement; update C. Barbarosh and J. Lllewellyn. | 0.20 | 1,325.00 | $265.00 |
| 03/24/2025 | TMK | BL | Review diligence inquiries from Philadelphia Insuance and confer with J. Llewellyn. | 0.30 | 1,325.00 | $397.50 |
| 03/25/2025 | TMK | BL | Confer with J. Llewellyn and M. Bernes regarding bond issues for settlement. | 0.20 | 1,325.00 | $265.00 |
| 03/25/2025 | TMK | BL | Negotiate with S. Williams regarding settlement. | 0.50 | 1,325.00 | $662.50 |
| 03/26/2025 | TMK | BL | Confer with J. Llewellyn and S. Williams regarding settlement. | 0.40 | 1,325.00 | $530.00 |
| 03/27/2025 | TMK | BL | Review and confer with C. Buru regarding stipulation to extend time. | 0.20 | 1,325.00 | $265.00 |
|  |  |  |  | **4.10** |  | **$5,767.50** |

**Case Administration**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 01/09/2025 | TMK | CA | Confer with J. Llewellyn regarding case tasks. | 0.30 | 1,325.00 | $397.50 |
| 03/07/2025 | KLL | CA | Review docket for current filings and updates to critical dates memo. | 0.20 | 625.00 | $125.00 |
| 03/13/2025 | BLW | CA | Review eipq statement and correspond with CFO re: same and recent filing activity. | 0.20 | 1,075.00 | $215.00 |
| 03/14/2025 | KLL | CA | Review current filings and update critical dates memo to same. | 0.30 | 625.00 | $187.50 |
| 03/19/2025 | BLW | CA | Call with Mr. Kapur re: case/litigation status re: UST inquiry (.2) and draft response re: same (.3). | 0.50 | 1,075.00 | $537.50 |
| 03/28/2025 | KLL | CA | Review docket for updates and update critical dates memo to same. | 0.30 | 625.00 | $187.50 |
|  |  |  |  | **1.80** |  | **$1,650.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 7 |
| Noble House Home Furnishings | | | | | Invoice 146148 | |
| Client 61051.00002 | | | | | April 30, 2025 | |

### Claims Administration and Objections

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/02/2025 | TMK | CO | Review status of CDTFA claim. | 0.10 | 1,325.00 | $132.50 |
| 03/19/2025 | BLW | CO | Call with creditor re: case status. | 0.10 | 1,075.00 | $107.50 |
| | | | | **0.20** | | **$240.00** |

### PSZJ Compensation

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/06/2025 | TMK | CP | Coordinate payment of invoices. | 0.10 | 1,325.00 | $132.50 |
| 03/26/2025 | KLL | CP | Review and revise PSZJ February invoice. | 0.80 | 625.00 | $500.00 |
| 03/26/2025 | TMK | CP | Review monthly fee statement and confer with K. LaBrada. | 0.20 | 1,325.00 | $265.00 |
| 03/27/2025 | BLW | CP | Review and comment on monthly statement. | 0.20 | 1,075.00 | $215.00 |
| 03/27/2025 | KLL | CP | Check revisions to PSZJ February invoice. | 0.40 | 625.00 | $250.00 |
| 03/28/2025 | KLL | CP | Review/revise PSZJ invoice to February monthly fee statement. | 0.20 | 625.00 | $125.00 |
| 03/28/2025 | TMK | CP | Confer with B. Wallen and K. LaBrada regarding fee statement. | 0.10 | 1,325.00 | $132.50 |
| 03/31/2025 | KLL | CP | Prepare and finalize for filing PSZJ February monthly fee statement. | 1.30 | 625.00 | $812.50 |
| 03/31/2025 | TMK | CP | Review and revise fee statement. | 0.10 | 1,325.00 | $132.50 |
| | | | | **3.40** | | **$2,565.00** |

### Other Professional Compensation

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/06/2025 | KLL | CPO | Retrieve amounts from November and December monthly fee statements for T. Kapur. | 0.20 | 625.00 | $125.00 |
| 03/24/2025 | KLL | CPO | Prepare Riveron February monthly fee statement. | 0.70 | 625.00 | $437.50 |
| 03/24/2025 | TMK | CPO | Confer with K. LaBrada regarding fee statements. | 0.10 | 1,325.00 | $132.50 |
| 03/31/2025 | BLW | CPO | Review and comment on monthy. | 0.10 | 1,075.00 | $107.50 |
| 03/31/2025 | KLL | CPO | Finalize for filing Riveron February monthly fee statement. | 0.50 | 625.00 | $312.50 |
| | | | | **1.60** | | **$1,115.00** |

Pachulski Stang Ziehl & Jones LLP  
Noble House Home Furnishings  
Client 61051.00002

Page:     8  
Invoice 146148  
April 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Financial Filings**

| 03/16/2025 | KLL | FF | Correspond with B. Wallen on upcoming Monthly Operating Reports filings. | 0.20 | 625.00 | $125.00 |
| 03/19/2025 | BLW | FF | Review and comment on MOR's and coordinate filing of same. | 0.70 | 1,075.00 | $752.50 |
|  |  |  |  | **0.90** |  | **$877.50** |

**Insurance Issues**

| 01/08/2025 | TMK | II | Review correspondence regarding new insurance policy. | 0.10 | 1,325.00 | $132.50 |
| 03/06/2025 | TMK | II | Confer with J. Llewellyn regarding Noble House Assurance. | 0.20 | 1,325.00 | $265.00 |
| 03/07/2025 | TMK | II | Review status of Noble House Assurance wind down. | 0.10 | 1,325.00 | $132.50 |
| 03/26/2025 | TMK | II | Review status of Noble House Assurance wind down. | 0.10 | 1,325.00 | $132.50 |
|  |  |  |  | **0.50** |  | **$662.50** |

**Plan and Disclosure Statement**

| 03/05/2025 | BLW | PD | Correspond re: dismissal. | 0.10 | 1,075.00 | $107.50 |
| 03/05/2025 | TMK | PD | Review dismissal motion and confer with B. Wallen. | 0.60 | 1,325.00 | $795.00 |
| 03/10/2025 | BLW | PD | Research re: liquidation analysis (.3) call with CFO re: same (.6); call with Ms. Wilson re: same (.1). | 1.00 | 1,075.00 | $1,075.00 |
| 03/10/2025 | TMK | PD | Confer with B. Wallen reagrding liquidation analysis. | 0.20 | 1,325.00 | $265.00 |
| 03/14/2025 | BEW | PD | Confer with B. Wallen re: research about chapter 7 trustee fees. | 0.10 | 725.00 | $72.50 |
| 03/17/2025 | BEW | PD | Research re: chapter 7 comparison analysis. | 1.60 | 725.00 | $1,160.00 |
| 03/17/2025 | BLW | PD | Correspond re: MTD. | 0.20 | 1,075.00 | $215.00 |
| 03/18/2025 | BLW | PD | Review research from Ms. Wilson re: liquidation analysis and correspond re: same. | 0.40 | 1,075.00 | $430.00 |
| 03/18/2025 | MDW | PD | Call with attorney B. Wallen re recent 5th Cir decision re exculpation issues. | 0.40 | 1,775.00 | $710.00 |

Pachulski Stang Ziehl & Jones LLP     Page: 9
Noble House Home Furnishings     Invoice 146148
Client 61051.00002     April 30, 2025

|            |     |    |                                                                      | Hours | Rate     | Amount    |
|------------|-----|----|----------------------------------------------------------------------|-------|----------|-----------|
| 03/19/2025 | BLW | PD | Call with CFO re: liquidation analysis.                              | 0.30  | 1,075.00 | $322.50   |
| 03/31/2025 | BLW | PD | Research and correspond with CFO re: liquidation analysis.           | 0.90  | 1,075.00 | $967.50   |
| 03/31/2025 | TMK | PD | Confer with B. Wallen and J. Llewellyn regarding liquidation analyses. | 0.10  | 1,325.00 | $132.50   |
|            |     |    |                                                                      | 5.90  |          | $6,252.50 |

**TOTAL SERVICES FOR THIS MATTER:**     **$20,587.50**

Pachulski Stang Ziehl & Jones LLP  Page:   10
Noble House Home Furnishings  Invoice 146148
Client 61051.00002  April 30, 2025

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/14/2025 | FF | Courts UBSC TX filing fee TMK | 350.00 |
| 03/03/2025 | LN | 61051.00002 Lexis Charges for 03-03-25 | 3.28 |
| 03/04/2025 | LN | 61051.00002 Lexis Charges for 03-04-25 | 3.28 |
| 03/05/2025 | LN | 61051.00002 Lexis Charges for 03-05-25 | 3.28 |
| 03/06/2025 | LN | 61051.00002 Lexis Charges for 03-06-25 | 3.28 |
| 03/07/2025 | LN | 61051.00002 Lexis Charges for 03-07-25 | 3.28 |
| 03/10/2025 | LN | 61051.00002 Lexis Charges for 03-10-25 | 3.28 |
| 03/11/2025 | LN | 61051.00002 Lexis Charges for 03-11-25 | 1.64 |
| 03/12/2025 | LN | 61051.00002 Lexis Charges for 03-12-25 | 1.64 |
| 03/13/2025 | LN | 61051.00002 Lexis Charges for 03-13-25 | 1.64 |
| 03/14/2025 | LN | 61051.00002 Lexis Charges for 03-14-25 | 1.64 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 5.20 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 10.00 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 10.00 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 10.00 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 10.00 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 10.00 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 10.00 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 1.40 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 1.20 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 10.00 |
| 03/17/2025 | BB | 61051.00002 Bloomberg Charges through 03-17-25 | 10.00 |
| 03/17/2025 | LN | 61051.00002 Lexis Charges for 03-17-25 | 1.64 |
| 03/18/2025 | BB | 61051.00002 Bloomberg Charges through 03-18-25 | 3.00 |
| 03/18/2025 | BB | 61051.00002 Bloomberg Charges through 03-18-25 | 3.10 |
| 03/18/2025 | BB | 61051.00002 Bloomberg Charges through 03-18-25 | 5.39 |
| 03/18/2025 | BB | 61051.00002 Bloomberg Charges through 03-18-25 | 1.40 |
| 03/18/2025 | LN | 61051.00002 Lexis Charges for 03-18-25 | 1.64 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: | 11 |
| Noble House Home Furnishings | | Invoice | 146148 |
| Client 61051.00002 | | April 30, 2025 | |

| | | | |
|---|---|---|---|
| 03/19/2025 | LN | 61051.00002 Lexis Charges for 03-19-25 | 1.64 |
| 03/20/2025 | LN | 61051.00002 Lexis Charges for 03-20-25 | 1.64 |
| 03/21/2025 | LN | 61051.00002 Lexis Charges for 03-21-25 | 1.64 |
| 03/24/2025 | LN | 61051.00002 Lexis Charges for 03-24-25 | 1.64 |
| 03/25/2025 | LN | 61051.00002 Lexis Charges for 03-25-25 | 1.64 |
| 03/26/2025 | LN | 61051.00002 Lexis Charges for 03-26-25 | 1.64 |
| 03/27/2025 | LN | 61051.00002 Lexis Charges for 03-27-25 | 1.64 |
| 03/28/2025 | LN | 61051.00002 Lexis Charges for 03-28-25 | 1.64 |
| 03/31/2025 | LN | 61051.00002 Lexis Charges for 03-31-25 | 1.64 |
| 03/31/2025 | PAC | Pacer - Court Research | 13.30 |

**Total Expenses for this Matter** **$508.27**