IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NOBLE HOUSE HOME FURNISHINGS LLC,[1] | Case No. 23-90773 (CML) |
| Debtors. | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF RIVERON MANAGEMENT SERVICES, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM MARCH 1, 2025 THROUGH MARCH 31, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 185] (the "Compensation Order") entered by the Court on October 25, 2023, Riveron Management Services, LLC ("RMS"), financial advisors to the above-captioned debtors and debtors in possession (collectively the "Debtors"), submits this monthly statement of services rendered and expenses incurred in this case for the period from March 1, 2025 through March 31, 2025 (the "Statement Period").

**I.      Itemization of Services Rendered by RMS:**

1.    The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which RMS seeks compensation.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580); Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

1

| Name | Position / Dept. | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|
| John Llewellyn | Managing Director | $595.00 | 14.1 | $8,389.50 |
| Jay Montgomery | Associate Director | $395.00 | 6.4 | $2,528.00 |
| Webster Andrews | Associate Director | $395.00 | 4.6 | $1,817.00 |
| TOTALS | | | 25.1 | $12,734.50 |

2.  The time records of RMS consisting of a daily breakdown of the time spent by each person on each day and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

**II.   Itemization of Services Rendered and Disbursements Incurred By Category**

3.  The following itemization presents the services rendered by RMS by task categories and provides a summary of disbursements incurred by category of expense disbursement.

   A.   **Services Rendered**

4.  The following services were rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Meeting/Teleconference | 3.9 | $2,320.50 |
| Case Reporting | 6.7 | $2,766.50 |
| Retention and Fee Applications | 1.3 | $513.50 |
| Business Operations | 8.5 | $4,337.50 |
| Cash Flow Analysis and Reporting | 3.4 | $2,023.00 |
| Case Administration | 1.3 | $773.50 |
| TOTALS | 25.1 | $12,734.50 |

5.  A detailed itemization of the services rendered in each of the above task categories is set forth in **Exhibit A**.

   B.   **Expenses Incurred**

6.  The expenses incurred by RMS for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

7. Accordingly, the amount of compensation and expenses <u>payable for this Statement Period</u> is **$10,187.60**, which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period: | $12,734.50 |
| Twenty Percent (20%) Holdback: | ($2,546.90) |
| Total Fees Less Holdback: | $10,187.60 |
| Expenses Incurred (100%): | $0.00 |
| **TOTAL** | **$10,187.60** |

**WHEREFORE**, pursuant to the Compensation Order, RMS requests payment of compensation in the amount of (i) $10,187.60 (80% of $12,734.50) on account of actual, reasonable and necessary professional services rendered to the Debtors by RMS and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred on behalf of the Debtors by RMS.

Dated: May 5, 2025

**RIVERON MANAGEMENT SERVICES, LLC**

*/s/ John Llewellyn*
John Llewellyn
265 Franklin Street, 10th Floor
Boston, MA 02110
Telephone: (617) 275-5411
John.Llewellyn@riveron.com

*Financial Advisors to the Debtors and Debtors in Possession*

## **EXHIBIT A**

**(March 1, 2025 – March 31, 2025 Invoice)**

**Noble House - Riveron Time Report**
*For the Period: March 1, 2025 to March 31, 2025*

| Employee | Rate | Hours | Total Fees |
|---|---:|---:|---:|
| Llewellyn, John | 595.00 | 14.1 | 8,389.50 |
| Montgomery, Jay | 395.00 | 6.4 | 2,528.00 |
| Andrews, Webster | 395.00 | 4.6 | 1,817.00 |
| | $507.35 | 25.1 | $12,734.50 |

| Code | Task Title | Hours | Total Fees |
|---:|---|---:|---:|
| 1 | Meeting / Teleconference with Debtor Management, Board, or Counsel | 3.9 | $2,320.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | 6.7 | 2,766.50 |
| 6 | Retention and Fee Applications | 1.3 | 513.50 |
| 8 | Business Operations | 8.5 | 4,337.50 |
| 9 | Cash Flow Analysis and Reporting | 3.4 | 2,023.00 |
| 24 | Case Administration | 1.3 | 773.50 |
| **Total** | | **25.1** | **$12,734.50** |

**Description of Professional Services - Meeting / Teleconference with Debtor Management, Board, or Counsel**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/6/2025 | Llewellyn, John | Call with T. Korff regarding captive and follow up related thereto | 0.7 | $595.00 | $416.50 |
| 3/6/2025 | Llewellyn, John | Call with M. Bernes regarding transfer of funds from Chase to Wells and follow up related thereto | 0.4 | 595.00 | 238.00 |
| 3/10/2025 | Llewellyn, John | Call with Counsel to discuss open issues related to liquidation analysis | 0.5 | 595.00 | 297.50 |
| 3/10/2025 | Llewellyn, John | Call with M. Haddad regarding captive insurance and Chase related issues | 0.3 | 595.00 | 178.50 |
| 3/10/2025 | Llewellyn, John | Call with T. Kapur regarding pre-petition judgement | 0.3 | 595.00 | 178.50 |
| 3/11/2025 | Llewellyn, John | Call with M. Bernes regarding Chase account and follow up related thereto | 0.3 | 595.00 | 178.50 |
| 3/19/2025 | Llewellyn, John | Call with B. Wallen regarding liquidation assumptions | 0.3 | 595.00 | 178.50 |
| 3/25/2025 | Llewellyn, John | Call with S. Williams, C. Buru and T. Kapur regarding US Customs bond return and follow up related thereto | 0.7 | 595.00 | 416.50 |
| 3/26/2025 | Llewellyn, John | Call with T. Kapur and follow up call with C. Barbarosh regarding S. Williams timeline for Customs bond response | 0.4 | 595.00 | 238.00 |
| **Meeting / Teleconference with Debtor Management, Board, or Counsel Subtotal** | | | **3.9** | | **$2,320.50** |

**Description of Professional Services - Case Reporting: UST Reports, Statements & Schedules**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/4/2025 | Montgomery, Jay | Create time template for fee application and MOR set up | 0.9 | $395.00 | $355.50 |
| 3/5/2025 | Montgomery, Jay | Gathering and classifying banking data for MOR's and setting up templates | 0.8 | 395.00 | 316.00 |
| 3/5/2025 | Montgomery, Jay | Researching professional fee docket | 0.7 | 395.00 | 276.50 |
| 3/13/2025 | Andrews, Webster | Prepare financials for MOR | 1.0 | 395.00 | 395.00 |
| 3/17/2025 | Montgomery, Jay | Updating MOR worksheet and PDFs | 1.3 | 395.00 | 513.50 |
| 3/18/2025 | Llewellyn, John | Review financials for February MOR | 0.3 | 595.00 | 178.50 |
| 3/18/2025 | Llewellyn, John | Review of February MORs | 0.3 | 595.00 | 178.50 |
| 3/18/2025 | Montgomery, Jay | Updating and submitting MOR PDFs | 1.4 | 395.00 | 553.00 |
| **Case Reporting: UST Reports, Statements & Schedules Subtotal** | | | **6.7** | | **$2,766.50** |

**Description of Professional Services - Retention and Fee Applications**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/19/2025 | Montgomery, Jay | Updating fee application | 0.7 | $395.00 | $276.50 |
| 3/19/2025 | Montgomery, Jay | Preparing final fee application PDFs for submission to counsel | 0.6 | 395.00 | 237.00 |
| **Retention and Fee Applications Subtotal** | | | **1.3** | | **$513.50** |

**Description of Professional Services - Business Operations**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/4/2025 | Andrews, Webster | Trace Chase wire not received | 0.5 | $395.00 | $197.50 |
| 3/5/2025 | Andrews, Webster | Respond to Marsh regarding Smart Schofield payments and bank statement request | 0.2 | 395.00 | 79.00 |
| 3/5/2025 | Andrews, Webster | Run Bank ledger report & download statements for ME recon, research 2/28 transaction | 0.3 | 395.00 | 118.50 |
| 3/6/2025 | Andrews, Webster | Follow up on Chase POA and enter payments/update QB | 1.1 | 395.00 | 434.50 |
| 3/6/2025 | Llewellyn, John | Correspondence regarding self-insurance and dissolution | 0.2 | 595.00 | 119.00 |
| 3/7/2025 | Llewellyn, John | Call with B. Write regarding commutation of BERT | 0.2 | 595.00 | 119.00 |
| 3/18/2025 | Andrews, Webster | Test banking functionality for payments, record Chase receipt & transfer LP to NHHF, create Rouse payment & update QB | 0.9 | 395.00 | 355.50 |
| 3/19/2025 | Llewellyn, John | Preparation of analysis regarding potential alternative liquidation costs | 1.7 | 595.00 | 1,011.50 |
| 3/20/2025 | Llewellyn, John | Call with Marsh and M. Haddad regarding Utah captive dissolution and follow up related thereto | 0.6 | 595.00 | 357.00 |
| 3/21/2025 | Andrews, Webster | Deposit check from TCI logistics due to credit memo issued on closed account | 0.6 | 395.00 | 237.00 |
| 3/21/2025 | Llewellyn, John | Correspondence with B. Wright regarding commutation language | 0.4 | 595.00 | 238.00 |
| 3/24/2025 | Llewellyn, John | Correspondence regarding US Customs bond release and production of requested information | 0.9 | 595.00 | 535.50 |
| 3/28/2025 | Llewellyn, John | Correspondence related to past due invoices | 0.2 | 595.00 | 119.00 |
| 3/31/2025 | Llewellyn, John | Review of liquidation analysis costs | 0.7 | 595.00 | 416.50 |

**Business Operations Subtotal** — 8.5 — $4,337.50

**Description of Professional Services - Cash Flow Analysis and Reporting**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/6/2025 | Llewellyn, John | Update budget and initiate payments | 0.4 | $595.00 | $238.00 |
| 3/9/2025 | Llewellyn, John | Update budget to reflect anticipated changes | 0.6 | 595.00 | 357.00 |
| 3/9/2025 | Llewellyn, John | Preparation of draft liquidation analysis | 1.7 | 595.00 | 1,011.50 |
| 3/10/2025 | Llewellyn, John | Review of liquidation analysis and assumptions in preparation for call with Counsel | 0.7 | 595.00 | 416.50 |
| **Cash Flow Analysis and Reporting Subtotal** | | | **3.4** | | **$2,023.00** |

**Description of Professional Services - Case Administration**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/18/2025 | Llewellyn, John | Review UST Chapter 7 costs for select cases | 0.60 | $595.00 | $357.00 |
| 3/26/2025 | Llewellyn, John | Review draft Utah dissolution documents and correspondence related thereto | 0.40 | 595.00 | 238.00 |
| 3/28/2025 | Llewellyn, John | Review proposed changes to Utah dissolution documents | 0.30 | 595.00 | 178.50 |
| **Case Administration Subtotal** | | | **1.30** | | **$ 773.50** |