IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**NINETEENTH MONTHLY FEE STATEMENT OF THOMPSON COBURN LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

| Name of Applicant | Thompson Coburn LLP | |
|---|---|---|
| Applicant's Role in Case: | Counsel to the Official Committee of Unsecured Creditors | |
| Date Order of Employment Signed: | November 21, 2023 [Docket No. 245] | |
| | **Beginning of Period** | **End of Period** |
| Time period covered by this Statement | April 1, 2025 | April 30, 2025 |
| **Summary of Total Fees and Expenses Requested** | | |
| Total fees requested in this Statement: | | $5,413.60<br>(80% of $6,767.00) |
| Total expenses requested in this Statement: | | $0.00 |
| Total fees and expenses requested in this Statement (exclusive of holdback amount): | | $5,413.60 |
| Total fees and expenses requested in this Statement (inclusive of holdback amount): | | $6,767.00 |
| **Summary of Professional Fees Requested** | | |
| Total professional fees requested in this Statement: | | $4,971.00 |
| Total actual professional hours covered by this Statement: | | 4.70 |
| Average hourly rate for professionals: | | $1,057.66 |
| **Summary of Paraprofessional Fees Requested** | | |
| Total paraprofessional fees requested in this Statement: | | $1,796.00 |
| Total actual paraprofessional hours covered by this Statement: | | 4.60 |
| Average hourly rate for paraprofessionals: | | $390.43 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580); Le Pouf, LLC (8197); NH Services LLC (9626); and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

> **In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket 185], each party receiving notice of the monthly fee statement will have until 4:00 p.m. (Prevailing Central Time), 14 days after service of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 185] entered by the Court on October 25, 2023 (the "Compensation Order"), Thompson Coburn LLP ("TC"), attorneys for the Official Committee of Unsecured Creditors (the "Committee"), submits this monthly statement of services rendered and expenses incurred in this case for the period from April 1, 2025 through April 30, 2025 (the "Statement Period").

I. **Itemization of Services Rendered by TC:**

1. The following is a list of individuals, along with their respective titles, who provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which TC seeks compensation.

| Name | Position / Dept. | State of Bar Admission / Year | Hours | Hourly Rate | Total Compensation |
|---|---|---|---|---|---|
| Mark T. Power | Partner | New York/1982 | 2.30 | $1,290 | $2,967.00 |
| Janine Figueiredo | Partner | New York/2003 | 1.50 | $1,000 | $1,500.00 |
| Alexandra Rossetti | Associate | Texas/2021 | 0.90 | $560 | $504.00 |
| Sandra Meiners | Paralegal | NA | 1.00 | $410. | $410.00 |
| David Reinhart | Paralegal | NA | 3.60 | $385 | $1,386.00 |
| **Total:** | | | **9.30** | | **$6,767.00** |

2. The time records of TC consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as Exhibit A to this Statement.

- 3 -

**II.      Itemization of Services Rendered and Disbursements Incurred By Category**

3.      The following itemization presents the services rendered by TC by task categories, and provides a summary of disbursements incurred by category of expense disbursement.

**A.      Services Rendered**

4.      The following services were rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| General | 2.40 | $2,661.00 |
| Professional Fees | 6.90 | $4,106.00 |
| **Total:** | **9.30** | **$6,767.00** |

5.      A detailed itemization of the services rendered in each of the above task categories is set forth in Exhibit A.

**B.      Expenses Incurred**

6.      TC did not incur any expenses for this Statement.

7.      Accordingly, the amount of compensation and expenses payable for this Statement Period is $5,413.60, which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $6,767.00 |
| Twenty Percent (20%) Holdback | -$1,353.40 |
| Fees Minus Holdback | $5,413.60 |
| **TOTAL** | **$5,413.60** |

**WHEREFORE**, pursuant to the Interim Compensation Order, TC requests payment of compensation in the amount of $5,413.60 (80% of reasonable and necessary professional services rendered to the Committee by TC).

Dated: May 19, 2025

THOMPSON COBURN LLP

By: */s/ Katharine Battaia Clark*
Katharine Battaia Clark
TX State Bar No. 24046712/SDTX Bar No. 991313
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
Tel.: (972) 629-7100
Fax: (972) 629-7171
Email: kclark@thompsoncoburn.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2025, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notice in these cases.

*/s/ Katharine Battaia Clark*
Katharine Battaia Clark