# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NOBLE HOUSE HOME FURNISHINGS LLC., *et al.*, | Case No. 23-90773 (CML) |
| Debtors.[1] | Ref. Docket No. 24 |

## MASTER SERVICE LIST
**(as of May 19, 2025)**[2]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

[2] The Master Service List in Excel and label formats are available on the Debtor's website at https://dm.epiq11.com/case/noblehousehomefurnishings under "Case Actions."

**DEBTOR/DEBTORS' COUNSEL**
NOBLE HOUSE HOME FURNISHINGS LLC
(DEBTOR)
700 MILAM STREET, STE 1300
HOUSTON, TX 77002

PACHULSKI STANG ZIEHL & JONES LLP
(DEBTORS' COUNSEL)
ATTN: MICHAEL D. WARNER, MAXIM B. LITVAK &
BENJAMIN L. WALLEN
700 LOUISIANA ST, STE 4500
HOUSTON, TX 77002

PACHULSKI STANG ZIEHL & JONES LLP
(DEBTORS' COUNSEL)
ATTN: RICHARD M. PACHULSKI, TEDDY M. KAPUR
ATTN: GREGORY V. DEMO
10100 SANTA MONICA BLVD, 13TH FL
LOS ANGELES, CA 90067

**UNITED STATES TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF TEXAS
515 RUSK STREET
SUITE 3516
HOUSTON, TX 77002
**FAX:** 713-718-3300
**EMAIL:** HECTOR.DURAN.JR@USDOJ.GOV

**GOVERNMENT AGENCIES**
COMMONWEALTH OF PUERTO RICO ATTY GENERAL
ATTN: WANDA VAZQUEZ GARCED
SECTION 902192
SAN JUAN, PR 00902-0192
**FAX:** 787-753-6160
**EMAIL:** FERNANDO.FIGUEROA@JUSTICIA.PR.GOV

DISTRICT OF COLUMBIA ATTORNEY GENERAL
ATTN: KARL A. RACINE
441 4TH ST, NW
WASHINGTON, DC 20001
**FAX:** 202-347-8922
**EMAIL:** OAG@DC.GOV

GUAM ATTORNEY GENERAL
ATTN: ELIZABETH BARRETT-ANDERSON
ADMINISTRATION DIVISION
590 S MARINE CORPS DR, STE 901
TAMUNING, GU 96913
**FAX:** 671-477-4703

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20220
**EMAIL:** SPECIALMASTEREXECCOMP@TREASURY.GOV

INTERNAL REVENUE SERVICE
1100 COMMERCE STREET
ROOM 121
DALLAS, TX 75242

| | |
|---|---|
| NORTHERN MARIANA ISLANDS ATTORNEY GEN<br>ATTN: EDWARD MANIBUSAN<br>ADMINISTRATION BLDG<br>PO BOX 10007<br>SAIPAN, MP 96950-8907<br>**FAX:**670-664-2349 | SECURITIES AND EXCHANGE COMMISSION<br>SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549<br>**EMAIL:** CHAIR@SEC.GOV |
| STATE OF ALABAMA ATTORNEY GENERAL<br>ATTN: STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY, AL 36104<br>**FAX:**334-353-8400 | STATE OF ALABAMA ATTORNEY GENERAL<br>ATTN: STEVE MARSHALL<br>PO BOX 300152<br>MONTGOMERY, AL 36130-0152<br>**FAX:**334-353-8400 |
| STATE OF ALASKA ATTORNEY GENERAL<br>ATTN: JAHNA LINDEMUTH<br>1031 W 4TH AVE, STE 200<br>ANCHORAGE, AK 99501<br>**FAX:**907-276-3697<br>**EMAIL:** ATTORNEY.GENERAL@ALASKA.GOV | STATE OF AMERICAN SAMOA ATTORNEY GENERAL<br>DEPT OF LEGAL AFFAIRS<br>EXECUTIVE OFFICE BLDG, 3RD FLR, PO BOX 7<br>UTULEI, AS 96799<br>**EMAIL:** AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL<br>ATTN: MARK BRNOVICH<br>2005 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004<br>**FAX:**602-542-4085<br>**EMAIL:** AGINFO@AZAG.GOV | STATE OF ARKANSAS ATTORNEY GENERAL<br>ATTN: LESLIE RUTLEDGE<br>323 CENTER ST, STE 200<br>LITTLE ROCK, AR 72201-2610<br>**FAX:**501-682-8084<br>**EMAIL:** OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL<br>ATTN: ROB BONTA<br>1300 I ST, STE 1740<br>SACRAMENTO, CA 95814<br>**FAX:**916-323-5341 | STATE OF COLORADO ATTORNEY GENERAL<br>ATTN: PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL BLDG<br>1300 BROADWAY, 10TH FL<br>DENVER, CO 80203<br>**FAX:**720-508-6030<br>**EMAIL:** ATTORNEY.GENERAL@COAG.GOV |

| | |
|---|---|
| STATE OF CONNECTICUT ATTORNEY GENERAL<br>ATTN: GEORGE JEPSEN<br>165 CAPITOL AVENUE<br>HARTFORD, CT 06106<br>**FAX:**860-808-5387<br>**EMAIL:** ATTORNEY.GENERAL@CT.GOV | STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON, DE 19801<br>**FAX:**302-577-6630<br>**EMAIL:** ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA ATTORNEY GENERAL<br>ATTN: ASHLEY MOODY<br>THE CAPITOL, PL 01<br>TALLAHASSEE, FL 32399-1050<br>**FAX:**850-487-2564 | STATE OF GEORGIA ATTORNEY GENERAL<br>ATTN: CHRIS CARR<br>40 CAPITOL SQUARE, SW<br>ATLANTA, GA 30334<br>**FAX:**404-657-8733<br>**EMAIL:** AGCARR@LAW.GA.GOV |
| STATE OF HAWAII ATTORNEY GENERAL<br>ATTN: DOUGLAS S. CHIN<br>425 QUEEN ST<br>HONOLULU, HI 96813<br>**FAX:**808-586-1239<br>**EMAIL:** HAWAIIAG@HAWAII.GOV | STATE OF IDAHO ATTORNEY GENERAL<br>ATTN: LAWRENCE WASDEN<br>700 W JEFFERSON ST, STE 210<br>PO BOX 83720<br>BOISE, ID 83720-0010<br>**FAX:**208-854-8071<br>**EMAIL:** AGWASDEN@AG.IDAHO.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL<br>ATTN: LISA MADIGAN<br>100 W RANDOLPH ST<br>CHICAGO, IL 60601 | STATE OF INDIANA ATTORNEY GENERAL<br>ATTN: CURTIS T. HILL, JR.<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST, 5TH FL<br>INDIANAPOLIS, IN 46204<br>**FAX:**317-232-7979 |
| STATE OF IOWA ATTORNEY GENERAL<br>ATTN: JOHN WATERS<br>BANKRUPTCY UNIT<br>1305 E WALNUT<br>DES MOINES, IA 50319<br>**FAX:**515-281-4209 | STATE OF KANSAS ATTORNEY GENERAL<br>ATTN: DEREK SCHMIDT<br>120 SW 10TH AVE, 2ND FL<br>TOPEKA, KS 66612<br>**FAX:**785-296-6296 |

| | |
|---|---|
| STATE OF KENTUCKY ATTORNEY GENERAL<br>ATTN: ANDY BESHEAR<br>700 CAPITOL AVE, STE 118<br>FRANKFORT, KY 40601-3449<br>**FAX:**502-564-2894 | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>PO BOX 94005<br>BATON ROUGE, LA 70804<br>**EMAIL:** CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802<br>**EMAIL:** CONSTITUENTSERVICES@AG.LOUISIANA.GOV | STATE OF MAINE ATTORNEY GENERAL<br>ATTN: JANET T. MILLS<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333<br>**EMAIL:** ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL<br>ATTN: BRIAN E. FROSH<br>200 ST PAUL PLACE<br>BALTIMORE, MD 21202<br>**FAX:**410-576-6404<br>**EMAIL:** OAG@OAG.STATE.MD.US | STATE OF MASSACHUSETTS ATTORNEY GENERAL<br>ATTN: MAURA HEALEY<br>1 ASHBURTON PLACE<br>BOSTON, MA 02108-1518<br>**FAX:**508-795-1991 |
| STATE OF MICHIGAN ATTORNEY GENERAL<br>ATTN: BILL SCHUETTE<br>G. MENNEN WILLIAMS BLDG<br>525 W OTTAWA ST - PO BOX 30212<br>LANSING, MI 48909<br>**FAX:**517-373-3042<br>**EMAIL:** MIAG@MICHIGAN.GOV | STATE OF MINNESOTA ATTORNEY GENERAL<br>ATTN: LORI SWANSON<br>455 MINNESOTA ST, STE 1400<br>ST. PAUL, MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL<br>ATTN: LYNN HITCH<br>PO BOX 220<br>JACKSON, MS 39205<br>**FAX:**601-359-4231<br>**EMAIL:** ACCOUNTING@AGO.MS.GOV | STATE OF MISSISSIPPI ATTORNEY GENERAL<br>ATTN: LYNN HITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST, STE 1200<br>JACKSON, MS 39201<br>**FAX:**601-359-3680<br>**EMAIL:** ACCOUNTING@AGO.MS.GOV |

| | |
|---|---|
| STATE OF MISSOURI ATTORNEY GENERAL<br>ATTN: JOSH HAWLEY<br>SUPREME CT BLDG, 207 W HIGH ST<br>PO BOX 899<br>JEFFERSON CITY, MO 65102<br>**FAX:**573-751-0774<br>**EMAIL:** ATTORNEY.GENERAL@AGO.MO.GOV | STATE OF MONTANA ATTORNEY GENERAL<br>ATTN: TIM FOX<br>JUSTICE BLDG<br>215 N SANDERS<br>HELENA, MT 59620-1401<br>**FAX:**406-444-3549<br>**EMAIL:** CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL<br>ATTN: DOUG PETERSON<br>2115 STATE CAPITOL<br>PO BOX 98920<br>LINCOLN, NE 68509<br>**FAX:**402-471-3297<br>**EMAIL:** NEDOJ@NEBRASKA.GOV | STATE OF NEVADA ATTORNEY GENERAL<br>ATTN: ADAM PAUL LAXALT<br>100 N CARSON ST<br>CARSON CITY, NV 89701<br>**FAX:**775-684-1108<br>**EMAIL:** AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL<br>ATTN: GORDON J. MACDONALD<br>NH DEPT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD, NH 03301<br>**FAX:**603-271-2110<br>**EMAIL:** ATTORNEYGENERAL@DOJ.NH.GOV | STATE OF NEW JERSEY ATTORNEY GENERAL<br>ATTN: CHRISTOPHER S. PORRINO<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET ST - BOX 080<br>TRENTON, NJ 08625-0080<br>**FAX:** 609-292-3508 |
| STATE OF NEW MEXICO ATTORNEY GENERAL<br>ATTN: HECTOR BALDERAS<br>408 GALISTEO ST<br>VILLAGRA BLDG<br>SANTA FE, NM 87501<br>**FAX:**505-490-4883 | STATE OF NEW MEXICO ATTORNEY GENERAL<br>ATTN: HECTOR BALDERAS<br>PO DRAWER 1508<br>SANTA FE, NM 87504-1508<br>**FAX:**505-490-4883 |
| STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: ERIC T. SCHNEIDERMAN<br>THE CAPITOL<br>ALBANY, NY 12224-0341<br>**FAX:**518-650-9401<br>**EMAIL:** NYAG.PRESSOFFICE@AG.NY.GOV | STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>ATTN: JOSH STEIN<br>9001 MAIL SERVICE CTR<br>RALEIGH, NC 27699-9001<br>**FAX:**919-716-6750 |

STATE OF NORTH DAKOTA ATTORNEY GENERAL
ATTN: WAYNE STENEHJEM
600 E BLVD AVE
DEPT 125
BISMARCK, ND 58505
**FAX:** 701-328-2226
**EMAIL:** NDAG@ND.GOV

STATE OF OHIO ATTORNEY GENERAL
ATTN: DAVE YOST
30 E BROAD ST, 14TH FL
COLUMBUS, OH 43215

STATE OF OKLAHOMA ATTORNEY GENERAL
ATTN: MIKE HUNTER
313 NE 21ST ST
OKLAHOMA CITY, OK 73105
**FAX:** 405-521-6246
**EMAIL:** QUESTIONS@OAG.OK.GOV

STATE OF OREGON ATTORNEY GENERAL
ATTN: ELLEN F. ROSENBLUM
1162 COURT ST, NE
SALEM, OR 97301
**FAX:** 503-378-4017
**EMAIL:** LISA.UDLAND@DOJ.STATE.OR.US;
MICHAEL.C.KRON@DOJ.STATE.OR.US

STATE OF PENNSYLVANIA ATTORNEY GENERAL
ATTN: JOSH SHAPIRO
16TH FL, STRAWBERRY SQ
HARRISBURG, PA 17120
**FAX:** 717-787-8242

STATE OF RHODE ISLAND ATTORNEY GENERAL
ATTN: PETER F. KILMARTIN
150 S MAIN ST
PROVIDENCE, RI 02903
**FAX:** 401-222-1331
**EMAIL:** AG@RIAG.RI.GOV

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
PO BOX 11549
COLUMBIA, SC 29211-1549
**FAX:** 803-734-4323
**EMAIL:** BANKRUPTCY@SCAG.GOV

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
REMBERT DENNIS OFFICE BLDG
1000 ASSEMBLY ST, ROOM 519
COLUMBIA, SC 29201
**FAX:** 803-734-4323
**EMAIL:** BANKRUPTCY@SCAG.GOV

STATE OF SOUTH DAKOTA ATTORNEY GENERAL
ATTN: MARTY J. JACKLEY
1302 EAST HIGHWAY 14, STE 1
PIERRE, SD 57501-8501
**FAX:** 605-773-4106
**EMAIL:** ATGHELP@STATE.SD.US

STATE OF TENNESSEE ATTORNEY GENERAL
ATTN: HERBERT H. SLATERY, III
PO BOX 20207
NASHVILLE, TN 37202-0207
**FAX:** 615-741-2009
**EMAIL:** TNATTYGEN@AG.TN.GOV

| | |
|---|---|
| STATE OF TEXAS ATTORNEY GENERAL<br>300 W 15TH ST<br>AUSTIN, TX 78701<br>**FAX:**512-475-2994 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>**FAX:**512-475-2994 |
| STATE OF UTAH ATTORNEY GENERAL<br>ATTN: SEAN D. REYES<br>350 N STATE ST, STE 230<br>SALT LAKE CITY, UT 84114-2320<br>**FAX:**801-558-1121<br>**EMAIL:** UAG@AGUTAH.GOV | STATE OF VERMONT ATTORNEY GENERAL<br>ATTN: TJ DONOVAN<br>109 STATE ST<br>MONTPELIER, VT 05609-1001<br>**EMAIL:** AGO.INFO@VERMONT.GOV |
| STATE OF VIRGIN ISLANDS ATTORNEY GENERAL<br>ATTN: CLAUDE E. WALKER<br>34-38 KRONPRINDSENS GADE<br>GERS BLDG, 2ND FL<br>ST. THOMAS, VI 00802 | STATE OF VIRGINIA ATTORNEY GENERAL<br>ATTN: MARK R. HERRING<br>202 N 9TH ST<br>RICHMOND, VA 23219<br>**FAX:**703-277-3547<br>**EMAIL:** MAILOAG@OAG.STATE.VA.US |
| STATE OF WASHINGTON ATTORNEY GENERAL<br>ATTN: BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100 | STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1, ROOM E-26<br>CHARLESTON, WV 25305<br>**FAX:**304-558-0140<br>**EMAIL:** COMMUNICATIONS@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL<br>ATTN: BRAD SCHIMEL<br>WISCONSIN DEPARTMENT OF JUSTICE<br>17 W MAIN ST - PO BOX 7857<br>MADISON, WI 53703-7857<br>**FAX:**608-267-2907 | STATE OF WYOMING ATTORNEY GENERAL<br>ATTN: PETER K. MICHAEL<br>2320 CAPITOL AVE<br>CHEYENNE, WY 82002<br>**FAX:**307-777-6869 |

| | |
|---|---|
| THE UNITED STATES ATTORNEYS OFFICE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN ALAMDAR S. HAMDANI<br>1000 LOUISIANA STREET<br>HOUSTON, TX 77002<br>**FAX:**713-718-3300<br>**EMAIL:** USATXS.ATTY@USDOJ.GOV | **LENDER**<br>BRACEWELL LLP<br>(COUNSEL TO DIP/PREPETITION ABL AGENT/WELLS FARGO)<br>ATTN: WILLIAM A. (TREY) WOOD III, JASON G COHEN<br>AND JONATHAN LOZANO<br>711 LOUISIANA STREET, SUITE 2300<br>HOUSTON, TX 77002<br>**FAX:**713-221-1212<br>**EMAIL:** TREY.WOOD@BRACEWELL.COM;<br>JASON.COHEN@BRACEWELL.COM;<br>JONATHAN.LOZANO@BRACEWELL.COM |
| MORGAN, LEWIS & BOCKIUS LLP<br>(COUNSEL TO DIP & PREPETITION ABL AGENT,<br>WELLS FARGO)<br>ATTN: T. CHARLIE LIU<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0060<br>**FAX:**212-309-6001 | MORGAN, LEWIS & BOCKIUS LLP<br>(COUNSEL TO DIP & PREPETITION ABL AGENT,<br>WELLS FARGO)<br>ATTN: CHRISTOPHER L. CARTER<br>ONE FEDERAL STREET<br>BOSTON, MA 02110-1726<br>**FAX:**617-341-7701<br>**EMAIL:** CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| **SECURED-UCC LIENHOLDER**<br>BANC OF AMERICA LEASING & CAPITAL LLC<br>3400 PAWTUCKET AVE<br>RIVERSIDE, RI 02915<br>**EMAIL:** DANIEL.D.BUTLER@BOFA.COM;<br>ATLCUSTOMERSERVICE@BANKOFAMERICA.COM | BANC OF AMERICA LEASING & CAPITAL LLC<br>2059 NORTHLAKE PKWY, 3RD FL N<br>TUCKER, GA 30084<br>**EMAIL:** DANIEL.D.BUTLER@BOFA.COM;<br>ATLCUSTOMERSERVICE@BANKOFAMERICA.COM |
| CANON FINANCIAL SERVICES INC<br>158 GAITHER DR<br>MT LAUREL, NJ 08054<br>**EMAIL:** AAGRAWAL@EGALAWFIRM.COM | CORPORATION SERVICE COMPANY<br>AS REPRESENTATIVE<br>PO BOX 2576<br>SPRINGFIELD, IL 62708<br>**EMAIL:** JOANNE.SMITH@CSCGLOBAL.COM |
| PNC BANK NA<br>AS AGENT<br>555 N BDWY<br>LOS ANGELES, CA 90012<br>**EMAIL:** MMCGINLEY@LEASERV.COM; JOE.HORTON@PNC.COM | RAYMOND LEASING CORPORATION<br>22 S CANAL ST<br>GREENE, NY 13778<br>**EMAIL:** SCOTT.BARTH@RAYMONDCORP.COM |

| | |
|---|---|
| WEBBANK<br>215 S STATE ST<br>STE 1000<br>SALT LAKE CITY, UT 84111 | WELLS FARGO BANK NA<br>AS AGENT<br>1800 CENTURY PARK E, STE 1100<br>LOS ANGELES, CA 90067<br>EMAIL: SERGE.TEDJONG@WELLSFARGO.COM |
| WELLS FARGO BANK NA<br>AS AGENT<br>1800 CENTURY PARK E, STE 1100<br>LOS ANGELES, CA 90067<br>EMAIL: JASON.N.HARKNESS@WELLSFARGO.COM;<br>MARC.R.GROSSMAN@WELLSFARGO.COM | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br>BALASIANO & ASSOCIATES, PLLC<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>COUNSEL TO PHU TAI JOINT STOCK COMPANY<br>ATTN: STEVEN BALASIANO<br>6701 BAY PARKWAY, 3RD FL<br>BROOKLYN, NY 11204<br>EMAIL: STEVEN@BALASIANOLAW.COM |
| BALASIANO & ASSOCIATES, PLLC<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>COUNSEL TO HA THANH IMPORT-EXPORT COMPANY LIMITED<br>ATTN: STEVEN BALASIANO<br>6701 BAY PARKWAY, 3RD FL<br>BROOKLYN, NY 11204<br>EMAIL: STEVEN@BALASIANOLAW.COM | BLANK ROME<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ATTN: SAMUEL H. BECKER; B. NELSON SPROAT<br>COUNSEL TO DEV PROPERTY NJ LLC<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA, PA 19103<br>EMAIL: SAMUEL.BECKER@BLANKROME.COM;<br>NELSON.SPROAT@BLANKROME.COM |
| DEV PROPERTY NJ LLC<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ATN: BRIAN FOGARTY, CHIEF FINANCIAL OFFICER<br>C/O EQT EXETER<br>FIVE RADNOR CORPORATE CENTER<br>100 MATSONFORD ROAD, STE 250<br>RADNOR, PA 19087 | ECO TECH CO., LTD<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ATTN: HOANG QUY THACH<br>LOT A5-A6 PHUOC AN INDUSTRIAL ZONE<br>BINH DINH PROVINCE<br>TUY PHUOC DIST, 55000<br>VIETNAM<br>EMAIL: ECOTECH@THACHHOANG.COM;YTRINH@ECO-TECH.VN; VYLE@ECO-TECH.VN |
| FEDEX CORPORATE SERVICES, INC.<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ATTN MICHAEL A. SIEDBAND, LEAD COUNSEL<br>3620 HACKS CROSS ROAD, BLDG B<br>MEMPHIS, TN 38125<br>EMAIL: MICHAEL.SIEDBAND@FEDEX.COM | HA THANH IMPORT- EXPORT COMPANY LIMITED<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ATTN: MS. LEE THI PHUONG THAO, VICE DIRECTOR<br>108 LY THAI TO STREET<br>QUANG TRUNG WARD<br>QUY NHON CITY<br>BINH DINH PROVINCE, 55000<br>VIETNAM<br>EMAIL: LETHAO1851@GMAIL.COM;<br>NGUYENHOANG.TINHOA@GMAIL.COM;<br>THANHLETHIHA@GMAIL.COM |

JIANGSU CHAIRONE OUTDOOR FURNIT. CO LTD
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: GOUSHAN WU, GENERAL MANAGER
NO. 333 SOUTH SIDE XUHUAI RD
ZHONG ZING TOWN
SIYANG COUNTY, JIANGSU, 223700
CHINA
**EMAIL:** GM-WGS@CHAIRONE.NET

PHU TAI JOINT STOCK COMPANY
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN NGUYEN SY HOE, DIRECTOR
PHUOC THANH COMMUNE
TUY PHUOC DISTRICT
BINH DINH PROVINCE, 55113
VIETNAM
**EMAIL:** NGUYENSYHOE@GMAIL.COM;
VICTORYB@DNG.VNN.VN

WEGSMAN FURNITURE INDUSTRIES SDN BHD
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: KOH RU CHING, FINANCIAL CONTROLLER
LOT PTD 3504
JALAN BAKRI BATU 7 1/2 MUAR
JOHOR, 84200
MALAYSIA
**EMAIL:** COLLIN@WEGMANSFURNITURE.COM

**COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
THOMPSON COBURN LLP
(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: MARK POWERS, JANINE M. FIGUEIREDO, & JACOB SCHWARTZ; 488 MADISON AVE., 15TH FLR
NEW YORK, NY 10022
**FAX:** 212-478-7400
**EMAIL:** MPOWER@THOMPSONCOBURN.COM;
JFIGUEIREDO@THOMPSONCOBURN.COM;
JTSCHWARTZ@THOMPSONCOBURN.COM

THOMPSON COBURN LLP
(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: KATHARINE BATTAIA CLARK, ALEXANDRA ROSSETTI; 2100 ROSS AVE., STE. 3200
DALLAS, TX 75201
**FAX:** 972-629-7171
**EMAIL:** KCLARK@THOMPSONCOBURN.COM;
AROSSETTI@THOMPSONCOBURN.COM

**30 LARGEST UNSECURED CREDITORS**
19 FORESTRY JOINT STOCK COMPANY
D1.4 LOT, NHON HOA INDUSTRIAL PARK
NHON HOA WARD
AN NHON TOWN
BINH DINH PROVINCE, 55112
VIETNAM
**EMAIL:** VANKHOANH@GMAIL.COM

A-IHOME FURNITURE LTD
ATTN: JAME JIANG
NO. 3439 LINGGONGTANG ROAD
NANHU ZONE
JIAXING, ZHEJIANG, 314006
CHINA
**EMAIL:** IHOME001@VIP.163.COM

ANJI QIANGHONG FURNITURE CO.,LTD
ATTN: MR LOU(LOUZHIHONG)
YISHITA VILLAGE, ANJI COUNTY
HUZHOU CITY, ZHEJIANG, 313300
CHINA
**EMAIL:** NICKNIE@AJHONGS.COM

ANJI YIYUAN FURNITURE CO.,LTD.
BUILDING 1, BAISHUIWAN INDUSTRIAL PARK
TIANHUANGPING
ZHEJIANG
HUZHOU, 313301
CHINA
**EMAIL:** LINDACHEN@Z-MAXCRAFTFURNITURE.CN

ANXI FUTURE STAR CRAFTS CO.,LTD
ANXI BUSINESS INVESTMENT ZONE
FUJIAN
QUANZHOU, 362400
CHINA
**EMAIL:** CHAODONG@FUTURECRAFTS.NET

| | |
|---|---|
| BAZHOU HONGJIANG FURNITURE CO.,LTD<br>ECONOMIC COOPERATION AREA<br>SHENGFANG TOWN<br>HEBEI PROVINCE<br>BAZHOU CITY, 065700<br>CHINA<br>**EMAIL:** SALES3@CNHJJJ.COM | CAM HA JOINT-STOCK COMPANY<br>ATTN: MR. DUONG PHU MINH HOANG<br>448 HUNG VUONG STR, THANH HA WARD<br>3RD GROUP<br>HOI AN CITY<br>QUANG NAM PROVINCE, 51000<br>VIETNAM<br>**EMAIL:** HOANGCAMHA@CAMHAFURNITURE.COM |
| CAOXIAN MU SI TE CRAFTS CO.,LTD<br>NORTH OF THE MIDDLE OF YALUJIANG RD<br>QINGHE SUBDISTRICT OFFICE<br>CAO COUNTY<br>HEZE CITY<br>SHANDONG PROVINCE, 274400<br>CHINA<br>**EMAIL:** FUYANG11@SDFYGY.COM | FEDEX<br>3965 AIRWAYS BLVD<br>MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116-5017<br>**EMAIL:** BANKRUPTCY@FEDEX.COM |
| FEDEX<br>P.O. BOX 7221<br>PASADENA, CA 91109-7321 | FOREST PRODUCTS EXPORT JOINT-STOCK COMP.<br>OF QUANGNAM<br>DIEN NGOC VILLAGE, DIEN BAN DISTRICT<br>QUANGNAM PROVINCE<br>DIEN BAN TOWN, 51000<br>VIETNAM<br>**EMAIL:** XNDIENNGOC@FOREXCO.VN |
| FUJIAN ANXI JIAFU HANDICRAFTS CO.,LTD.<br>ATTN: WINSON<br>TONGMEI INDUSTRIAL AREA<br>ANXI, FUJIAN, 362400<br>CHINA<br>**EMAIL:** ANXIJIAFU@VIP.163.COM | GRAND UNIVERSE INVESTMENT LTD.<br>PHOTOELECTRIC INDUSTRY BASE<br>XIAMEI TOWN NANAN QUANZHOU<br>CITY FUJIAN, 1809<br>CHINA<br>**EMAIL:** MONICA@SANSHUICO.CN |
| HAINING ZHENYI FURNITURE CO.,LTD<br>ATTN: MR FENG(FENGJINGJIE)<br>6 S SANGZI RD, ZHOUWANGMIAO TOWN<br>HAINING CITY<br>ZHEJIANG PROVINCE, 314407<br>CHINA<br>**EMAIL:** 13806726809@139.COM | HANGZHOU CHANGSHUN FURNITURE CO.,LTD.<br>ATTN: MR PENG<br>YUSHAN INDUSTRY ZONE<br>FUYANG<br>HANGZHOU, ZHEJIANG, 311400<br>CHINA<br>**EMAIL:** FURNITURE@HZCHANGSHUN.COM |

HANGZHOU HENGZHIJIE IMPORT & EXPORT CO
ATTN: MR.JIANG
JIANBEI NORTH RD 35,QIANTAN TOWN
JIANBEI NORTH RD 35,QIANTAN TOWN
JIANDE CITY
ZHEJIANG PROVINCE, 311602
CHINA
**EMAIL:** JD-XXJIANGLIN@163.COM

HAOMEI (HK) LIMITED
NO 27, KAI YUAN ROAD
DONG HUA STREET, LONG YOU COUNTY
ZHEJIANG PROVINCE
QU ZHOU CITY, 324000
CHINA
**EMAIL:** LJY@HAOMEI.HK

KING IMPORT & EXPORT TRADE CO.,LIMITED
ROOM 2109 NO.188 SIPING ROAD
SHANGHAI
HONGKOU, 200081
CHINA
**EMAIL:** KING@KINGSHIPPING.COM

KINGSTON INDUSTRY VIETNAM LTD
LOT B8 CENTER ROAD
PHU TAI INDSTRL ZNE TRAN QUANG DIEU WARD
BINH DINH PROVINCE
QUY NHON CITY, 55000
VIETNAM
**EMAIL:** THAO@KINGSTONVN.COM

LION INTERNATIONAL LOGISTICS(HK)CO LTD
UNIT 1216,12/F
BONDED GOODS MARKET BUILDING
XIANGYU ROAD,NO.88
XIAMEN, 999077
CHINA
**EMAIL:** WANGWEIGUANG@LIONLOGI.COM.CN

NINGBO MAYARD OUTDOOR PRODUCTS CO.,LTD
999 XINLING WEST ROAD
SHANGQIAO ECONOMIC DEVELOPMENT DISTRICT
XIWU ST, FENGHUA, ZHEJIANG
NINGBO, 315514
CHINA
**EMAIL:** AMY@CNNEWSKY.NET

PUDONG PRIME INTL LOGISTICS, INC
ATTN: BENNY
9660 FLAIR DRIVE SUITE 488
EL MONTE, CA 91731
**EMAIL:** CHARLES@PUDONGTRANSUSA.COM

SUZHOU SHUSHI FURNITURE CO LTD
NO. 18 LAOLIUHE ROAD, CHENGXIANG TOWN
JIANGSU
TAICANG, 215411
CHINA
**EMAIL:** RBTANG@SZSS.COM.CN

TONGXIANG JASON IMPORT&EXPORT CO.,LTD
NO. 1500, GUANGMING ROAD
TONGXIANG ECONOMICAL DEVELOPMENT ZONE
ZHEJIANG, 314500
CHINA
**EMAIL:** JASONFURNITURE@VIP.163.COM

VINAFOR DANANG WOOD PROCESSING ENTERPR.
ATTN: MR. HUYNH THE VINH
NO 42 LAC LONG QUAN
HOA KHANH BAC
LIEN CHIEU, DA NANG, 50000
VIETNAM
**EMAIL:** VINH.VINAFORDN@GMAIL.COM

| | |
|---|---|
| WEGMANS FURNITURE INDUSTRIES SDN BHD<br>LOT PTD 3504, JALAN BAKRI BATU 7 1/2<br>JOHOR<br>MUAR, 84200<br>MALAYSIA<br>**EMAIL:** COLLIN@WEGMANSFURNITURE.COM | XIN JIAN HARDWARE LIMITED<br>ATTN: JASON WANG<br>NO.5, JINJI RD, DAPIANMEI INDUSTR. ZONE<br>DALINSHAN TOWN<br>DONGGUAN CITY<br>GUANGDONG PROVINCE, 523820<br>CHINA<br>**EMAIL:** WANGJUN.0203@163.COM |

**PARTIES REQUESTING NOTICE**

| | |
|---|---|
| DRY LAW, PLLC<br>(COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO)<br>ATTN: RYAN D. DRY, STEVEN M. BEAUCHAMP & JAMES D EWING; 909 18TH STREET<br>PLANO, TX 75074<br>**FAX:**972-797-9510<br>**EMAIL:** RDRY@DRYLAW.COM; SBEAUCHAMP@DRYLAW.COM; JEWING@DRYLAW.COM | DRY LAW, PLLC<br>COUNSEL TO PHILADEPHIA INDEMNITY INSURANCE COMPANY<br>ATTN: JAMES D EWING; RYAN D. DRY<br>909 18TH STREET<br>PLANO, TX 75074<br>**EMAIL:** RDRY@DRYLAW.COM; JEWING@DRYLAW.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>(COUNSEL TO PROLOGIS TARGETED U.S. LOGISTICS FUND, L.P., CF CAPITAL,LLC, & AMB MILTON CROSSING 2,LP)<br>ATTN: KRISTEN L. PERRY; 1717 MAIN ST., STE. 5400<br>DALLAS, TX 75201-7367<br>**FAX:**469-327-0860<br>**EMAIL:** KRISTEN.PERRY@FAEGREDRINKER.COM | HERRIN LAW, PLLC<br>(COUNSEL TO SF FURNITURE SDN BHD)<br>ATTN: MANOLO SANTIAGO<br>12001 N. CENTRAL EXPRESSWAY, STE 920<br>DALLAS, TX 75243<br>**FAX:**214-722-0271<br>**EMAIL:** MSANTIAGO@HERRINLAW.COM |
| HOLLAND & KNIGHT LLP<br>(COUNSEL TO FULLSTACK LABS INC)<br>ATTN: CLEVELAND R BURKE<br>100 CONGRESS AVE, STE 1800<br>AUSTIN, TX 78701 | JACKSON WALKER LLP<br>(COUNSEL TO MARSHALL R. BERNES)<br>ATTN: BRUCE J. RUZINSKY; EMILY A. FLYNN MERAIA<br>1401 MCKINNEY STREET, STE 1900<br>HOUSTON, TX 77010<br>**FAX:**713-308-4155;713-752-4221<br>**EMAIL:** EMERAIA@JW.COM |
| MOORE & VAN ALLEN PLLC<br>(COUNSEL TO GIGACLOUD TECHNOLOGY, INC.)<br>ATTN: STEPHEN E. GRUENDEL, GABRIEL L. MATHLESS, & MATTHEW K. TAYLOR; 100 NORTH TRYON ST., STE. 4700<br>CHARLOTTE, NC 28202<br>**EMAIL:** STEVEGRUENDEL@MVALAW.COM; GABRIELMATHLESS@MVALAW.COM; MATTHEWTAYLOR@MVALAW.COM | REED SMITH LLP<br>(COUNSEL TO BANC OF AMERICA LEASING & CAPTIAL,LLC)<br>ATTN: PAUL D. MOAK<br>1221 MCKINNEY STREET, STE 2100<br>HOUSTON, TX 77010<br>**FAX:**713-469-3899<br>**EMAIL:** PMOAK@REEDSMITH.COM |

| | |
|---|---|
| REED SMITH LLP<br>(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL,LLC)<br>ATTN: MARSHA A. HOUSTON; CHRISTOPHER O. RIVAS<br>355 SOUTH GRAND AVE, STE 2900<br>LOS ANGELES, CA 90071<br>**FAX:**213-457-8080<br>**EMAIL:** MHOUSTON@REEDSMITH.COM;<br>CRIVAS@REEDSMITH.COM | SINGER & LEVICK, P.C.<br>(COUNSEL TO TTW TRANSPORT, INC.)<br>ATTN: LARRY A. LEVICK ESQ.<br>16200 ADDISON RD., SUITE 140<br>ADDISON, TX 75001<br>**FAX:**972-380-5748<br>**EMAIL:** LEVICK@SINGERLEVICK.COM |
| STOREY LAW PLLC<br>(COUNSEL TO GIGACLOUD TECHNOLOGY INC.)<br>ATTN: MATTHEW STOREY<br>1037 E. 14TH ST.<br>HOUSTON, TX 77009<br>**EMAIL:** MATT@STOREYLAWPLLC.COM | TEXAS ATTORNEY GENERAL'S OFFICE<br>(COUNSEL TO TEXAS COMPTROLLER)<br>BANKRPTCY & COLLECTIONS DIVISION<br>ATTN: CHRISTOPHER S. MURPHY & SHERRI SIMPSON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>**FAX:**512-936-1409<br>**EMAIL:** SHERRI.SIMPSON@OAG.TEXAS.GOV;<br>CHRISTOPHER.MURPHY@OAG.TEXAS.GOV |
| TN DEPT OF REVENUE<br>C/O TN ATTY GENERAL OFFICE, BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207<br>**FAX:**615-741-3334<br>**EMAIL:** STEVE.BUTLER@AG.TN.GOV | TRAN SINGH LLP<br>(COUNSEL TO VALENTIN SANTOS)<br>ATTN: BRENDON SINGH<br>2502 LA BRANCH STREET<br>HOUSTON, TX 77004<br>**FAX:**832-975-7301<br>**EMAIL:** BSINGH@TS-LLP.COM |