IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> NOBLE HOUSE HOME FURNISHINGS LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-90773 (CML) <br><br> (Jointly Administered) |

**MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 185] (the "Compensation Order") entered by the Court on October 25, 2023, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the above-captioned debtors and debtors in possession (collectively the "Debtors"), submits this monthly statement of services rendered and expenses incurred in this case for the period from April 1, 2025 through April 30, 2025 (the "Statement Period").

**I.     Itemization of Services Rendered by PSZJ:**

1.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which PSZJ seeks compensation.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580); Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

4937-1399-5846.1 61051.002

| Name | Position / Dept. | State of Bar Admission / Year | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Teddy M. Kapur | Partner | CA/2006 | $1,325.00 | 11.4 | $15,105.00 |
| Benjamin L. Wallen | Partner | TX/2016 | $1,075.00 | 6.4 | $6,880.00 |
| Brooke E. Wilson | Associate | NY/2022 | $725.00 | 1.4 | $1,015.00 |
| Kerri L. LaBrada | Paralegal | N/A | $625.00 | 3.9 | $2,437.50 |
| **TOTALS:** | | | | **23.1** | **$25,437.50** |

2. The time records of PSZJ consisting of a daily breakdown of the time spent by each person on each day and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

II. **Itemization of Services Rendered and Disbursements Incurred By Category**

3. The following itemization presents the services rendered by PSZJ by task categories and provides a summary of disbursements incurred by category of expense disbursement.

A. **Services Rendered**

4. The following services were rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Asset Disposition | .1 | $132.50 |
| Bankruptcy Litigation | 13.4 | $16,430.00 |
| Case Administration | 1.3 | $952.50 |
| Corporate Governance | .5 | $662.50 |
| Claims Administration and Objections | .2 | $240.00 |
| PSZJ Compensation | .6 | $655.00 |
| Other Professional Compensation | 1.3 | $857.50 |
| Financial Filings | 2.9 | $2,637.50 |
| Insurance Issues | 1.2 | $1,590.00 |
| Plan and Disclosure Statement | 1.6 | $1,280.00 |
| **TOTALS** | **23.1** | **$25,437.50** |

5. A detailed itemization of the services rendered in each of the above task categories is set forth in **Exhibit A**.

B. **Expenses Incurred**

6. The expenses incurred by PSZJ for this Statement are as follows:

2

4937-1399-5846.1 61051.002

| Expense Category | Total Expenses |
|---|---:|
| Bloomberg | $80.20 |
| Lexis/Nexis – Legal Research | $42.42 |
| Pacer – Court Research | $12.80 |
| Reproduction Expense | $.80 |
| **TOTAL** | **$136.22** |

7.  Accordingly, the amount of compensation and expenses <u>payable for this Statement Period</u> is **$20,486.22**, which is calculated as follows:

| | |
|---|---:|
| Total Fees for Services Rendered During Statement Period: | $25,437.50 |
| Twenty Percent (20%) Holdback: | ($5,087.50) |
| Total Fees Less Holdback: | $20,350.00 |
| Expenses Incurred (100%): | $136.22 |
| **TOTAL** | **$20,486.22** |

**WHEREFORE**, pursuant to the Compensation Order, PSZJ requests payment of compensation in the amount of (i) $20,350.00 (80% of $25,437.50) on account of actual, reasonable and necessary professional services rendered to the Debtors by PSZJ and (ii) reimbursement of actual and necessary costs and expenses in the amount of $136.22 incurred on behalf of the Debtors by PSZJ.

[*Remainder of Page Intentionally Left Blank*]

<table>
<tr><td>Dated: May 23, 2025</td><td>**PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Teddy M. Kapur*<br>Michael D. Warner (SBT 00792304)<br>Maxim B. Litvak (SBT 24002482)<br>Benjamin L. Wallen (SBT 24102623)<br>700 Louisiana Street, Suite 4500<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>Facsimile:  (713) 691-9407<br>mwarner@pszjlaw.com<br>mlitvak@pszjlaw.com<br>bwallen@pszjlaw.com<br><br>-and-<br><br>Richard M. Pachulski (admitted *pro hac vice*)<br>Teddy M. Kapur (SBT 24046186)<br>Gregory V. Demo (admitted *pro hac vice*)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile:  (310) 201-0760<br>rpachulski@pszjlaw.com<br>tkapur@pszjlaw.com<br>gdemo@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession*</td></tr>
</table>

3

## **EXHIBIT A**

**(April 1, 2025 – April 30, 2025 Invoice)**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Noble House Home Furnishings
Melissa Gelbart
Noble House Home Furnishings LLC
23125 Superior Street
Chatsworth, CA 91311

April 30, 2025
Invoice   146786
Client    61051.00002

RE: Chapter 11

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2025

| | |
|---|---:|
| FEES | $25,437.50 |
| EXPENSES | $136.22 |
| **TOTAL CURRENT CHARGES** | **$25,573.72** |

Pachulski Stang Ziehl & Jones LLP                                                         Page:     2
Noble House Home Furnishings                                                              Invoice 146786
Client 61051.00002                                                                        April 30, 2025

### Summary of Services by Professional

| ID  | Name             | Title     | Rate     | Hours | Amount      |
|-----|------------------|-----------|----------|-------|-------------|
| BLW | Wallen, Ben L.   | Partner   | 1,075.00 | 6.40  | $6,880.00   |
| TMK | Kapur, Teddy M.  | Partner   | 1,325.00 | 11.40 | $15,105.00  |
| BEW | Wilson, Brooke E.| Associate | 725.00   | 1.40  | $1,015.00   |
| KLL | LaBrada, Kerri L.| Paralegal | 625.00   | 3.90  | $2,437.50   |
|     |                  |           |          | 23.10 | $25,437.50  |

Pachulski Stang Ziehl & Jones LLP　　　　　　　　　　　　　　　　　　　　　Page:　3
Noble House Home Furnishings　　　　　　　　　　　　　　　　　　　　　　Invoice 146786
Client 61051.00002　　　　　　　　　　　　　　　　　　　　　　　　　　　April 30, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition | 0.10 | $132.50 |
| BL | Bankruptcy Litigation | 13.40 | $16,430.00 |
| CA | Case Administration | 1.30 | $952.50 |
| CG | Corporate Governance | 0.50 | $662.50 |
| CO | Claims Administration and Objections | 0.20 | $240.00 |
| CP | PSZJ Compensation | 0.60 | $655.00 |
| CPO | Other Professional Compensation | 1.30 | $857.50 |
| FF | Financial Filings | 2.90 | $2,637.50 |
| II | Insurance Issues | 1.20 | $1,590.00 |
| PD | Plan and Disclosure Statement | 1.60 | $1,280.00 |
| | | 23.10 | $25,437.50 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Noble House Home Furnishings | Invoice 146786 |
| Client 61051.00002 | April 30, 2025 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Bloomberg | $80.20 |
| Lexis/Nexis- Legal Research | $42.42 |
| Pacer - Court Research | $12.80 |
| Reproduction Expense | $0.80 |
| | $136.22 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
Noble House Home Furnishings  Invoice 146786
Client 61051.00002  April 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 04/08/2025 | TMK | AD | Review inquiry regarding sale and confer with Gigacloud. | 0.10 | 1,325.00 | $132.50 |
| | | | | **0.10** | | **$132.50** |
| **Bankruptcy Litigation** | | | | | | |
| 04/07/2025 | TMK | BL | Confer with J. Llewellyn and S. Williams regarding settlement with Philly. | 0.30 | 1,325.00 | $397.50 |
| 04/08/2025 | TMK | BL | Negotiate Philly settlement with S. Williams; confer with J. Llewellyn. | 0.20 | 1,325.00 | $265.00 |
| 04/08/2025 | TMK | BL | Confer with Committee regarding status of Philly negotiations. | 0.20 | 1,325.00 | $265.00 |
| 04/09/2025 | BLW | BL | Correspond re: court approval of potential Philly settlement. | 0.10 | 1,075.00 | $107.50 |
| 04/09/2025 | TMK | BL | Confer with B. Wallen and B. Wilson regarding Philly settlement. | 0.10 | 1,325.00 | $132.50 |
| 04/09/2025 | TMK | BL | Confer with Committee regarding Philly settlement. | 0.20 | 1,325.00 | $265.00 |
| 04/10/2025 | TMK | BL | Confer with S. Williams regarding settlement with Philly. | 0.10 | 1,325.00 | $132.50 |
| 04/11/2025 | BLW | BL | Call with Philly counsel and CFO re: resolution of adversary proceeding (.6) and call with Mr. Kapur re: same (.1). | 0.70 | 1,075.00 | $752.50 |
| 04/11/2025 | TMK | BL | Confer with S. Williams and J. Llewellyn regarding settlement with Philly. | 0.40 | 1,325.00 | $530.00 |
| 04/14/2025 | TMK | BL | Confer with S. Williams regarding settlement with Philly. | 0.10 | 1,325.00 | $132.50 |
| 04/15/2025 | TMK | BL | Confer with S. Williams regarding status of Philly settlement. | 0.10 | 1,325.00 | $132.50 |
| 04/21/2025 | TMK | BL | Confer with S. Williams regarding Philadelphia settlement. | 0.20 | 1,325.00 | $265.00 |
| 04/21/2025 | TMK | BL | Review collateral release agreement from Philadelphia. | 0.90 | 1,325.00 | $1,192.50 |
| 04/22/2025 | BLW | BL | Revise and comment on Philly Settlement Agreement (1) and call with CFO re: same (.3). | 1.30 | 1,075.00 | $1,397.50 |

Pachulski Stang Ziehl & Jones LLP  
Noble House Home Furnishings  
Client 61051.00002

Page: 6  
Invoice 146786  
April 30, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2025 | TMK | BL | Review collateral release agreement from Philadelphia and confer with B. Wallen and J. Llewellyn; review underlying agreements. | 0.70 | 1,325.00 | $927.50 |
| 04/23/2025 | BLW | BL | Revise Philly Settlement Agreement (.8) and call with Mr. Kapur and CFO re: same (.1). | 0.90 | 1,075.00 | $967.50 |
| 04/23/2025 | TMK | BL | Confer with J. Llewellyn and B. Wallen regarding Philly settlement and review and revise same. | 0.80 | 1,325.00 | $1,060.00 |
| 04/24/2025 | BLW | BL | Revise Philly Settlement Agreement (.5) and call with Mr. Kapur re: same (.1). | 0.60 | 1,075.00 | $645.00 |
| 04/24/2025 | TMK | BL | Confer with S. Williams, B. Wallen and J. Llewellyn regarding revisions to settlement agreement. | 0.60 | 1,325.00 | $795.00 |
| 04/27/2025 | TMK | BL | Review Philly's revisions to settlement agreement and confer with B. Wallen and J. Llewellyn. | 0.50 | 1,325.00 | $662.50 |
| 04/28/2025 | TMK | BL | Review revisions to settlement agreement and confer with B. Wallen and J. Llewellyn; follow up emails with J. Llewellyn. | 0.70 | 1,325.00 | $927.50 |
| 04/28/2025 | TMK | BL | Confer with C. Buru regarding stipulation to extend deadlines. | 0.10 | 1,325.00 | $132.50 |
| 04/28/2025 | TMK | BL | Confer with S. Williams regarding Philly settlement. | 0.30 | 1,325.00 | $397.50 |
| 04/29/2025 | BLW | BL | Draft and correspond re: Philly Settlement Stipulation. | 0.90 | 1,075.00 | $967.50 |
| 04/29/2025 | TMK | BL | Review stipulation to approve Philly settlement and confer with B. Wallen, S. Williams and Committee. | 0.70 | 1,325.00 | $927.50 |
| 04/29/2025 | TMK | BL | Follow emails and calls with S. Williams regarding Philly settlement. | 0.20 | 1,325.00 | $265.00 |
| 04/30/2025 | BLW | BL | Review and comment on philly responsive comments to settlement agreement (.7) and call with Mr. Kapur re: same (.1). | 0.80 | 1,075.00 | $860.00 |
| 04/30/2025 | TMK | BL | Review revisions to settlement agreement from S. Williams and confer with B. Wallen and J. Llewellyn. | 0.70 | 1,325.00 | $927.50 |
| | | | | **13.40** | | **$16,430.00** |

Pachulski Stang Ziehl & Jones LLP                                                     Page:     7
Noble House Home Furnishings                                                          Invoice 146786
Client  61051.00002                                                                   April 30, 2025

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

**Case Administration**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2025 | KLL | CA | Review docket and update critical dates memo to same. | 0.20 | 625.00 | $125.00 |
| 04/11/2025 | KLL | CA | Review docket and update critical dates to same. | 0.30 | 625.00 | $187.50 |
| 04/14/2025 | KLL | CA | Update case tracker chart. | 0.20 | 625.00 | $125.00 |
| 04/18/2025 | KLL | CA | Review docket and update critical dates memo to same. | 0.20 | 625.00 | $125.00 |
| 04/21/2025 | TMK | CA | Review inquiries from Epiq and confer with B. Wallen and J. Llewellyn. | 0.20 | 1,325.00 | $265.00 |
| 04/25/2025 | KLL | CA | Update critical dates memo with current filings. | 0.20 | 625.00 | $125.00 |
|  |  |  |  | **1.30** |  | **$952.50** |

**Corporate Governance**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/13/2025 | TMK | CG | Confer with C. Barbarosh regarding case status. | 0.20 | 1,325.00 | $265.00 |
| 04/08/2025 | TMK | CG | Confer with C. Barbarosh regarding status of Philly negotiations. | 0.10 | 1,325.00 | $132.50 |
| 04/21/2025 | TMK | CG | Update C. Barbarosh regarding Philadelphia settlement. | 0.10 | 1,325.00 | $132.50 |
| 04/22/2025 | TMK | CG | Confer with C. Barbarosh regarding Philadelphia settlement. | 0.10 | 1,325.00 | $132.50 |
|  |  |  |  | **0.50** |  | **$662.50** |

**Claims Administration and Objections**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/03/2025 | BLW | CO | Correspond with Creditor re: status update. | 0.10 | 1,075.00 | $107.50 |
| 04/03/2025 | TMK | CO | Confer with B. Wallen regarding inquiries from creditors. | 0.10 | 1,325.00 | $132.50 |
|  |  |  |  | **0.20** |  | **$240.00** |

**PSZJ Compensation**

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2025 | KLL | CP | Check and confirm payment amount to PSZJ January monthly fee statement. | 0.10 | 625.00 | $62.50 |

Pachulski Stang Ziehl & Jones LLP  Page:   8
Noble House Home Furnishings  Invoice 146786
Client 61051.00002  April 30, 2025

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 04/29/2025 | TMK | CP | Review fee payment and confer with K. LaBrada. | | 0.10 | 1,325.00 | $132.50 |
| 04/30/2025 | KLL | CP | Confirm amount due for February monthly fee statement. | | 0.10 | 625.00 | $62.50 |
| 04/30/2025 | TMK | CP | Review and coordinate payment of February invoice. | | 0.10 | 1,325.00 | $132.50 |
| 04/30/2025 | TMK | CP | Review March prebill and confer with K. LaBrada. | | 0.20 | 1,325.00 | $265.00 |
|  |  |  |  | | **0.60** |  | **$655.00** |

**Other Professional Compensation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/15/2025 | BLW | CPO | Revise and correspond re: OCP statement. | 0.10 | 1,075.00 | $107.50 |
| 04/15/2025 | KLL | CPO | Prepare first quarter ordinary course professional statement. | 0.70 | 625.00 | $437.50 |
| 04/16/2025 | KLL | CPO | Finalize and file first quarter ordinary course professionals statement. | 0.50 | 625.00 | $312.50 |
|  |  |  |  | **1.30** |  | **$857.50** |

**Financial Filings**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/14/2025 | TMK | FF | Confer with Riveron and B. Wallen regarding monthly operating reports. | 0.20 | 1,325.00 | $265.00 |
| 04/16/2025 | KLL | FF | Review March monthly operating reports. | 0.80 | 625.00 | $500.00 |
| 04/18/2025 | BLW | FF | Review and comment on MORs. | 0.90 | 1,075.00 | $967.50 |
| 04/21/2025 | KLL | FF | Finalize for filing March monthly operating reports. | 0.60 | 625.00 | $375.00 |
| 04/21/2025 | TMK | FF | Review monthly operating reports and coordinate filing. | 0.40 | 1,325.00 | $530.00 |
|  |  |  |  | **2.90** |  | **$2,637.50** |

**Insurance Issues**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2025 | TMK | II | Confer with J. Llewellyn and Marsh regarding Noble House Assurance. | 0.20 | 1,325.00 | $265.00 |
| 04/14/2025 | TMK | II | Confer with J. Llewellyn and Marsh regarding Noble House Assurance. | 0.20 | 1,325.00 | $265.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 9
Noble House Home Furnishings  Invoice 146786
Client 61051.00002  April 30, 2025

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 04/16/2025 | TMK | II | Confer with J. Llewellyn and call and email Marsh contacts regarding Noble House Assurance. | | 0.30 | 1,325.00 | $397.50 |
| 04/25/2025 | TMK | II | Confer with J. Llewellyn regarding Noble House Assurance; follow up with Marsh. | | 0.30 | 1,325.00 | $397.50 |
| 04/29/2025 | TMK | II | Confer with J. Llewellyn regarding Noble House Assurance; follow up with counsel for Marsh. | | 0.20 | 1,325.00 | $265.00 |
|  |  |  |  |  | **1.20** |  | **$1,590.00** |

**Plan and Disclosure Statement**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/06/2025 | BEW | PD | Compile chapter 7 trustee reports. | 0.80 | 725.00 | $580.00 |
| 04/07/2025 | BEW | PD | Email to J. Llewellyn re: additional chapter 7 trustee reports. | 0.10 | 725.00 | $72.50 |
| 04/11/2025 | TMK | PD | Confer with B. Wallen and B. Wilson regarding liquidation analysis. | 0.10 | 1,325.00 | $132.50 |
| 04/15/2025 | TMK | PD | Confer with B. Wallen and B. Wilson regarding liquidation analysis. | 0.10 | 1,325.00 | $132.50 |
| 04/16/2025 | BEW | PD | Research chapter 7 trustee reports and email to J. Llewellyn re: same. | 0.50 | 725.00 | $362.50 |
|  |  |  |  | **1.60** |  | **$1,280.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                     $25,437.50

Pachulski Stang Ziehl & Jones LLP  Page:   10
Noble House Home Furnishings  Invoice 146786
Client 61051.00002  April 30, 2025

---

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/01/2025 | LN | 61051.00002 Lexis Charges for 04-01-25 | 2.02 |
| 04/02/2025 | LN | 61051.00002 Lexis Charges for 04-02-25 | 2.02 |
| 04/03/2025 | LN | 61051.00002 Lexis Charges for 04-03-25 | 2.02 |
| 04/04/2025 | LN | 61051.00002 Lexis Charges for 04-04-25 | 2.02 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 10.00 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 0.40 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 1.00 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 4.00 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 0.50 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 10.00 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 10.00 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 0.70 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 1.00 |
| 04/07/2025 | BB | 61051.00002 Bloomberg Charges through 04-07-25 | 0.50 |
| 04/07/2025 | LN | 61051.00002 Lexis Charges for 04-07-25 | 2.02 |
| 04/08/2025 | LN | 61051.00002 Lexis Charges for 04-08-25 | 2.02 |
| 04/09/2025 | LN | 61051.00002 Lexis Charges for 04-09-25 | 2.02 |
| 04/10/2025 | LN | 61051.00002 Lexis Charges for 04-10-25 | 2.02 |
| 04/11/2025 | LN | 61051.00002 Lexis Charges for 04-11-25 | 2.02 |
| 04/14/2025 | LN | 61051.00002 Lexis Charges for 04-14-25 | 2.02 |
| 04/16/2025 | BB | 61051.00002 Bloomberg Charges through 04-16-25 | 5.10 |
| 04/16/2025 | BB | 61051.00002 Bloomberg Charges through 04-16-25 | 4.50 |
| 04/16/2025 | BB | 61051.00002 Bloomberg Charges through 04-16-25 | 1.20 |
| 04/16/2025 | BB | 61051.00002 Bloomberg Charges through 04-16-25 | 5.30 |
| 04/16/2025 | BB | 61051.00002 Bloomberg Charges through 04-16-25 | 20.00 |
| 04/16/2025 | BB | 61051.00002 Bloomberg Charges through 04-16-25 | 6.00 |
| 04/16/2025 | LN | 61051.00002 Lexis Charges for 04-16-25 | 2.02 |
| 04/17/2025 | LN | 61051.00002 Lexis Charges for 04-17-25 | 2.02 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   11
Noble House Home Furnishings                                         Invoice 146786
Client 61051.00002                                                    April 30, 2025

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/18/2025 | LN | 61051.00002 Lexis Charges for 04-18-25 | 2.02 |
| 04/21/2025 | LN | 61051.00002 Lexis Charges for 04-21-25 | 2.02 |
| 04/22/2025 | LN | 61051.00002 Lexis Charges for 04-22-25 | 2.02 |
| 04/23/2025 | LN | 61051.00002 Lexis Charges for 04-23-25 | 2.02 |
| 04/23/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 04/24/2025 | LN | 61051.00002 Lexis Charges for 04-24-25 | 2.02 |
| 04/25/2025 | LN | 61051.00002 Lexis Charges for 04-25-25 | 2.02 |
| 04/28/2025 | LN | 61051.00002 Lexis Charges for 04-28-25 | 2.02 |
| 04/29/2025 | LN | 61051.00002 Lexis Charges for 04-29-25 | 2.02 |
| 04/30/2025 | LN | 61051.00002 Lexis Charges for 04-30-25 | 2.02 |
| 04/30/2025 | PAC | Pacer - Court Research | 12.80 |

**Total Expenses for this Matter**                                    **$136.22**