IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF RIVERON MANAGEMENT SERVICES, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM APRIL 1, 2025 THROUGH APRIL 30, 2025**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses For Professionals* [Docket No. 185] (the "Compensation Order") entered by the Court on October 25, 2023, Riveron Management Services, LLC ("RMS"), financial advisors to the above-captioned debtors and debtors in possession (collectively the "Debtors"), submits this monthly statement of services rendered and expenses incurred in this case for the period from April 1, 2025 through April 30, 2025 (the "Statement Period").

**I.     Itemization of Services Rendered by RMS:**

1.     The following is a list of individuals and their respective titles that provided services during the Statement Period. It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which RMS seeks compensation.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

1

| Name | Position / Dept. | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|
| John Llewellyn | Managing Director | $595.00 | 15.9 | $9,460.50 |
| Jay Montgomery | Associate Director | $395.00 | 6.4 | $2,528.00 |
| Webster Andrews | Associate Director | $395.00 | 6.0 | $2,370.00 |
| TOTALS | | | 28.3 | $14,358.50 |

2. The time records of RMS consisting of a daily breakdown of the time spent by each person on each day and detail as to the disbursements incurred are attached as **Exhibit A** to this Monthly Fee Statement.

## II. Itemization of Services Rendered and Disbursements Incurred By Category

3. The following itemization presents the services rendered by RMS by task categories and provides a summary of disbursements incurred by category of expense disbursement.

### A. Services Rendered

4. The following services were rendered in the following task categories:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Meeting/Teleconference | 2.9 | $1,725.50 |
| Case Reporting | 4.7 | $1,936.50 |
| Retention and Fee Applications | 2.1 | $829.50 |
| Business Operations | 10.4 | $5,768.00 |
| Cash Flow Analysis and Reporting | 1.6 | $952.00 |
| Tax Issues/Analysis | 1.3 | $573.50 |
| Account Analysis and Reconciliations | 1.0 | $595.00 |
| Accounts Payable/Vendor Issues | 4.3 | $1,978.50 |
| TOTALS | 28.3 | $14,358.50 |

5. A detailed itemization of the services rendered in each of the above task categories is set forth in **Exhibit A**.

### B. Expenses Incurred

6. The expenses incurred by RMS for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

7.      Accordingly, the amount of compensation and expenses <u>payable for this Statement Period</u> is **$11,486.80**, which is calculated as follows:

| | |
|---|---:|
| Total Fees for Services Rendered During Statement Period: | $14,358.50 |
| Twenty Percent (20%) Holdback: | ($2,871.70) |
| Total Fees Less Holdback: | $11,486.80 |
| Expenses Incurred (100%): | $0.00 |
| **TOTAL** | **$11,486.80** |

**WHEREFORE**, pursuant to the Compensation Order, RMS requests payment of compensation in the amount of (i) $11,486.80 (80% of $14,358.50) on account of actual, reasonable and necessary professional services rendered to the Debtors by RMS and (ii) reimbursement of actual and necessary costs and expenses in the amount of $0.00 incurred on behalf of the Debtors by RMS.

Dated: May 23, 2025

**RIVERON MANAGEMENT SERVICES, LLC**

*/s/ John Llewellyn*
John Llewellyn
265 Franklin Street, 10th Floor
Boston, MA 02110
Telephone: (617) 275-5411
John.Llewellyn@riveron.com

*Financial Advisors to the Debtors and Debtors in Possession*

3

## **EXHIBIT A**

**(April 1, 2025 – April 30, 2025 Invoice)**

**Noble House - Riveron Time Report**
*For the Period: April 1, 2025 to April 30, 2025*

| Employee | Rate | Hours | Total Fees |
|---|---|---|---|
| Llewellyn, John | 595.00 | 15.9 | $9,460.50 |
| Montgomery, Jay | 395.00 | 6.4 | 2,528.00 |
| Andrews, Webster | 395.00 | 6.0 | 2,370.00 |
| | $507.37 | 28.3 | $14,358.50 |

| Code | Task Title | Hours | Total Fees |
|---|---|---|---|
| 1 | Meeting / Teleconference with Debtor Management, Board, or Counsel | 2.9 | $1,725.50 |
| 5 | Case Reporting: UST Reports, Statements & Schedules | 4.7 | 1,936.50 |
| 6 | Retention and Fee Applications | 2.1 | 829.50 |
| 8 | Business Operations | 10.4 | 5,768.00 |
| 9 | Cash Flow Analysis and Reporting | 1.6 | 952.00 |
| 12 | Tax Issues / Analysis | 1.3 | 573.50 |
| 14 | Account Analysis and Reconciliations | 1.0 | 595.00 |
| 20 | Accounts Payable / Vendor Issues | 4.3 | 1,978.50 |
| **Total** | | **28.3** | **$14,358.50** |

**Description of Professional Services - Meeting / Teleconference with Debtor Management, Board, or Counsel**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/7/2025 | Llewellyn, John | Correspondence with M. Bernes regarding status update | 0.3 | $595.00 | $178.50 |
| 4/7/2025 | Llewellyn, John | Call with T. Kapur regarding Philadelphia Indemnity proposal | 0.3 | 595.00 | 178.50 |
| 4/11/2025 | Llewellyn, John | Call with T. Kapur and S. Williams regarding Customs bond release of collateral and preparation related thereto | 0.7 | 595.00 | 416.50 |
| 4/14/2025 | Llewellyn, John | Call with M. Bernes regarding commutation agreement and follow up related thereto | 0.4 | 595.00 | 238.00 |
| 4/16/2025 | Llewellyn, John | Call with T. Kapur regarding Captive and follow up related thereto | 0.4 | 595.00 | 238.00 |
| 4/28/2025 | Llewellyn, John | Call with Counsel regarding Philadelphia collateral release draft and follow up related thereto | 0.4 | 595.00 | 238.00 |
| 4/29/2025 | Llewellyn, John | Call with T. Kapur regarding commutation of Assurance and follow up related thereto | 0.4 | 595.00 | 238.00 |
| **Meeting / Teleconference with Debtor Management, Board, or Counsel Subtotal** | | | **2.9** | | **$1,725.50** |

**Description of Professional Services - Case Reporting: UST Reports, Statements & Schedules**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/7/2025 | Montgomery, Jay | Gathering and classifying banking data for MOR's and setting up templates | 0.7 | $395.00 | $276.50 |
| 4/8/2025 | Montgomery, Jay | Setting up MOR PDFs | 0.4 | 395.00 | 158.00 |
| 4/9/2025 | Montgomery, Jay | Updating MOR worksheet and PDFs | 1.8 | 395.00 | 711.00 |
| 4/14/2025 | Llewellyn, John | Review of March MOR | 0.4 | 595.00 | 238.00 |
| 4/14/2025 | Montgomery, Jay | Review and update of MOR PDFs and submission | 1.4 | 395.00 | 553.00 |
| **Case Reporting: UST Reports, Statements & Schedules Subtotal** | | | **4.7** | | **$1,936.50** |

**Description of Professional Services - Retention and Fee Applications**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/14/2025 | Montgomery, Jay | Updating fee application workbook | 0.8 | $395.00 | $316.00 |
| 4/22/2025 | Montgomery, Jay | Review of time entries for fee application | 0.7 | 395.00 | 276.50 |
| 4/29/2025 | Montgomery, Jay | Preparing final fee application PDFs for submission to counsel | 0.6 | 395.00 | 237.00 |
| **Retention and Fee Applications Subtotal** | | | **2.1** | | **$829.50** |

**Description of Professional Services - Business Operations**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/3/2025 | Andrews, Webster | Finalize ME close and prep MOR data for reports | 1.0 | $395.00 | $395.00 |
| 4/7/2025 | Llewellyn, John | Review filings and preparation of winddown cost analysis | 1.6 | 595.00 | 952.00 |
| 4/8/2025 | Llewellyn, John | Various correspondence related to settlement offer from Philadelphia Indemnity | 0.7 | 595.00 | 416.50 |
| 4/10/2025 | Andrews, Webster | Update Wells Fargo user permissions to eliminate access tokens | 0.4 | 395.00 | 158.00 |
| 4/14/2025 | Llewellyn, John | Correspondence with Marsh regarding commutation inquiry and analysis related thereto | 0.4 | 595.00 | 238.00 |
| 4/14/2025 | Llewellyn, John | Review UST fees payable for first quarter | 0.3 | 595.00 | 178.50 |
| 4/15/2025 | Llewellyn, John | Review of first quarter OCP expenses and correspondence related thereto | 0.3 | 595.00 | 178.50 |
| 4/18/2025 | Llewellyn, John | Correspondence regarding commutation of Captive | 0.3 | 595.00 | 178.50 |
| 4/22/2025 | Llewellyn, John | Review of Collateral Release and Settlement Agreement and correspondence related thereto | 0.7 | 595.00 | 416.50 |
| 4/23/2025 | Llewellyn, John | Review of updated draft of Collateral Release and Settlement Agreement and call with counsel related thereto | 0.4 | 595.00 | 238.00 |
| 4/25/2025 | Llewellyn, John | Call with Marsh and Sedgwick regarding workers compensation claims | 0.8 | 595.00 | 476.00 |
| 4/28/2025 | Llewellyn, John | Review of documents received regarding potential CBP outstanding liabilities | 1.1 | 595.00 | 654.50 |
| 4/29/2025 | Llewellyn, John | Respond to email regarding NH Assurance information request | 0.3 | 595.00 | 178.50 |
| 4/29/2025 | Llewellyn, John | Correspondence with Marsh regarding status of signature and dissolution status | 0.4 | 595.00 | 238.00 |
| 4/30/2025 | Andrews, Webster | Request bank correspondence for Utah Insurance Commission | 0.2 | 395.00 | 79.00 |
| 4/30/2025 | Andrews, Webster | Prepare month end files in preparation for MOR creation | 0.5 | 395.00 | 197.50 |
| 4/30/2025 | Llewellyn, John | Review draft motion regarding stipulation and variance correspondence related thereto | 0.7 | 595.00 | 416.50 |
| 4/30/2025 | Llewellyn, John | Review and respond to Philadelphia's requested changes to motion | 0.3 | 595.00 | 178.50 |
| **Business Operations Subtotal** | | | **10.4** | | **$5,768.00** |

**Description of Professional Services - Cash Flow Analysis and Reporting**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/10/2025 | Llewellyn, John | Update budget based on revised estimates and analysis of closure costs | 0.8 | $595.00 | $476.00 |
| 4/11/2025 | Llewellyn, John | Update winddown/liquidation analysis and correspondence related thereto | 0.8 | 595.00 | 476.00 |
| **Cash Flow Analysis and Reporting Subtotal** | | | **1.6** | | **$952.00** |

**Description of Professional Services - Tax Issues / Analysis**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/18/2025 | Andrews, Webster | Review and investigate demand letters from LA City Tax collection group | 1.0 | $395.00 | $395.00 |
| 4/18/2025 | Llewellyn, John | Review and follow up on receipt of correspondence regarding taxes | 0.3 | 595.00 | 178.50 |
| **Tax Issues / Analysis Subtotal** | | | **1.3** | | **$573.50** |

**Description of Professional Services - Account Analysis and Reconciliations**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/4/2025 | Llewellyn, John | Review of banking activity and budget | 0.5 | $595.00 | $297.50 |
| 4/10/2025 | Llewellyn, John | Review banking activity and removal of tokens from system | 0.3 | 595.00 | 178.50 |
| 4/30/2025 | Llewellyn, John | Update banking activity ledger | 0.2 | 595.00 | 119.00 |
| **Account Analysis and Reconciliations Subtotal** | | | **1.0** | | **$595.00** |

**Description of Professional Services - Accounts Payable / Vendor Issues**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/2/2025 | Andrews, Webster | Entry and payment of invoice, reconcile cash and post entries to preparation for month end close | 1.1 | $395.00 | $434.50 |
| 4/7/2025 | Andrews, Webster | Initiate payments in Wells Fargo, including confirmation of amounts | 0.5 | 395.00 | 197.50 |
| 4/7/2025 | Llewellyn, John | Review of invoices and request for payment | 0.4 | 595.00 | 238.00 |
| 4/8/2025 | Llewellyn, John | Approval payments and reconcile bank activity | 0.4 | 595.00 | 238.00 |
| 4/14/2025 | Andrews, Webster | Confirm calculations, input and pay US Trustee fees | 0.5 | 395.00 | 197.50 |
| 4/29/2025 | Andrews, Webster | Create payments in Wells Fargo for February fee applications | 0.2 | 395.00 | 79.00 |
| 4/29/2025 | Llewellyn, John | Review of outstanding invoices and payments | 0.3 | 595.00 | 178.50 |
| 4/30/2025 | Andrews, Webster | Create payments in Wells Fargo, record in accounting system and reconcile for month end | 0.6 | 395.00 | 237.00 |
| 4/30/2025 | Llewellyn, John | Call with Epiq regarding invoices and go forward requirements | 0.3 | 595.00 | 178.50 |

**Accounts Payable / Vendor Issues Subtotal** — **4.3** — **$1,978.50**