IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**CERTIFICATE OF COUNSEL TO DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINT MOTION FOR ENTRY OF AN ORDER (I) DISMISSING THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**
(Related Docket No. 714)

The undersigned hereby certifies as follows:

1. On May 29, 2025, the *Debtors' and Official Committee of Unsecured Creditors' Joint Motion for Entry of An Order (I) Dismissing the Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 714] (the "Motion") was filed with the Court by the above captioned debtors and debtors and possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"). The deadline to file objections to the relief requested in the Motion was June 20, 2025.

2. After the filing of the Motion, GigaCloud Technology Inc ("GigaCloud") filed its objection [Docket No. 722] (the "GigaCloud Objection"). Counsel for the Debtors and Committee worked with counsel to GigaCloud and resolved the GigaCloud Objection through revisions to the proposed order granting the Motion, which are incorporated into the amended proposed order

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

1

attached hereto.  A redline of the amended proposed order against the form of proposed order attached to the Motion is also attached hereto.

3. The undersigned counsel hereby certifies that the revised proposed order attached hereto resolves the GigaCloud Objection and that no other answer, objection, or other responsive pleading to the Motion appears on the Court's docket.

Respectfully Submitted,

Dated: June 23, 2025

| **PACHULSKI STANG ZIEHL & JONES LLP** | **THOMPSON COBURN LLP** |
|---|---|
| */s/ Teddy M. Kapur* | */s/ Janine M. Figueiredo* |
| Michael D. Warner (SBT 00792304) | Katharine Battaia Clark |
| Maxim B. Litvak (SBT 24002482) | TX State Bar No. 4134565/SDTX Bar No. 991313 |
| Teddy M. Kapur (admitted *pro hac vice*)Benjamin L. Wallen (SBT 24102623) | Alexandra Rossetti (admitted *pro hac vice*) |
| 700 Louisiana Street, Suite 4500 | TX State Bar No. 24125390 |
| Houston, TX 77002 | 2100 Ross Avenue, Suite 3200 |
| Telephone: (713) 691-9385 | Dallas, TX 75201 |
| Facsimile: (713) 691-9407 | Tel.: (972) 629-7100 |
| mwarner@pszjlaw.com | Fax: (972) 629-7171 |
| mlitvak@pszjlaw.com | kclark@thompsoncoburn.com |
| tkapur@pszjlaw.com | arossetti@thompsoncoburn.com |
| bwallen@pszjlaw.com | |
| -and- | -and- |
| Richard M. Pachulski (admitted *pro hac vice*) | Mark Power, Esq. (admitted *pro hac vice*) |
| Gregory V. Demo (admitted *pro hac vice*) | Janine M. Figueiredo, Esq. (admitted *pro hac vice*) |
| 10100 Santa Monica Blvd., 13th Floor | Jacob Schwartz (admitted *pro hac vice*) |
| Los Angeles, CA 90067 | 488 Madison Ave., 15th Floor |
| Telephone: (310) 277-6910 | New York, NY 10022 |
| Facsimile: (310) 201-0760 | Phone: (212) 478-7200 |
| rpachulski@pszjlaw.com | Fax: (212) 478-7400 |
| gdemo@pszjlaw.com | mpower@thompsoncoburn.com |
| | jfigueiredo@thompsoncoburn.com |
| *Counsel to the Debtors and Debtors in Possession* | jtschwartz@thompsoncoburn.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2025, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in these cases.

*/s/ Teddy M. Kapur*
Teddy M. Kapur.
