**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION TO FINAL FEE APPLICATION OF
PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS BANKRUPTCY COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 11, 2023 THROUGH JUNE 27, 2025**
(Related Docket No. 715)

The undersigned hereby certifies as follows:

1. On May 29, 2025, the *Final Fee Application Of Pachulski Stang Ziehl & Jones LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Bankruptcy Counsel To The Debtors For The Period From September 11, 2023 Through June 27, 2025* [Docket No. 715] (the "Application") was filed with the Court.

2. Responses, if any, to the Application were required to have been filed with the Court on or before June 20, 2025 (the "Response Deadline").

3. The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that the form of Order granting the Application attached hereto be entered at the earliest convenience of the Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

Dated: June 23, 2025                                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Teddy M. Kapur*
Michael D. Warner (SBT 00792304)
Maxim B. Litvak (SBT 24002482)
Teddy M. Kapur (SBT 24046186)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
mlitvak@pszjlaw.com
tkapur@pszjlaw.com
bwallen@pszjlaw.com

-and-

Richard M. Pachulski (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
rpachulski@pszjlaw.com
gdemo@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2025, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in these cases.

*/s/ Teddy M. Kapur*
Teddy M. Kapur, Esq.