United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> NOBLE HOUSE HOME FURNISHINGS LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-90773 (CML) <br><br> (Jointly Administered) |

### FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FLATIRON LAW GROUP LLP
(Docket No. 716)

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Flatiron Law Group LLP (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $121,484.87 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: June 24, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.