### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NOBLE HOUSE HOME FURNISHINGS LLC,[1] | Case No. 23-90773 (CML) |
| Debtors. | (Jointly Administered) |

**_AMENDED_ CERTIFICATE OF COUNSEL TO DEBTORS' AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINT MOTION FOR ENTRY OF AN ORDER (I) DISMISSING THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**
(Related Docket Nos. 714 & 732)

The undersigned hereby certifies as follows:

1. On May 29, 2025, the *Debtors' and Official Committee of Unsecured Creditors' Joint Motion for Entry of An Order (I) Dismissing the Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 714] (the "Motion") was filed with the Court by the above captioned debtors and debtors and possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"). The deadline to file objections to the relief requested in the Motion was June 20, 2025 (the "Response Deadline").

2. After the filing of the Motion, GigaCloud Technology Inc ("GigaCloud") filed its objection [Docket No. 722] (the "GigaCloud Objection"). Counsel for the Debtors and Committee worked with counsel to GigaCloud and resolved the GigaCloud Objection through revisions to the proposed order granting the Motion, which were incorporated into the initial Certificate of Counsel [Docket No. 732] (the "Initial COC"), following the Response Deadline. Following the filing of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

the Initial COC and the amended proposed order thereto, counsel to the Debtors was contacted by counsel to Wan Hai Lines (USA) Ltd., *et al.* (collectively, "Wan Hai"), who provided informal comments to the amended proposed order attached to the Initial COC. Thereafter, the Debtors and Committee resolved Wan Hai's informal comments though discussions with Counsel to Wan Hai and GigaCloud regarding further revisions to the proposed order granting the Motion. Accordingly, attached hereto is a further revised proposed order fully resolving the GigaCloud Objection and Wan Hai's informal comments. A redline of the attached amended proposed order against the version of the proposed order attached to the Motion is also attached.

3. Accordingly, the undersigned counsel hereby certifies that the revised proposed order attached hereto resolves the GigaCloud Objection and that no other answer, objection, or other responsive pleading to the Motion appears on the Court's docket.

[*Remainder of Page Intentionally Left Blank*]

                                                      Respectfully Submitted,

Dated: June 24, 2025

| **PACHULSKI STANG ZIEHL & JONES LLP** | **THOMPSON COBURN LLP** |
|---|---|
| */s/ Teddy M. Kapur* | */s/ Janine M. Figueiredo* |
| Michael D. Warner (SBT 00792304) | Katharine Battaia Clark |
| Maxim B. Litvak (SBT 24002482) | TX State Bar No. 4134565/SDTX Bar No. 991313 |
| Teddy M. Kapur (admitted *pro hac vice*) | Alexandra Rossetti (admitted *pro hac vice*) |
| Benjamin L. Wallen (SBT 24102623) | TX State Bar No. 24125390 |
| 700 Louisiana Street, Suite 4500 | 2100 Ross Avenue, Suite 3200 |
| Houston, TX 77002 | Dallas, TX 75201 |
| Telephone: (713) 691-9385 | Tel.: (972) 629-7100 |
| Facsimile: (713) 691-9407 | Fax: (972) 629-7171 |
| mwarner@pszjlaw.com | kclark@thompsoncoburn.com |
| mlitvak@pszjlaw.com | arossetti@thompsoncoburn.com |
| tkapur@pszjlaw.com | |
| bwallen@pszjlaw.com | -and- |
| | Mark Power, Esq. (admitted *pro hac vice*) |
| -and- | Janine M. Figueiredo, Esq. (admitted *pro hac vice*) |
| Richard M. Pachulski (admitted *pro hac vice*) | Jacob Schwartz (admitted *pro hac vice*) |
| Gregory V. Demo (admitted *pro hac vice*) | 488 Madison Ave., 15th Floor |
| 10100 Santa Monica Blvd., 13th Floor | New York, NY 10022 |
| Los Angeles, CA 90067 | Phone: (212) 478-7200 |
| Telephone: (310) 277-6910 | Fax: (212) 478-7400 |
| Facsimile: (310) 201-0760 | mpower@thompsoncoburn.com |
| rpachulski@pszjlaw.com | jfigueiredo@thompsoncoburn.com |
| gdemo@pszjlaw.com | jtschwartz@thompsoncoburn.com |
| *Counsel to the Debtors and Debtors in Possession* | *Counsel to the Official Committee of Unsecured Creditors* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of June, 2025, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in these cases.

                                                          */s/ Teddy M. Kapur*
                                                          Teddy M. Kapur.