United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NOBLE HOUSE HOME FURNISHINGS LLC, *et al.*,[6]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90773 (CML)<br><br>RE: Docket No. 724 |

## FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THOMPSON COBURN LLP
**(Related Docket No. 724)**

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Thompson Coburn LLP (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $764,724.54 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this Order and all previous interim allowances of compensation and reimbursement of expense for this Applicant are approved on a final basis.

3. Applicant is allowed an estimated amount not to exceed $50,000 for reimbursement of fees and expenses accrued and expected to be accrued for the period beginning May 1, 2025 and ending June 30, 2025

4. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1, 2 or 3 of this Order.

Signed: July 07, 2025

                                                                            Christopher Lopez
                                                                            United States Bankruptcy Judge

---

[6] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580); Le Pouf, LLC (8197); NH Services LLC (9626), and Heavy Metal, Inc. (3124). The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.

-1-